**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

| | |
|---|---|
| In re<br><br>SOLAR WOLF ENERGY, INC.<br><br>Debtor. | Chapter 7<br><br>Case No. 22-40693 (CJP) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that David A. Mawhinney of the law firm of Bowditch & Dewey, LLP, counsel to John and Kirstie Miersma, requests that his name be added to the mailing list maintained by the Clerk, and that all notices given and all papers served on any party, filed with the Court or delivered to the Office of the United States Trustee in the above-captioned case, be given to and served upon him at the offices of Bowditch & Dewey, LLP, at the address set forth below in accordance with Fed. R. Bankr. P. 2002, 3017, and 9007, and the provisions of the United States Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and Local Bankruptcy Rules, and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, plans, schedules, statement of financial affairs, requests or petitions, responsive pleadings, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to this case and any proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, or otherwise, all of which shall be sent to:

David A. Mawhinney
Bowditch & Dewey LLP
200 Crossing Boulevard, Suite 300
Framingham, MA 01702
Email: dmawhinney@bowditch.com
Tel: (508) 416-2408

Respectfully submitted,

 /s/ David A. Mawhinney
David A. Mawhinney (BBO #681737)
Bowditch & Dewey LLP
200 Crossing Boulevard, Suite 300
Framingham, MA 01702
Email: dmawhinney@bowditch.com
Tel: (508) 416-2408

Dated:  September 27, 2022

## CERTIFICATE OF SERVICE

I, David Mawhinney, hereby certify that on this 27th day of September 2022, I served a copy of the foregoing Notice of Appearance and Request for Service of Papers on those parties identified on the attached Service List electronically by the Court's ECF System.

/s/ David A. Mawhinney
David A. Mawhinney