Michael A. Procopio
24 Moran Cr
Sudbury, MA

03-Oct-2022

US Bankruptcy Court
300 State Street
Suite 220
Springfield, MA 011505

Re:  case 4:22-bk-40693
     Solar Wolf Energy Bankruptcy Filing

Dear Sir or Madam,

I wish to be added to the creditor list in this bankruptcy filing. I advanced Solar Wolf Energy $33,446.40. Solar Wolf Energy was to design, obtain permitting, install and gain approval for solar panels and an ESS (battery) system at my residence at 24 Moran Cr, Sudbury. Solar Wolf Energy failed to do any of this work before closing down.

On request, I can provide the contract and photo-copies of the canceled checks.

Thank-you,

*[signature]*

Michael A. Procopio
michaelprocop@gmail.com
978-857-4077

Case 22-40693    Doc 8    Filed 10/07/22    Entered 10/07/22 12:09:02    Desc Main
Document    Page 2 of 2