UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | |
| ) | |
| SOLAR WOLF ENERGY, INC. ) | Chapter 7 |
| ) | Case No: 22-40693 CJP |
| Debtor ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Michael J. Riley, Esquire appears for Wilder Tamayo, and pursuant to Bankruptcy Rules 9010(b) and 2002, and the Local Rules of Bankruptcy Procedure, requests that all notices and/or motions or pleadings of any kind given or required to be given in this case be given to and served upon the undersigned at the address indicated below.

Respectfully submitted,
Wilder Tamayo, by

Dated:   October 14, 2022

/s/ *Michael J. Riley*
Michael J. Riley, BBO# 564924
Mass. Laborers' Legal Services Fund
1400 District Avenue, Suite 100
Burlington, MA  01803
Phone: (781) 273-3939
Fax (781) 273-1133
E-mail: mriley@mllsf.org

**CERTIFICATE OF SERVICE**

I certify that on this date I electronically filed the foregoing Notice Of Appearance And Request For Service Of Papers  with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System and served the below listed entities as follows:

**Via ECF / Electronic noticing**:

- Office of the United States Trustee
- Chapter 7 Trustee
- Attorney for Debtor

Date: October 14, 2022	/s/ *Michael J. Riley*
	Michael J. Riley, Esquire