UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| Frederic Jaffre, homeowner | ) | |
| 78 Curley Blvd | ) | |
| North Falmouth MA 02556 | ) | Chapter |
| | ) | Case No. Ct File 22-40693 |
| Debtor: Solar Wolf Energy Inc | ) | |

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Pursuant to 11 U.S.C. §362(d)(1), Fed. R. Bankr. P. 4001(a) and Local Rule 27, **Frederic Jaffre** (Collectively "Movants") move the Court to lift the automatic stay according to **SolarWolf Energy Inc** ("Debtor") in order to allow **Frederic Jaffre** to arbitrate the dispute with the Debtor within a private arbitration services program ("Program"), approved by the Director of the Office of Consumer Affairs and Business Regulation pursuant to M.G.L. c. 142A, §4. Under the Program, the Movants may recover **$27,000** unsecured claim in full from non-Debtor funds held by the Massachusetts Residential Contractor's Guaranty Fund ("Fund"), established pursuant to M.G.L. c. 142A §5. In support, the Movants say:

I.
FACTS

1. The Debtor, a registered Massachusetts home improvement contractor, filed his voluntary Chapter 7 petition on September 23, 2022.
2. The Debtor agreed to perform home improvements on Movants' residence, located at **78 Curley Blvd North Falmouth MA 02556** ("Property") per a written contract dated **4/18/2021** ("Contract"). The Debtor failed to perform under the Contract in a workmanlike manner, resulting in damages to the Property exceeding **$27,000** which are the basis of Movants' claim. A true and correct copy of the Contract is attached as Exhibit "A".
3. The Movant(s) did not obtain a pre-petition judgment on their claim from a court of competent jurisdiction.

II.
ARGUMENT

4. The Massachusetts Legislature created the Fund in order to compensate homeowners (up to a maximum of $10,000.00):

   > for actual losses incurred by them as a result of registered contractor or subcontractor conduct which has been found by a court of competent jurisdiction to be work performed in a poor or unworkmanlike manner or which is a common law violation or a violation of any statute or regulation designed for the protection of consumers…provided, however, that the owner has exhausted all customary and reasonable efforts to collect the judgment but the contractor has filed for bankruptcy, fled the jurisdiction or the owner is otherwise unable to collect such judgment after execution.

   M.G.L. c. 142A §5.

   Thus, in order to make a claim against the Fund, Movant(s) must first obtain either a state court judgment, or obtain an arbitration award under the Program and have that award confirmed by a court pursuant to M.G.L c.251. See 201 CMR §14.00 et seq.

5. Insomuch as the Movant(s) did not obtain a pre-petition judgment against the Debtor, the Court should grant the Movant(s) relief from the automatic stay for "cause" under 11 U.S.C. §362(d)(1) so that Movant(s) may proceed with arbitration under the Program, and, if successful, confirm the arbitration award pursuant to M.G.L c. 251. Such arbitration will provide an inexpensive forum in which the parties may liquidate the Movants' claim. If the Movant(s) successfully liquidate their claim in arbitration, confirm the award, and otherwise qualify for payment from the Fund, Movant(s) will seek payment from the Fund. Pursuant to M.G.L. c. 142A §8, the Commonwealth will be subrogated to the Movant(s)'s claim and, therefore, receive *pari passu*, payment from the Debtor's estate, assuming any dividend is available.

6. PER LOCAL RULE 27(D)(1), FAILURE TO OPPOSE THIS MOTION WITHIN TEN (10) DAYS OF SERVICE MAY RESULT IN THE COURT'S GRANTING THE REQUESTED RELIEF WITHOUT HEARING.

WHEREFORE, Frederic Jaffre prays that the Court enter an order granting him: (i) relief from the automatic stay so that they may pursue their remedies under M.G.L. c. 142A and 201 CMR14.00; and (ii) such other relief to which they may be entitled.

Respectfully submitted,
10/17/2022

By: Frederic Jaffre

CERTIFICATE OF SERVICE

The undersigned certifies that on 10/17/2022 true and correct copies of the foregoing motion were served via United States mail, First Class postage pre-paid, upon the individuals listed below.



771 Washington Street, Auburn, MA 01501 · (888) 878-4396 · **www.solarwolfenergy.com**
MA HIC: 186400 • RI HIC: 40974 • CT HIC: 0653560

## Home Improvement Contract

<u>Contact Information</u>

|  | **Customer** | **Sales Consultant** |
|---|---|---|
| **Name** | Frederic Jaffre | Zeke Idiagbonya |
| **Address** | 78 Curley Blvd | 771 Washington Street |
| **City, State, Zip** | North Falmouth MA 02556 | Auburn, MA 01501 |
| **Phone** | (508) 444-9900 | (508) 538-9433 |
| **Email** | fred.jaffre@gmail.com | zeke.i@solarwolfenergy.com |

<u>System Information</u>

System Size: 9.72   Current Annual Electric Use (kWh): 13,379
Module Make & Model: Sunpower 335   Inverter Manufacturer: Enphase
Module Count: 29   Inverter Count: 29
Include Online Monitoring: ☑ YES ☐ NO   Monitoring Term (Years): 10
Electrical Panel Upgrade: ☐ YES ☑ NO
Roof Replacement: ☐ YES ☑ NO
Battery Storage: ☐ YES ☑ NO
Tree Removal: ☐ YES ☑ NO   How many: _____

Additional Notes:
_____
_____

<u>Payment Information</u>

☐ Lease/PPA Projects:

Intermediary: _____   Lease/PPA New Rate: $_____/kWh
Loan Term (Years): _____   Escalator Rate (%): _____

☑ Cash Projects

Total Project Cost ($): 30,000
Cash Payment Schedule:
• 30% Due at Signing of Contract   $ 9,000   Customer Initial FJ
• 30% Due at Filing of Permits   $ 9,000   Customer Initial FJ
• 30% Due at Start of Installation   $ 9,000   Customer Initial FJ
• 10% Due at System Commissioning   $ 3,000   Customer Initial FJ

Buyer's Right to Cancel: You may cancel this agreement of purchase by mailing a written notice to Solar Wolf Energy Inc, postmarked no later than midnight of the third business day after the date this agreement was signed. You may use this page as that notice by writing "I hereby cancel" at the bottom with your name & address. This notice can be mailed to Solar Wolf Energy at the address above or emailed to info@solarwolfenergy.com.

I received a copy of the terms & conditions and acknowledge that I agree with said terms. **DO NOT SIGN UNLESS YOU HAVE RECEIVED A COPY.**

By signing below, I agree that I have read and agree with all the terms outlined in this contract. I acknowledge that immediately after signing this agreement, a completely executed copy was furnished by the contractor. **DO NOT SIGN THIS CONTRACT IF THERE ARE ANY BLANK SPACES.**

Customer Signature: *Frederic Jaffre*   Date: 04 / 18 / 2021
Sales Consultant Signature: *Zeke I...*   Date: 04 / 18 / 2021

Doc ID: 2f4c274af012e6d38a4b01324d96338b477fdeb8

**SOLAR WOLF ENERGY inc.**

771 Washington Street, Auburn, MA 01501 · (888) 878-4396 · www.solarwolfenergy.com

## ADDITIONAL TERMS AND CONDITIONS

**ACCESS TO PROPERTY:** THE WORK CANNOT PROCEED UNTIL THIS AGREEMENT HAS BEEN FULLY SIGNED & EXECUTED BY BOTH PARTIES. UNLESS IT IS OTHERWISE SPECIFIED IN WRITING HEREIN, IT IS UNDERSTOOD THAT YOU ARE READY FOR THIS WORK TO BEGIN. OWNER SHALL GRANT ACCESS TO CONTRACTOR, ITS AGENTS, REPRESENTATIVES, AND AUTHORIZED SUBCONTRACTORS AND VEHICLES.

IF YOU REFUSE TO PERMIT THE CONTRACTOR OR ITS REPRESENTATIVES TO PROCEED WITH THE WORK HEREIN, OR IN THE EVENT OF ANY OTHER BREACH OF THE AGREEMENT, FOR ANY REASON WHATSOEVER, SHALL CAUSE YOU TO PAY TO THE CONTRACTOR A SUM OF MONEY EQUAL TO SEVENTY-FIVE PERCENT OF THE PRICE AGREED TO BE PAID, AS FIXED, LIQUIDATED AND ASCERTAINED DAMAGES AND NOT AS A PENALTY, WITHOUT FURTHER PROOF OF LOSS OR DAMAGE. FURTHER, CONTRACTOR HAS THE RIGHT TO STOP WORK IF OWNER FAILS TO MAKE ANY PAYMENTS DUE HEREUNDER WHEN DUE AND NOT RECOMMENCE WORK UNTIL ALL PAYMENTS ARE BROUGHT CURRENT. IN THE EVENT THERE ARE ADDITIONAL COSTS AS A RESULT OF HAVING TO STOP WORK, CONTRACTOR SHALL BILL SAID COSTS TO OWNER WHICH SHALL BE DUE AND OWING UPON PRESENTATION.

BY SIGNING THIS CONTRACT, YOU AGREE THAT SOLAR WOLF ENERGY ASSUMES NO RESPONSIBILITY FOR ANY PRE-EXISTING CONDITIONS THAT MAY BE UNLAWFUL TO ANY AND ALL CODES. ANY NECESSARY UPGRADES ARE THE SOLE RESPONSIBILITY OF THE CUSTOMER.

I, THE SIGNEE, FULLY ACKNOWLEDGE AND UNDERSTAND THAT SOMEONE MUST BE AT THE PROPERTY DURING ALL INSTALLATION WORK. I ALSO GIVE FULL RELEASE THAT WHOMEVER I CHOOSE AS SIGNEE TO BE AT THE PROPERTY HAS FULL AUTHORITY TO MAKE DECISIONS ON MY BEHALF SHOULD ANY PROBLEMS ARISE. THIS INCLUDES BUT IS NOT LIMITED TO MODULE PLACEMENT, WIRE MANAGEMENT, EQUIPMENT MANAGEMENT, AND MORE. IF I AM FINANCING THE SYSTEM, I AGREE TO BE PRESENT FOR THE DURATION OF THE INSTALLATION TO SIGN THE FINANCING COMPLETION CERTIFICATE UPON COMPLETION OF THE WORK. IF THE COMPLETION CERTIFICATE IS NOT SIGNED UPON COMPLETION OF INSTALLATION, FINAL INSPECTIONS WILL NOT BE SCHEDULED.

OWNER AUTHORIZED CONTRACTOR THE RIGHT TO DISPLAY REASONABLE AND UNOBTRUSIVE SIGNS AND ADVERTISE AT THE JOB SITE FROM DATE OF EXECUTION OF THIS CONTRACT AND CONTINUING UNTIL 60 DAYS AFTER COMPLETION.

**RESPONSIBILITIES:** BY SIGNING THIS AGREEMENT, I FULLY UNDERSTAND THAT SOLAR WOLF ENERGY IS IN NO WAY RESPONSIBLE OR HELD ACCOUNTABLE FOR ANY & ALL REBATES, INCENTIVES, & CREDITS.

SOLAR WOLF ENERGY IS NOT RESPONSIBLE FOR ANY CLAIMS OR WARRANTIES FROM THE MANUFACTURER.

SOLAR WOLF ENERGY IS NOT HELD RESPONSIBLE FOR MATERIAL SHORTAGES CAUSED BY ANY REASON. SOLAR WOLF ENERGY IN GOOD FAITH MAY OFFER TO MAKE AN ATTEMPT AT REPLACEMENT IN EQUAL VALUE.

LOAD CALCULATIONS AND GENERATION PROJECTIONS ARE NOT THE GUARANTEE OF SOLAR WOLF ENERGY. THE SOLAR CONSULTANT SIGNED ACTS AS AN INDEPENDENT AGENT AND UTILIZES SOLAR WOLF ENERGY TO INSTALL THE SOLAR.

ANY LEAKS ARE NOT THE RESPONSIBILITY OF SOLAR WOLF ENERGY IF THE ROOF HAS BEEN INSTALLED BY, ALTERED, OR REDONE BY SOMEONE OTHER THAN SOLAR WOLF ENERGY OR ITS RELATED COMPANIES.

IF ANY STRUCTURAL UPGRADES ARE DEEMED NECESSARY BY A THIRD-PARTY ENGINEER, THERE WILL BE AN ADDITIONAL COST ASSESSED, DISCUSSED AND AGREED UPON WITH THE CUSTOMER.

ANY AND ALL EQUIPMENT THAT IS EXISTING THAT IS POWERED OR NOT REGARDLESS OF SOURCE OF POWER IS THE SOLE RESPONSIBILITY OF THE PROPERTY OWNER/CONTRACT SIGNER. SOLAR WOLF ENERGY IS NOT HELD RESPONSIBLE FOR ANY REPOWERING, RESTARTING, OR ENSURING ANY RESETS ARE NEEDED.

**LIMITED WARRANTY**: CONTRACTOR EXPRESSLY WARRANTS ITS WORKMANSHIP AND LABOR FOR 25 YEARS FROM THE DATE OF SUBSTANTIAL COMPLETION OF THE WORK. INFORMATION ON MANUFACTURER WARRANTY LENGTH CAN BE FOUND ON THE CORRESPONDING MATERIAL DATA SHEET MATCHING THE EQUIPMENT INSTALLED. AS A CONDITION PRECEDENT TO ENTITLEMENT TO THIS WARRANTY, OWNER MUST BE IN FULL COMPLIANCE WITH ALL TERMS OF THE CONTRACT, INCLUDING PAYMENTS DUE HEREUNDER AND ANY NOTICE REQUIREMENTS. OWNER SHALL LOOK TO THE WARRANTY, IF ANY, PROVIDED BY THE MANUFACTURER FOR ANY OTHER WARRANTIES REGARDING THE PRODUCT. ANY IMPLIED WARRANTIES, INCLUDING AN IMPLIED WARRANTY OF WORKMANLIKE CONSTRUCTION, AN IMPLIED WARRANTY OF HABITABILITY, OR AN IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR USE, ARE HEREBY WAIVED AND DISCLAIMED, AND EXCLUDED.

WHETHER OR NOT YOU AS AN OWNER EXPERIENCE MOLD GROWTH DEPENDS LARGELY ON HOW YOU MANAGE AND MAINTAIN YOUR HOME. OUR RESPONSIBILITY AS A CONTRACTOR MUST BE LIMITED TO THINGS THAT WE CAN CONTROL. WE, THE CONTRACTOR, WILL NOT BE RESPONSIBLE FOR ANY DAMAGES CAUSED BY MOLD, OR BY SOME OTHER AGENT, THAT MAY BE ASSOCIATED WITH DEFECTS IN OUR CONSTRUCTION TO INCLUDE BUT NOT TO BE LIMITED TO PROPERTY DAMAGE, PERSONAL INJURY, LOSS OF INCOME, EMOTIONAL DISTRESS, DEATH, LOSS OF USE, LOSS OF VALUE, AND ADVERSE HEALTH EFFECTS, OR ANY OTHER EFFECTS, WHICH DOES NOT ARISE FROM DEFECTS AND/OR THE GROSS NEGLIGENCE OF CONTRACT OR ANYONE ACTING BY, FOR, OR THROUGH CONTRACT.

**PAYMENT:** IF OWNER FAILS TO PAY ACCORDING TO THE TERMS HERE IN, THE ENTIRE UNPAID AMOUNT BECOMES IMMEDIATELY DUE AND YOU MUST PAY A LATE FEE EQUAL TO 15% OF THE TOTAL AMOUNT YOU

Customer Initial: _FJ_

771 Washington Street, Auburn, MA 01501 · (888) 878-4396 · www.solarwolfenergy.com

OWE, PLUS 18% INTEREST PER ANNUM, PLUS ATTORNEY'S FEES AND COURT COSTS. IN ADDITION, YOU UNDERSTAND THAT BY FAILING TO PAY ACCORDING TO THE TERMS HEREIN, THE CONTRACTOR MAY HAVE A CLAIM AGAINST YOU WHICH MAY BE ENFORCED AGAINST YOUR PROPERTY IN ACCORDANCE WITH THE APPLICABLE LIEN LAWS. IF ANY PART OF THE WORK AND OR PAYMENT PROCESS SHOULD BE HELD UP FROM ANY PARTY OTHER THAN SOLAR WOLF ENERGY THE CONTRACT SIGNEE IS NATURALLY TO BE HELD A RESPONSIBLE PARTY AND SHOULD NOT INFRINGE UPON PAYMENT SCHEDULES. IF CONTRACT SIGNEE DOES NOT PAY ANY PORTION OF SAID CONTRACT, THE INDIVIDUAL AGREES TO FORFEIT ANY AND ALL SOLAR INCENTIVES AND AGREES TO AWARD THEM TO SOLAR WOLF ENERGY. THIS HOWEVER DOES NOT LET THE CONTRACT SIGNER OFF THE HOOK. PAYMENTS ARE TO BE PAID AS WRITTEN. ALL LEGAL COSTS IF INCURRED ARE TO BE PAID BY THE HOMEOWNER/CONTRACT SIGNER. WORK REQUESTED THEN PERFORMED ABOVE THE SCOPE LISTED IN THIS AGREEMENT DOES REQUIRE A CHANGE ORDER AND WILL BE BILLED AT $60 PER MAN HOUR PLUS MATERIAL AND WILL BE DUE AT TIME OF FINAL INVOICE. DUE TO VARIATIONS IN CONSTRUCTION PRODUCTS AVAILABILITY, CONTRACT PRICE MAY INCREASE. PRICE CAN FLUCTUATE DUE TO GOVERNMENT-ENFORCED TARIFFS. NEITHER PARTY MAY ASSIGN THIS CONTRACT WITHOUT THE WRITTEN CONSENT OF THE OTHER.

IF ALL PAYMENTS ARE NOT RECEIVED BY SOLAR WOLF ENERGY, WE HOLD THE POSITION TO DISCONNECT THE SOLAR ARRAY UNTIL SAID PAYMENT IS SATISFIED.

ACCORDING TO CONSTRUCTION LIEN LAWS THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. YOUR CONTRACTOR MAY HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR A SUBCONTRACTOR MAY HAVE FAILED TO PAY. TO PROTECT YOURSELF, YOU SHOULD STIPULATE IN THIS CONTRACT THAT BEFORE ANY PAYMENT IS MADE, YOUR CONTRACTOR IS REQUIRED TO PROVIDE YOU WITH A WRITTEN RELEASE OF LIEN FROM ANY PERSON OR COMPANY THAT HAS PROVIDED TO YOU A "NOTICE TO OWNER."

**MISCELLANEOUS:** FOR ONLINE MONITORING, SOLAR WOLF ENERGY USES THE DEFAULT MONITORING TECHNOLOGY FROM THE INVERTER EQUIPMENT MANUFACTURER. THIS DEVICE UPDATES EVERY FOUR HOURS. IF HOMEOWNER REQUESTS A DIRECT WIRE OR ANY DIFFERENT TYPE OF CONNECTION, THERE WILL BE AN ADDITIONAL TIME AND MATERIAL CHARGE. SOLAR WOLF ENERGY RESERVES THE RIGHTS TO THE ONLINE MONITORING PLATFORM UNTIL FINAL PAYMENT HAS BEEN RECEIVED FROM CUSTOMER. UPON RECEIPT, SOLAR WOLF ENERGY WILL RELEASE THE ONLINE MONITORING PLATFORM TO CUSTOMER.

ALL INSTALLATION SCHEDULES ARE WEATHER PERMITTING. SHOULD SNOW, RAIN, WIND, OR COLD WEATHER COINCIDE WITH SCHEDULED INSTALLATION DAY, THE INSTALLATION WILL BE MOVED TO THE NEXT DATE AVAILABLE. ANY CONTRACT SIGNED AFTER SEPTEMBER 1ST IS SUSCEPTIBLE TO WEATHER CONDITIONS AND MAY NOT GUARANTEE INSTALLATION BEFORE YEAR END.

LEDGE OCCURRENCE (GROUND MOUNTS): THE FOLLOWING IS AN AGREEMENT FOR THE POTENTIAL OCCURRENCE TO COME ACROSS AND IDENTIFY AS LEDGE. LEDGE WILL IMPACT COST AND TIME AS WITH GROUND MOUNTS, THE NEED TO EXCAVATE THE MATERIAL IS UNSEEN AND UNDERGROUND. IT IS BECAUSE OF THAT A FAIR ASSESSMENT AND PRICE QUOTE CANNOT BE DEEMED ACCURATE. DUE TO THIS IT SHOULD BE STATED THAT IF LEDGE IS DISCOVERED THAT IT WILL BE REVEALED AND SHOWN TO THE CUSTOMER OR HOMEOWNER, AN ASSESSMENT CAN BE MADE AT THAT TIME FOR THE COST. TO BE CLEAR, LEDGE WILL BE IDENTIFIED AS ANY ROCK THAT IS LARGER THAN 1 CUBIC YARD IN SIZE. ANY AND ALL QUESTIONS WILL BE ADDRESSED AND AGREED ON EXECUTION BEFORE ACTUAL REMOVAL.

**LEGAL:** OWNER SHALL PROVIDE THIRTY (30) DAYS WRITTEN DETAILED NOTICE AND RIGHT TO CURE ANY CLAIM ARISING OUT OF THIS CONTRACT, INCLUDING BUT NOT LIMITED TO: BREACH OF CONTRACT, BREACH OF WARRANTY, DEFECTIVE CONSTRUCTION OR INSTALLATION, OR DEFECTIVE MATERIALS. CONTRACTOR IS NOT RESPONSIBLE FOR ANY DAMAGES AS A RESULT OF DELAYS IN THE COMPLETION OR FAILURE TO COMPLETE THIS CONTRACT, SHOULD SUCH DELAYS ARISE OUT OF OR BE REGARDING, DIRECTLY OR INDIRECTLY, ACTS OF GOD OR NATURE, INCLEMENT WEATHER, STRIKES, LOCKOUT, MATERIAL SHORTAGES, FIRE, STORM, VANDALISM, OR OTHER CAUSE BEYOND THE CONTRACTOR'S CONTROL IN GOOD FAITH. ANY LEGAL ISSUES/COURT ACTION MUST BE HANDLED AND RESOLVED IN SOLAR WOLF ENERGY'S HEADQUARTERED STATE OF MASSACHUSETTS.

IN THE EVENT OF LITIGATION FOR ANY REASON, ARISING OUT OF THIS CONTRACT, THE PREVAILING PARTY SHALL BE ENTITLED TO REIMBURSEMENT OF REASONABLE ATTORNEY'S FEES. THE TERMS AND CONDITIONS ON THE REVERSE SIDE ARE EXPRESSLY INCORPORATED HEREIN. THIS CONTRACT CONSTITUTES THE ENTIRE AGREEMENT BETWEEN THE PARTIES AND THE PARTIES WARRANT NO OTHER UNDERSTANDINGS OR REPRESENTATIONS ARE BINDING UNLESS IN WRITING AND SIGNED BY ALL PARTIES.

FEDERAL STATUTES CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY BRING ANY LEGAL ACTION FOR AN ALLEGED CONSTRUCTION DEFECT. SIXTY (60) DAYS BEFORE YOU BRING ANY LEGAL ACTION, YOU MUST DELIVER TO THE OTHER PARTY OF THIS CONTRACT A WRITTED NOTICE REFERRING TO CHAPTER 558, OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE SUCH PERSON THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND TO CONSIDER MAKING AN OFFER TO REPAIR OR PAY FOR THE CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-PROPERTY FOR PAYMENT, EVEN IF YOU HAVE ALREADY PAID YOUR CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER WHICH MAY BE MADE. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER THE LAW, AND WHICH OTHER STATES THIS CONTRACT IS SOLD AND APPLIES TO (IN THE STATE IT IS RELEVANT IN) WHICH MUST BE MET AND FOLLOWED TO PROTECT YOUR INTERESTS.

Customer Initial: _____



Audit Trail

| | |
|---|---|
| **TITLE** | Contract from Solar Wolf Energy |
| **FILE NAME** | Frederic Contract.pdf |
| **DOCUMENT ID** | 2f4c274af012e6d38a4b01324d96338b477fdeb8 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

## Document History

**SENT**  **04 / 18 / 2021**  17:52:44 UTC
Sent for signature to Frederic Jaffre (fred.jaffre@gmail.com) and Zeke Idiagbonva (zeke.i@solarwolfenergy.com) from jereme.e@solarwolfenergy.com
IP: 75.130.100.12

**VIEWED**  **04 / 18 / 2021**  22:40:41 UTC
Viewed by Frederic Jaffre (fred.jaffre@gmail.com)
IP: 24.91.209.188

**SIGNED**  **04 / 18 / 2021**  22:41:30 UTC
Signed by Frederic Jaffre (fred.jaffre@gmail.com)
IP: 24.91.209.188

**VIEWED**  **04 / 18 / 2021**  23:36:50 UTC
Viewed by Zeke Idiagbonva (zeke.i@solarwolfenergy.com)
IP: 75.143.60.14

**SIGNED**  **04 / 18 / 2021**  23:37:20 UTC
Signed by Zeke Idiagbonva (zeke.i@solarwolfenergy.com)
IP: 75.143.60.14

**COMPLETED**  **04 / 18 / 2021**  23:37:20 UTC
The document has been completed.

Powered by HELLOSIGN