UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | Solar Wolf Energy, Inc., <br> Debtor | Chapter: 7 <br> Case No: 22–40693 <br> Judge Christopher J. Panos |

### NOTICE OF FILING FEE DUE

On **OCTOBER 18, 2022** you filed a **Motion For Relief From Stay (Fee $188.00)** which requires the fee indicated. Please submit your payment by **NOVEMBER 1, 2022 .**

Date:10/18/22                                                                                     By the Court,

                                                                                                              Toni Elam
                                                                                                              Deputy Clerk
                                                                                                              617–748–5334

**PLEASE RETURN THIS FORM WITH YOUR PAYMENT**

**NOTE: DEBTORS CHECKS AND CASH ARE NOT ACCEPTED.**

**PLEASE INCLUDE NAME AND CASE NUMBER WITH PAYMENT AND SEND TO ADDRESS CHECKED.**

**FAILURE TO MAKE PAYMENT BY THE DUE DATE MAY RESULT IN DENIAL/DISMISSAL WITHOUT FURTHER NOTICE.**

| ○ United States Bankruptcy Court <br> John W. McCormack Post Office and Court House <br> 5 Post Office Square, Suite 1150 <br> Boston, MA 02109–3945 | ◉ United States Bankruptcy Court <br> 211 Donohue Federal Building <br> 595 Main Street <br> Worcester, MA 01608–2076 | ○ United States Bankruptcy Court <br> United States Courthouse <br> 300 State Street, Suite 220 <br> Springfield, MA 01105–2925 |

14 – 13