United States Bankruptcy Court

District of Massachusetts

In re:     Case No. 22-40693-cjp

Solar Wolf Energy, Inc.     Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4     User: admin     Page 1 of 6

Date Rcvd: Oct 19, 2022     Form ID: ntcacred     Total Noticed: 250

The following symbols are used throughout this certificate:

**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 20724166 | + | Aaron Kimmel, 18 Cottonwood Street, Yarmouth Port, MA 02675-2323 |
| 20724167 | + | Aastha Chaturvedi, 16 Hedgefield Road, Orange, CT 06477-2227 |
| 20724168 | + | Albert Inglesi, 80 Mattakese Road #2, West Yarmouth, MA 02673-5055 |
| 20724169 | + | Amy Grant, 56 Alton Street, Providence, RI 02908-4605 |
| 20724170 | #+ | Andrea Goldman, 60 Austin Street, Suite 210, Newtonville, MA 02460-1857 |
| 20724171 | + | Andrew Baxter, 17 Dettling Road, Maynard, MA 01754-2154 |
| 20724172 | + | Andrew Cefalu, 1 Wilson Lane, Charlton, MA 01507-1240 |
| 20721868 | + | Andrew G Baxter, 17 Dettling Road, Maynard, MA 01754-2154 |
| 20724173 | + | Andy Sharr, 17 Arrowhead Avenue, Auburn, MA 01501-2314 |
| 20724174 | + | Anthony Iani, 70 Midstream Drive, South Yarmouth, MA 02664-1320 |
| 20721996 | + | Arvin Nundloll, 20 Elisha Witherell Road, Wellfleet, MA 02667-7819 |
| 20722458 | + | Barbara A Lavoine, 16 Still Brook Rd, S. Yarmouth, MA 02664-4036 |
| 20724180 | + | Bill Cardalino, 341 Plymouth Avenue, Marshfield, MA 02050-3802 |
| 20724181 | | Brian Daniels, 17 Jet Way, Dennis, MA 02638 |
| 20724210 | + | CT Corporation Systems, P.O. Box 2576, Springfield, IL 62708-2576 |
| 20724182 | + | Cabot House, 10 Industrial Way #3, Amesbury, MA 01913-3222 |
| 20724183 | + | Camilla Flannery, 4 Melva Street, South Yarmouth, MA 02664-5623 |
| 20723918 | + | Cari Brown, 5 Parallel St, Arlington, MA 02474-3211, , |
| 20724185 | + | Carolyn & Ralph Lodders, 3 Belvedere Terrace, Yarmouth Port, MA 02675-1302 |
| 20723194 | + | Carolyn Lodders, 3 Belvedere Terrace, Yarmouth Port, MA 02675-1302 |
| 20724186 | + | Chan Huu Nguyen, 5 Elmire Avenue, Worcester, MA 01604-2323 |
| 20724187 | + | Chris Ciuchta, 1A Applebee Avenue, Webster, MA 01570-3449 |
| 20724188 | + | Chris George, 947 Route 6A, Yarmouth Port, MA 02675-2171 |
| 20724189 | | Chris Paquette, 26 Edson Avenue, Rutland, MA 01543 |
| 20724190 | + | Christine and Erik Bennett, 105 Oak Street, Winchendon, MA 01475-1537 |
| 20724191 | + | Christopher Ashe, 42 Logan Street, Cherry Valley, MA 01611-3269 |
| 20723558 | + | Christopher C. Paquette, 26 EDSON AVE, PO Box 502, Rutland, MA 01543-0502 |
| 20724192 | + | Christopher George, 303 Route 28, West Yarmouth, MA 02673-4661 |
| 20724193 | + | Christopher Kam, 22 Nichols Lane, Hope Valley, RI 02832-1708 |
| 20724203 | + | Christopher Rodwill, 26 Mayflower Circle, Leicester, MA 01524-1608 |
| 20724204 | + | Claire Bourdeau, 359 Route 6A, Yarmouth Port, MA 02675-1819 |
| 20724205 | + | Clarence Saint-Vil, 6 Pauls Drive, Spencer, MA 01562-1348 |
| 20724206 | + | Colin Misquita, 127 Florence Road, Lowell, MA 01851-3503 |
| 20724207 | + | Consolidated Electric, 1920 Westridge Drive, Irving, TX 75038-2901 |
| 20724208 | + | Corporation Services Company, P.O. Box 2576, Springfield, IL 62708-2576 |
| 20724209 | + | Craig Ferrari, 35 Ginger Lane, Torrington, CT 06790-2545 |
| 20722902 | + | Cynthia L. Berk and Janis E. Brinker, 55 Marshside Drive, Yarmouthport, MA 02675-1568 |
| 20724229 | + | DLR, Inc., P.O. Box 520382, Salt Lake City, UT 84152-0382 |
| 20724211 | + | Damion Campbell, 27 Davis Road, South Yarmouth, MA 02664-4103 |
| 20724212 | + | Dan Grenon, 8 Douglas Road, Webster, MA 01570-3200 |
| 20724213 | + | Dan Marder, 224 Still River Road, Harvard, MA 01451-1349 |
| 20724214 | + | Daniel Kohnfelder, 41 Cottage Drive, West Yarmouth, MA 02673-3540 |

Case 22-40693    Doc 33    Filed 10/21/22    Entered 10/22/22 00:25:00    Desc Imaged
Certificate of Notice    Page 2 of 7

| | | |
|---|---|---|
| District/off: 0101-4 | User: admin | Page 2 of 6 |
| Date Rcvd: Oct 19, 2022 | Form ID: ntcacred | Total Noticed: 250 |

| | | |
|---|---|---|
| 20722002 | + | Daniel Long, 27 Pine St, Yarmouth Port, MA 02675-1838 |
| 20724216 | | Darlynn Oberg, 1250 Jackson Road, Hardwick, MA 01037 |
| 20724217 | + | Darrell Smith, 37 Woodland Road, Auburn, MA 01501-2149 |
| 20724218 | + | Dave Morley, 2 Duck Poind Road, Yarmouth Port, MA 02675-2325 |
| 20724219 | + | David Levine, 8 Femia Road, Framingham, MA 01701-4514 |
| 20724220 | + | David Maki, 65 Bog Road, Marstons Mills, MA 02648-1421 |
| 20724221 | + | David Methe, 3 Alcove Road, Southwick, MA 01077-9808 |
| 20724222 | + | David Witter, 175 Beacon Street, South Yarmouth, MA 02664-1855 |
| 20722001 | + | Dean Angelos, 4 Richard Rd, Wayland, MA 01778-4010 |
| 20724224 | + | Deepak Sharma, 19 Flintlock Drive, Shrewsbury, MA 01545-3248 |
| 20724225 | + | Dennis Vazquez, 38 Fay Road, Framingham, MA 01702-6814 |
| 20724226 | | Digital Documents Solutions, 197 Plymouth Avenue, Fall River, MA 02721 |
| 20724227 | + | Dimitar Ivanov, 9 Ruby Street, West Yarmouth, MA 02673-3647 |
| 20723266 | + | Diptam Chatterjee, 6 Reuben Circle, Shrewsbury , MA 01545-8300, , |
| 20724230 | + | Don Wolent, 559 Orchard Street, Raynham, MA 02767-5307 |
| 20724231 | #+ | Donald Head, 9 Houlton Street, Swansea, MA 02777-4911 |
| 20724232 | + | Donald Logan, 23 University Street, Leominster, MA 01453-2634 |
| 20724233 | + | Ed Senteio, 27 Winter Street, Yarmouth Port, MA 02675-1247 |
| 20724234 | + | Edward Meiners, 15 Rune Stone Road, South Yarmouth, MA 02664-1324 |
| 20724235 | + | Edward Owen Gee, 25 Harris Hill Road, East Falmouth, MA 02536-5180 |
| 20722276 | | Edward Versiackas, 281 Great Western Rd, Harwich, MA 02645-2428 |
| 20724237 | + | Elizabeth Wuerz, 7 Mellen Lane, Wayland, MA 01778-2006 |
| 20724239 | + | Emily Woudenberg, 68 Marshside Drive, Yarmouth Port, MA 02675-1567 |
| 20724240 | + | Empower, 30 Old Kings Hwy S, #1001, Darien, CT 06820-4519 |
| 20724241 | + | Eric Farias, 33 Harvest Circle, West Wareham, MA 02576-2402 |
| 20724242 | + | Eric Munson, 1071 Burt Hill Road, Granville, MA 01034-9566 |
| 20724243 | + | Erin Achenbach, 151 Geer Road, Danielson, CT 06239-2248 |
| 20724244 | + | Evard Leonidas, 55 Eastern Ave, Fall River, MA 02723-2510 |
| 20724245 | + | Frank Montani, 59 Captain Stanley Road, South Yarmouth, MA 02664-2848 |
| 20724247 | + | Gelson Deoliveira, 10 Parkhurst Street, Milford, MA 01757-3538 |
| 20724248 | + | George Bell, 58 Lookout Road, Yarmouth Port, MA 02675-1014 |
| 20724250 | + | Georgia Demetriades, 65 Sierra Way, West Yarmouth, MA 02673-2624 |
| 20724251 | | Geraldine Kennedy, 325 Lower County Road, Dennis Port, MA 02639 |
| 20724252 | + | Gerard Downing, 2 Spruce Avenue, Middletown, RI 02842-5331 |
| 20724253 | + | Gerry Boucher, 33 Lake Road W, West Yarmouth, MA 02673-2724 |
| 20724254 | + | Giuseppe Folco, 2 O'Hara Circle, Worcester, MA 01604-1446 |
| 20724255 | + | Goodleap, 8781 Siera College Blvd, Roseville, CA 95661-5920 |
| 20724256 | + | Graham Doolan, 31 Aspinet Road, South Yarmouth, MA 02664-5106 |
| 20724257 | + | Harold Weatherwax, 36 Berkshire Drive, Ware, MA 01082-9376 |
| 20724258 | + | Heritage Building, 29 Glennie Street, Worcester, MA 01605-3918 |
| 20724259 | + | Hetal Hitesh Wadikar, 33 Willard Avenue, Shrewsbury, MA 01545-5263 |
| 20724260 | + | Howard Hecht, 69 Evelyn Road, Waban, MA 02468-1212 |
| 20724263 | + | Intuit Payment Solutions, 21215 Burbank Blvd., Ste. 100, Woodland Hills, CA 91367-7091 |
| 20724264 | + | Isabella Roy, 50 Craig Street, Rochdale, MA 01542-1002 |
| 20724265 | + | Jacqueline Adalbart, 197 Canterbury Street, Worcester, MA 01603-2876 |
| 20722903 | + | James J Pfeffer, 41 Raymond A Sampson Dr, North Attleboro, MA 02760-6722 |
| 20724267 | + | James Reinschmidt, 6 Marla Avenue, Ledyard, CT 06339-1633 |
| 20724268 | + | Jami Carder, 223 West Great Western Road, Yarmouth Port, MA 02675-2501 |
| 20724269 | + | Janis Brinker, 55 Marshside Drive, Yarmouth Port, MA 02675-1568 |
| 20724270 | + | Jaqueline Coelho, 45 Tevyaw Road, Hyannis, MA 02601-2442 |
| 20724271 | + | Jason Berry, 105 Sisters Circle, Yarmouth Port, MA 02675-1685 |
| 20724272 | + | Jason Gianfriddo, 1007 Petersham Road, Hardwick, MA 01037-9750 |
| 20724273 | + | Jason Yelinek, 19 Haynes Hill Road, Wales, MA 01081-9753 |
| 20724274 | + | Jeannie Silvestro, 55 Altons Lane, East Falmouth, MA 02536-4995 |
| 20724275 | + | Jeffrey Doherty, 3 Angels Way, Hopkinton, MA 01748-2171 |
| 20724276 | + | Jennifer Glasgow, 319 N. Woodstock Road, Southbridge, MA 01550-2918 |
| 20724277 | | Jerome Mbugua, 2 Upton Street, Cherry Valley, MA 01611 |
| 20724278 | | Jessica Rhodes, 99 Pompeo Road, North Grosvenordale, CT 06255 |
| 20724279 | + | Jessica Sizer, 655 South Street, Barre, MA 01005-8911 |
| 20724280 | + | Jim Wolf, 24 Gooseneck Road, Yarmouth Port, MA 02675-2026 |
| 20724282 | + | Joe Antonelli, 80 Mattakese Road, Unit 5, West Yarmouth, MA 02673-5055 |
| 20724283 | + | Joe Courcy, 655 West Hartford Avenue, Uxbridge, MA 01569-1124 |
| 20724284 | + | Joe Rocha, 37 Pine Hill Lane, Marion, MA 02738-1149 |

Case 22-40693   Doc 33   Filed 10/21/22   Entered 10/22/22 00:25:00   Desc Imaged
Certificate of Notice   Page 3 of 7

| | | |
|---|---|---|
| District/off: 0101-4 | User: admin | Page 3 of 6 |
| Date Rcvd: Oct 19, 2022 | Form ID: ntcacred | Total Noticed: 250 |

| | | |
|---|---|---|
| 20724281 | + | Joe and Shirley Beuth, 161 New London Turnpike, Wyoming, RI 02898-1015 |
| 20724285 | + | John Dibitetto, 14 Ruby Circle, Haverhill, MA 01835-6992 |
| 20724286 | #+ | John Farias, 22 Manuel Avenue, Johnston, RI 02919-3907 |
| 20724287 | + | John Fogle, Jr., 404 Broad Street, P.O. Box 261, Nescopeck, PA 18635-0261 |
| 20724288 | + | John Freeburn, 12 Sachem Path, West Yarmouth, MA 02673-5615 |
| 20724289 | + | John Gigarjian, 117 West Street, Douglas, MA 01516-2120 |
| 20724290 | + | John Kurth, 25 Kellogg Street, Brookfield, CT 06804-1514 |
| 20724291 | + | John Serijan, 53 Aunt Dorahs Lane, Yarmouth Port, MA 02675-2202 |
| 20724292 | + | Jonas Reinheimer, 145 Fairfield Avenue, Woonsocket, RI 02895-6012 |
| 20723785 | + | Jonathan Durante, 26 Dean Street, Stoneham, MA 02180-2549 |
| 20724294 | + | Jorge Lomastro, 751 Washington Street, Coventry, RI 02816-5487 |
| 20724419 | + | Joseph Antonelli, 1 Summit Rd, Medford, MA 02155-3010 |
| 20724295 | + | Joseph Drew, 49 W. Main Street, Upton, MA 01568-1516 |
| 20724296 | + | Joseph Dwelly, 8 Dunster Path, West Yarmouth, MA 02673-1513 |
| 20724297 | + | Joseph Laydon, 63 Mason Road, Whitinsville, MA 01588-3303 |
| 20724298 | + | Joseph Massaro, 83 Lake Shore Drive, Middlefield, CT 06455-1361 |
| 20724299 | + | Joseph Njuguna, 317 Reservoir Street, Norton, MA 02766-1527 |
| 20724300 | + | Joshua Uhalt, 34 Deer Ledge Lane, Wethersfield, CT 06109-3919 |
| 20724301 | + | Joyce Maria, 107 Merchant Avenue, Yarmouth Port, MA 02675-2238 |
| 20723193 | + | Joyce Maria, Jon Fish, 107 Merchant Ave., Yarmouth Port. MA 02675-2238 |
| 20724302 | + | Joyce McFarland, 106 Captain York Road, South Yarmouth, MA 02664-1767 |
| 20724303 | + | Judith Danis, 15 Old Cedar Lane, South Yarmouth, MA 02664-1027 |
| 20724304 | + | Judy Kozak, 108 Drew Blvd., Orange, MA 01364-2117 |
| 20724305 | + | Judy Presnol, 6 Tryton Avenue, Rumford, RI 02916-1834 |
| 20724306 | + | Justin Ferrari, 28 Buttercup Lane, New Hartford, CT 06057-3601 |
| 20724307 | + | Karen Crowley, 82 Wimbledon Drive, West Yarmouth, MA 02673-5848 |
| 20724308 | + | Kathleen Henry, 16 Louise Lane, West Yarmouth, MA 02673-1431 |
| 20724309 | + | Keith Gove, 268 Simsbury Road, West Granby, CT 06090-1602 |
| 20724310 | + | Kenneth McCarter, 421 R S Main Street, Bellingham, MA 02019-2083 |
| 20724311 | + | Kevin Bradley, 89 Baker Road, West Yarmouth, MA 02673-5801 |
| 20724312 | + | Kevin Donahue, 45 Mooring Lane, South Yarmouth, MA 02664-2217 |
| 20724313 | + | Kevin Jordan, 269 Sawmill Hill Road, Sterling, CT 06377-1406 |
| 20724314 | + | Kevin Kauffman, 10 Bangor Road, Middletown, PA 17057-3202 |
| 20723170 | + | Kevin M. Donahue, 45 Mooring Ln, South Yarmouth, MA 02664-2217 |
| 20724315 | + | Kim Berner, 27 Erickson Way, South Yarmouth, MA 02664-2201 |
| 20723727 | + | Kim Nelson, 29 High Bank Rd, South Yarmouth, MA 02664-3129 |
| 20724317 | + | Kirk Deluca, 41 Donald Road, Burlington, MA 01803-1512 |
| 20724318 | + | Kirstie Miersma, 288 Goldthwaite Road, Whitinsville, MA 01588-1320 |
| 20724319 | + | Korpo Hiamah, 18 Fox Meadow Drive, Worcester, MA 01602-2229 |
| 20724320 | + | Lamine Niang, 77 Mapleville Main Street, Mapleville, RI 02839-1193 |
| 20724321 | + | Larry Lukaszewicz, 333 Chapman Street, Canton, MA 02021-2005 |
| 20724322 | + | Laura Sherman, 18 Pinnacle Lane, Yarmouth Port, MA 02675-2169 |
| 20724323 | + | Lewis Mullin, 92 Ursula Street, Lowell, MA 01854-1438 |
| 20724324 | + | Louis Gatti, 111 Pond End Road, Waltham, MA 02451-0951 |
| 20724325 | + | Louphye Cayemite, 56 Roseberry Road, Hyde Park, MA 02136-6144 |
| 20724326 | + | Luke Benes, 60 Taunton Street, Plainville, MA 02762-2144 |
| 20724327 | + | Lynn Landry, 16 Beaver Brook Road, West Yarmouth, MA 02673-2720 |
| 20724328 | + | Majid Jehangir, 481 East Street, East Weymouth, MA 02189-2203 |
| 20724329 | + | Marcy Cohen, 12 St. Andrews Way, South Yarmouth, MA 02664-2047 |
| 20724331 | + | Margarita Mulero, 105 Clifton Avenue, Springfield, MA 01105-1911 |
| 20724330 | + | Margarita Mulero, 88 Cherry Street, Springfield, MA 01105-1939 |
| 20724332 | + | Margot and Fred Churchill, 243 Pleasant Street, South Yarmouth, MA 02664-4558 |
| 20724333 | + | Marianne Sforza, 95 Baker Road, West Yarmouth, MA 02673-5801 |
| 20724334 | + | Marie Polynice, 105 Hillberg Avenue, Brockton, MA 02301-6537 |
| 20724335 | + | Mark Lique, 34 Idora Avenue, Haverhill, MA 01832-4528 |
| 20724336 | + | Mark Wilcox, 15 Lytherland Place, Providence, RI 02909-1905 |
| 20724337 | + | Mary Johnson, 30 Wild Rose Terrace, South Yarmouth, MA 02664-1122 |
| 20719115 | + | Massachusetts Deparatment of Revenue, Post Office Box 7021, Boston, MA 02204-7021 |
| 20724340 | + | Meghan Ravenscroft Velez, 465 W. Denny Avenue, Pinebluff, NC 28373-8219 |
| 20724341 | + | Melinda and Joshua Prince, 3 Glenarden Road, Trumbull, CT 06611-5515 |
| 20724420 | + | Michael A. Procopio, 24 Moran Cir, Sudbury, MA 01776-3440 |
| 20724342 | + | Michael Kiehnau, 303 Route 6A, Yarmouth Port, MA 02675-1817 |
| 20724343 | + | Michael Levesque, 3 Deer Run, Hopkinton, MA 01748-2327 |

Case 22-40693    Doc 33    Filed 10/21/22    Entered 10/22/22 00:25:00    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0101-4 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Oct 19, 2022 | Form ID: ntcacred | Total Noticed: 250 |

| | | |
|---|---|---|
| 20724344 | + | Michael Valliere, 821 Franklin Street, Duxbury, MA 02332-3506 |
| 20724345 | + | Mike Ford, 1035 Fairview Street, Lee, MA 01238-9306 |
| 20724346 | + | Mike Hopkins, 154 Town Line Road, Burlington, CT 06013-1200 |
| 20724347 | + | Mike Ritter, 54 Wainwright Street #2, Boston, MA 02124-2418 |
| 20724348 | | Monique Maldonado, 260 CT-198, Woodstock Valley, CT 06282 |
| 20724349 | + | Murali Paladugu, 21 Skyview Drive, Millbury, MA 01527-3641 |
| 20724350 | + | Nancy Douttiel, 20 Turtle Cove Road, South Yarmouth, MA 02664-4133 |
| 20724351 | + | Nathaniel Shay, 58 Oakland Drive, Trumbull, CT 06611-1912 |
| 20724352 | + | Neil Beauregard, 5 Oak Street, Oxford, MA 01540-2243 |
| 20722269 | + | Nicholas Rotti, 20 Independence Road, West Yarmouth, MA 02673-1516 |
| 20724354 | + | Nick Oliveira, 27 Ontario Drive, Hudson, MA 01749-3144 |
| 20724355 | + | Nilda Chacon, 69 Mohawk Avenue, Derby, CT 06418-1330 |
| 20724356 | | Orange Advance, LLC, 140 32nd Street #316, Brooklyn, NY 11232 |
| 20724357 | + | Pam Rego, 939 West Yarmouth Road, Yarmouth Port, MA 02675-1949 |
| 20724359 | + | Patricia Doon, 56 Bray Farm South, Yarmouth Port, MA 02675-1556 |
| 20724360 | + | Patricia Robinson Smith, 21 Winter Street, Yarmouth Port, MA 02675-1247 |
| 20724358 | + | Patricia and Arnold Vecchione, 40 Killian Road, Johnston, RI 02919-1904 |
| 20724361 | + | Patrick Gabridge, 44 Willow Street, Florence, MA 01062-2640 |
| 20724363 | + | Paul Grady, 82 Potter Hill Road, Grafton, MA 01519-1116 |
| 20724364 | + | Paul Keller, 28 Robin Road, Burlington, CT 06013-2505 |
| 20724362 | + | Paul and Jean Carlson, 119 State Avenue, Rogers, CT 06263-2226 |
| 20724365 | + | Pavel Nelyubin, 8 Spruce Street, South Yarmouth, MA 02664-5632 |
| 20724366 | + | Pedro Amaral, 207 Fairwood Drive, Tiverton, RI 02878-2417 |
| 20724367 | + | Peter Macy, 16 River Street, Braintree, MA 02184-3235 |
| 20724368 | + | Ralph McGill, 157 Mountain Road, Ridgefield, CT 06877-1612 |
| 20723257 | + | Raymond Huntley, 16 Rollie Shepard Dr, Millbury, MA 01527-3552 |
| 20724370 | + | Renay Lemard, 221 Billings Road, Fitchburg, MA 01420-1403 |
| 20724371 | + | Rex Bradford, 166 Dudleyville Road, Leverett, MA 01054-9709 |
| 20724372 | + | Richard Carroll, Jr., 29 Colt Street, New Britain, CT 06052-1003 |
| 20724373 | + | Richard Falco, 103 Naples Avenue, Providence, RI 02908-1223 |
| 20724374 | + | Richard Montague, 47 Ash Street, Webster, MA 01570-3060 |
| 20724375 | + | Richard Wasley, 316 Long Pond Drive, South Yarmouth, MA 02664-4172 |
| 20724376 | + | Robert Dedominick, 3 Carven Road, Milford, MA 01757-3201 |
| 20724377 | + | Robert Del Frate, 21 Valley Street, Spencer, MA 01562-2166 |
| 20724378 | + | Robert Giese, 75-80 Main Street, Maynard, MA 01754-2513 |
| 20724379 | + | Robert Giese, 81 Main Street, Maynard, MA 01754-2513 |
| 20724380 | + | Robert Smith, 24 Pond View Drive, Coventry, RI 02816-8035 |
| 20724381 | + | Robert Whritenour, 160 Hayway Road, East Falmouth, MA 02536-4510 |
| 20724024 | + | Ron Medrzychowski, 73 Sand Hill Road, Voluntown, CT 06384-2308 |
| 20724382 | + | Rosanne Rose, 11 Eddy Street, West Yarmouth, MA 02673-8322 |
| 20724383 | + | Ruslan Afasizhev, 3 Crabtree Road, Quincy, MA 02171-1407 |
| 20724384 | + | Sandra Cashen, 10 Monomoy Road, South Yarmouth, MA 02664-1974 |
| 20724385 | + | Sandra Sarpong, 61 Pleasant Street, North Oxford, MA 01537-1004 |
| 20724386 | + | Sarah Sharp, 30 Pine Street, Yarmouth Port, MA 02675-1837 |
| 20724387 | + | Second Generation, 31 Birch Hill Road, Dennis Port, MA 02639-2602 |
| 20724388 | | Seth Keevnthal, 81 MA-8A, Charlemont, MA 01339 |
| 20724389 | + | Shilpa Trivedi, 9 Tern Drive, Shrewsbury, MA 01545-8116 |
| 20724390 | + | Shirley Anne Procopio, 24 Moran Circle, Sudbury, MA 01776-3440 |
| 20724391 | + | Solary Foundations, 7 Lazur Road, Ballston Lake, NY 12019-1833 |
| 20724392 | + | Srini Ramkumar, 31 Pal Drive, Shrewsbury, MA 01545-4351 |
| 20723524 | + | Srinivasan Ramkumar, 31 Pal Dr, Shrewsbury, MA 01545-4351 |
| 20724393 | + | Stacy Maillet, 937 Pleasant Street, Leominster, MA 01453-5011 |
| 20724394 | #+ | Stefanie Argus, 88 Ring Street, Providence, RI 02909-1512 |
| 20724395 | + | Su Lin Sheehy, 219 West Elm Street, Pembroke, MA 02359-2123 |
| 20724396 | + | Sunil Yada Keerthi, 16 Skyview Drive, Millbury, MA 01527-3642 |
| 20724397 | + | Suzanne Rinfret, 67 Trull Street, Somerville, MA 02145-3631 |
| 20724398 | + | Suzanne Teuteberg, 155 S. Sea Avenue, West Yarmouth, MA 02673-5624 |
| 20724399 | + | Taylor Bennett, 167B Main Street, Douglas, MA 01516-2151 |
| 20724400 | + | Ted Strczelecki, 582 Wauwinet Road, Barre, MA 01005-9114 |
| 20724402 | + | Thomas Littlewood, 244 High Meadow Lane, Mystic, CT 06355-1654 |
| 20723744 | + | Thomas Nemmers, 8 Doe Road, South Yarmouth, MA 02664-1811 |
| 20724403 | + | Tim Gover, 56 Williams Road, West Yarmouth, MA 02673-4639 |
| 20724404 | + | Tom Lucchetti, Cumberland Carpentry, 310 West Wrentham Road, Cumberland, RI 02864-1005 |

Case 22-40693   Doc 33   Filed 10/21/22   Entered 10/22/22 00:25:00   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0101-4 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Oct 19, 2022 | Form ID: ntcacred | Total Noticed: 250 |

| Recip ID | | Name and Address |
|---|---|---|
| 20724405 | + | Tom Nemmers, 8 Doe Road, South Yarmouth, MA 02664-1811 |
| 20724406 | + | Tru Vision, 35 Harrington Avenue, Shrewsbury, MA 01545-5292 |
| 20724408 | + | Valerie Serijan, 23 Canterbury Road, Yarmouth Port, MA 02675-1410 |
| 20724409 | + | Vichai Levy, 51 Lota Drive, Fairfield, CT 06825-3602 |
| 20724410 | + | Virginia and Ed O'Brien, 54 Fox Run, West Greenwich, RI 02817-2403 |
| 20724411 | + | Weiss Landscape, 51 Taylor Avenue, Bethel, CT 06801-2449 |
| 20724412 | | Wilder Tamayo15 Edison Street, Saugus, MA 01906 |
| 20724413 | + | William Kennedy, 62 Midstream Drive, South Yarmouth, MA 02664-1320 |
| 20724414 | + | William McEwen, 2 Adams Road, West Yarmouth, MA 02673-2402 |
| 20722459 | + | Yako Yako, 4 Christopher Dr, Grafton, MA 01519-1067 |
| 20724416 | + | Yves Frage, 58 Wingate Road, Holliston, MA 01746-1261 |
| 20724417 | + | Zsolt Kemecsei, 11 Studley Road, South Yarmouth, MA 02664-4237 |
| 20723174 | + | frederic jaffre, 78 Curley Boulevard, North Falmouth, MA 02556-2700 |

TOTAL: 244

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 20724176 | + | Email/Text: I.michel@avidiabank.com | Oct 19 2022 22:25:00 | Avidia Bank, 42 Main Street, Hudson, MA 01749-2183 |
| 20724262 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 19 2022 22:25:00 | Internal Revenue Service, Post Office Box 37004, Hartford, CT 06176-7004 |
| 20724338 | + | Email/Text: DOREBN@DOR.STATE.MA.US | Oct 19 2022 22:25:00 | Massachusetts Deparatment of Revenue, Post Office Box 7090, Boston, MA 02204-7090 |
| 20724339 | + | Email/Text: DOREBN@DOR.STATE.MA.US | Oct 19 2022 22:25:00 | Massachusetts Department of Revenue, Post Office Box 9564, Boston, MA 02114-9564 |
| 20719327 | | Email/Text: DOREBN@DOR.STATE.MA.US | Oct 19 2022 22:25:00 | Massachusetts Department of Revenue-Bankruptcy Uni, PO BOX 7090, Boston, MA 02204-7090 |
| 20724407 | + | Email/Text: BhamBankruptcy@sba.gov | Oct 19 2022 22:25:00 | U.S. Small Business Administration, 2 North 20th Street, Birmingham, AL 35203-4007 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20724177 | ##+ | Bahaa Megelly, 14 Vassar Drive, Milford, MA 01757-1219 |
| 20724238 | ##+ | Emily Seco, 15 Balder Road, Worcester, MA 01605-3806 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2022        Signature:        /s/Gustava Winters

Case 22-40693    Doc 33    Filed 10/21/22    Entered 10/22/22 00:25:00    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0101-4 | User: admin | Page 6 of 6 |
| Date Rcvd: Oct 19, 2022 | Form ID: ntcacred | Total Noticed: 250 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Mawhinney | on behalf of Creditor John Miersma dmawhinney@bowditch.com |
| Joseph H. Baldiga | jbaldiga@mirickoconnell.com  jhbaldiga@ecf.axosfs.com,bankrupt@mirickoconnell.com |
| Kate P. Foley | on behalf of Trustee Joseph H. Baldiga kfoley@mirickoconnell.com |
| Michael J. Riley | on behalf of Creditor Wilder Tamayo mriley@mllsf.org  mriley8oc@gmail.com;rileymr77267@notify.bestcase.com |
| Richard King | USTPRegion01.WO.ECF@USDOJ.GOV |
| Steven J. Marullo | on behalf of Creditor Jonathan Durante sjmlaw@verizon.net |
| Troy D. Morrison | on behalf of Debtor Solar Wolf Energy  Inc. tmorrison@morrisonlawpc.net, morrisonlawpc@gmail.com;MorrisonTR39836@notify.bestcase.com |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Solar Wolf Energy, Inc.<br>Debtor, | Chapter: 7<br>Case No: 22−40693<br>Judge Christopher J. Panos |

### NOTICE TO ADDED CREDITORS

A bankruptcy case concerning the debtor listed above was filed on **9/23/22**. On **OCTOBER 19, 2022**, schedules of creditors filed by the above−named debtor(s) were amended to include your name.

The filing of a bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the bankruptcy code, you may be penalized. You may wish to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy court clerk's office. Please note that the staff at the bankruptcy court clerk's office are prohibited from giving legal advice.

The trustee in this case is:
Joseph H. Baldiga
Mirick, O'Connell, DeMallie & Lougee
1800 West Park Drive
Suite 400
Westborough, MA 01581−3926

A meeting of creditors was scheduled to be held on or will be held pursuant to 11 U.S.C. § 341(a), on **10/26/22 @ 2:00pm**. Please note that the deadline to file an objection to the debtor's claimed exemption is thirty (30) days after the conclusion of the meeting of creditors.

**Please be aware of the following important deadlines:**

☐  Complaint objecting to the discharge of the debtor and/or to have a debt declared non−dischargeable, must be received by the bankruptcy clerk's office on or before .

☑  Deadline to file Proof of Claim for Added creditors only is **DECEMBER 28, 2022** .   Claims can be mailed to the following address:
U. S. Bankruptcy Court
595 Main Street
Worcester, MA 01608

The attorney for the debtor is:
Troy D. Morrison
Morrison & Associates, P.C.
255 Park Avenue
Suite 1000
Worcester, MA 01609

If you desire further case−related information, please contact the attorney for the debtor or if there is no attorney listed, contact the above−named trustee.

Date:10/19/22

By the Court,

David Corchado
Deputy Clerk
508−770−8905