United States Bankruptcy Court
District of Massachusetts

In re:  Case No. 22-40693-cjp
Solar Wolf Energy, Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4     User: admin     Page 1 of 2
Date Rcvd: Oct 28, 2022     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + Nicholas Rotti, 20 Independence Road, West Yarmouth, MA 02673-1516 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher S. Tolley | on behalf of Creditor Consolidated Electrical Distributors Inc. d/b/a CED Greentech ctolley@phillips-angley.com, moe@phillips-angley.com |
| David Mawhinney | on behalf of Creditor John Miersma dmawhinney@bowditch.com |
| Joseph H. Baldiga | on behalf of Trustee Joseph H. Baldiga jbaldiga@mirickoconnell.com bankrupt@mirickoconnell.com |
| Joseph H. Baldiga | jbaldiga@mirickoconnell.com jhbaldiga@ecf.axosfs.com,bankrupt@mirickoconnell.com |
| Kate P. Foley | on behalf of Trustee Joseph H. Baldiga kfoley@mirickoconnell.com |
| Michael J. Riley | |

| | | |
|---|---|---|
| District/off: 0101-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 28, 2022 | Form ID: pdf012 | Total Noticed: 1 |

on behalf of Creditor Wilder Tamayo mriley@mllsf.org  mriley8oc@gmail.com;rileymr77267@notify.bestcase.com

Richard King

USTPRegion01.WO.ECF@USDOJ.GOV

Steven J. Marullo

on behalf of Creditor Jonathan Durante sjmlaw@verizon.net

Troy D. Morrison

on behalf of Debtor Solar Wolf Energy  Inc. tmorrison@morrisonlawpc.net, morrisonlawpc@gmail.com;MorrisonTR39836@notify.bestcase.com

TOTAL: 9



Dated: 10/28/2022

ANY OBJECTIONS TO THE MOTION SHALL BE FILED ON OR BEFORE NOVEMBER 14, 2022.



## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>        d/b/a<br><br>Solar Wolf Energy, inc.<br><br>        Debtor | Chapter<br>Case No. 22-40693 |

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Pursuant to 11 U.S.C. §362(d)(1), Fed. R. Bankr. P. 4001(a) and Local Rule 27, Nicholas E. Rotti (Collectively "Movants") move the Court to lift the automatic stay according to Solar Wolf Energy, Inc ("Debtor") in order to allow Nicholas E. Rotti to arbitrate the dispute with the Debtor within a private arbitration services program ("Program"), approved by the Director of the Office of Consumer Affairs and Business Regulation pursuant to M.G.L. c. 142A, §4. Under the Program, the Movants may recover $10,000.00 unsecured claim in full from non-Debtor funds held by the Massachusetts Residential Contractor's Guaranty Fund ("Fund"), established pursuant to M.G.L. c. 142A §5. In support, the Movants say:

### I.
### FACTS

1. The Debtor, a registered Massachusetts home improvement contractor, filed his voluntary Chapter 7 petition on 9/23/2022.

2. The Debtor agreed to perform home improvements on Movants' residence, located at 20 Independence Rd, West Yarmouth, MA 02683 ("Property") per a written contract dated 03/21/2022 ("Contract"). The Debtor failed to perform under the Contract in a workmanlike manner, resulting in damages to the Property exceeding $14,450.40 which are the basis of Movants' claim. A true and correct copy of the Contract is attached as Exhibit "A".

3. The Movant(s) did not obtain a pre-petition judgment on their claim from a court of competent jurisdiction.