FILING FEE PAID

Dated: 11/21/2022

ANY OBJECTIONS TO THE MOTION SHALL BE FILED ON OR BEFORE DECEMBER 8, 2022.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:                                                )
Howard Hecht & Nicole (Palmer) Hecht, homeowners      )
69 Evelyn Road                                        )
Waban, MA 02468                                       )
                                                      )        Chapter 7
                                                      )        Case No. Ct. File 22-40693
                                                      )
Debtor: Solar Wolf Energy Inc.                        )
                                                      )

<u>MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u>

Pursuant to 11 U.S.C. §362(d)(1), Fed. R. Bankr. P. 4001(a) and Local Rule 27, **Howard M. and Nicole A. Hecht** (Collectively "Movants") move the Court to lift the automatic stay according to **Solar Wolf Energy Inc.** ("Debtor") in order to allow the Movants to arbitrate the dispute with the Debtor within a private arbitration services program ("Program"), approved by the Director of the Office of Consumer Affairs and Business Regulation pursuant to M.G.L. c. 142A, §4, and/or to pursue related litigation to secure a requisite judgment against Debtor. The Movants may recover a $10,000.00 (maximum allowed) unsecured claim in full from non-Debtor funds held by the Massachusetts Residential Contractor's Guaranty Fund ("Fund"), established pursuant to M.G.L. c. 142A §5. In support, the Movants say:

I.
<u>FACTS</u>

1. The Debtor, a registered Massachusetts home improvement contractor, filed his voluntary Chapter 7 petition on September 23, 2022.

2. The Debtor agreed to perform home improvements on the Movants' residence, located at **69 Evelyn Road; Waban, MA 02468** ("Property") per a written contract dated **August 31, 2021** ("Contract"). The Debtor failed to perform under the Contract in a workmanlike manner, resulting in losses and damages to the Property exceeding **$42,000.00** which are the basis of the Movants' claim. A true and correct copy of the Contract is attached as Exhibit "A".

3. The Movant(s) did not obtain a pre-petition judgment on their claim from a court of competent jurisdiction.