# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOLAR WOLF ENERGY, INC.,**<br><br>Debtor. | **Chapter 7**<br>**Case No. 22-40693-CJP** |

## ORDER AUTHORIZING AND APPROVING PUBLIC AUCTION SALE OF CERTAIN MOTOR VEHICLES FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES

This matter having come before the Court upon the motion (the "Motion to Approve Public Auction Sale") of Joseph H. Baldiga, the Chapter 7 trustee in the above-captioned case (the "Trustee"), for an Order approving and authorizing the public auction sale (the "Public Auction Sale") of the bankruptcy estate's right, title and interest in seven (7) motor vehicles (collectively, the "Sale Assets"), which Sale Assets are more particularly described in the Motion to Approve Public Auction Sale and in the Trustee's Notice of Intended Sale by Public Auction filed with this Court (the "Notice of Public Auction Sale"), and no objection to the Motion to Approve Public Auction Sale having been filed, and the Court finding that the notice given by the Trustee as set forth in the Certificate of Service filed with the Court was sufficient, it is hereby ORDERED that:

1. The Motion to Approve Public Auction Sale is APPROVED.

2. The Trustee is authorized, pursuant to 11 U.S.C. § 363(f), to sell the bankruptcy estate's right, title, and interest in the Sale Assets specifically identified on **Exhibit 1** attached hereto and described in the Notice of Public Auction Sale, free and clear of all liens, claims, interests, and encumbrances, with any and all

such interests in the Sale Assets, when established, attaching to the proceeds realized from the Public Auction Sale in the same order of priority subject, if necessary, to later determination by the Bankruptcy Court of the validity, extent, and perfection of such interest.

3. The Public Auction Sale is authorized in accordance with the Trustee's Motion to Approve Public Auction Sale and the Notice of Public Auction Sale.

4. The Trustee is authorized to execute and deliver such closing and other documents and to do such things as are necessary and appropriate and as are reasonably required to effectuate the sales of the Sale Assets to the successful bidder(s) following the Public Auction Sale.

5. Following the closing of the sales, the Trustee is authorized to pay each of the DOR[1] and the IRS the amount of $2,500.00 (respectively, $5,000.00 in the aggregate) from the proceeds generated from the Public Auction Sale in satisfaction of their respective liens on the Sale Assets. Notwithstanding the foregoing, the DOR's and IRS's liens shall remain in place and unaltered vis-à-vis all other assets of the Debtor.

6. This Order is immediately effective and is not stayed pursuant to Rule 6004(h) of the Federal Rules of Bankruptcy Procedure, or otherwise.

7. The hearing scheduled for December 6, 2022 on the Motion to Approve Public Auction Sale is cancelled.

Dated: December 2, 2022

_____
Christopher J. Panos
United States Bankruptcy Judge

---

[1] Unless otherwise defined herein, initially capitalized terms shall have the meanings ascribed to them in the Motion to Approve Public Auction Sale.

**EXHIBIT 1**

## Solar Wolf Energy, Inc., Ch. 7, Case No. 22-40693-CJP

### List of Sale Assets

| Item | Description |
|------|-------------|
| 1. | 2012 BMW X5 SUV<br>VIN: 5UXZW0C5360B89066 |
| 2. | 2011 Ford Escape XLT SUV<br>VIN: 1FMCU9DG7BKC52957 |
| 3. | 2001 Ford E-450 Super Duty Box Truck, 14' Box<br>VIN: 1FDXE45F51HA72153 w/ Contents |
| 4. | 2012 Nissan Titan SL Crew Cab Pickup Truck, V8 Gas Motor<br>VIN: 1N6AA0EC1CN307380 |
| 5. | 2014 Dodge Ram 1500 Promaster Hi Volume Cargo Van, 6 Cylinder, 9' Length<br>VIN: 3C6TRVAG0EE124318 w/ Contents |
| 6. | 2015 Nissan NV200 Cargo Van<br>VIN: 3N6CM0KN1FK699518 |
| 7. | 2003 Ford F-250 Pickup Truck<br>VIN: 1FTNX21L5EA10603 |