UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| SOLAR WOLF ENERGY, INC | * | CHAPTER 7 |
| DEBTOR(S) | * | |
| | * | CASE NO.:  22-406933-EDK |
| | * | |

<u>MOTION TO AMEND SUMMARY OF SCHEDULES, SCHEDULE B AND STATEMENT
OF FINANCIAL AFFAIRS</u>

      NOW COMES the Debtor, Solar Wolf Energy, Inc., through undersigned counsel,

and moves this Honorable Court to amend it's Summary of Schedules, Schedule B and

Statement of Financial Affairs.  As reasons therefore, the Debtor states the following:

1.    It is the subject of a Chapter 7 voluntary petition in Bankruptcy filed with this
Honorable Court on September 23, 2022.

2.    The Debtor has filed an Amended Summary of Schedules, Schedule B and
Statement of Financial Affairs to disclose certain assets and transactions
omitted in the original filing.

      WHEREFORE, the Debtor moves this Honorable Court that it be allowed to

amend it's Summary of Schedules, Schedule B and Statement of Financial Affairs.  Proposed

Amended Schedules have been previously filed.

Solar Wolf Energy, Inc.
By it's attorney

/s/ Troy D. Morrison
Troy D. Morrison, Esquire
Morrison and Associates, PC
255 Park Avenue, Suite 1000
Worcester, MA  01609
(508) 793-8282
BBO # 635389
tmorrison@morrisonlawpc.net

Dated:  December 4, 2022

<u>DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR</u>

     I declare under penalty of perjury that I have read the answers contained in the foregoing Motion to Amend Summary of Schedules, Schedule B and Statement of Financial Affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.


Dated:  December 4, 2022


                                                       */s/ Ted Strzelecki, President*
                                                       Ted Strzelecki, President

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| SOLAR WOLF ENERGY, INC | * | CHAPTER 7 |
| DEBTOR(S) | * | |
| | * | CASE NO.:  22-40693-EDK |
| | * | |

**CERTIFICATE OF SERVICE**

I, Troy D. Morrison, attorney for the within named, Solar Wolf Energy, Inc, hereby certify that I have this 4th day of December, 2022, served a copy on the following interested parties of the within Motion to Amend Creditor Matrix by mailing a copy thereof, via ECF and/or first-class mail, postage prepaid, to the following parties:

- **Joseph H. Baldiga**   jbaldiga@mirickoconnell.com, bankrupt@mirickoconnell.com
- **Joseph H. Baldiga**   jbaldiga@mirickoconnell.com, jhbaldiga@ecf.axosfs.com,bankrupt@mirickoconnell.com
- **Kate P. Foley**   kfoley@mirickoconnell.com
- **Richard King**   USTPRegion01.WO.ECF@USDOJ.GOV
- **Steven J. Marullo**   sjmlaw@verizon.net
- **Richard A. Mestone**   richard.mestone@mestonehogan.com, r62137@notify.bestcase.com
- **Troy D. Morrison**   tmorrison@morrisonlawpc.net, morrisonlawpc@gmail.com;MorrisonTR39836@notify.bestcase.com
- **Mark W. Powers**   mpowers@bowditch.com, arodriguez@bowditch.com
- **Michael J. Riley**   mriley@mllsf.org, mriley8oc@gmail.com;rileymr77267@notify.bestcase.com
- **Christopher S. Tolley**   ctolley@phillips-angley.com, moe@phillips-angley.com

and by mailing a copy thereof, via first class mail, postage prepaid, to the following and to the attached list of creditors:

**Aaron Kimmel**
18 Cottonwood Street
Yarmouth Port, MA 02675

**Aastha Chaturvedi**
16 Hedgefield Road
Orange, CT 06477

**Albert Inglesi**
80 Mattakese Road #2
West Yarmouth, MA 02673

**Amy Grant**
56 Alton Street
Providence, RI 02908

**Andrea Goldman**
60 Austin Street
Suite 210
Newtonville, MA 02460

**Andrew Baxter**
17 Dettling Road
Maynard, MA 01754

**Andrew Cefalu**
1 Wilson Lane
Charlton, MA 01507

**Andrew G Baxter**
17 Dettling Road
Maynard, MA 01754

**Andy Sharr**
17 Arrowhead Avenue
Auburn, MA 01501

**Anthony Iani**
70 Midstream Drive
South Yarmouth, MA 02664

**Arvin Nundloll**
20 Elisha Witherell Road
Wellfleet, MA 02667

**Avidia Bank**
42 Main Street
Hudson, MA 01749

**Bahaa Megelly**
14 Vassar Drive
Milford, MA 01757

**Barbara A Lavoine**
16 Still Brook Rd
S. Yarmouth, MA 02664

**Barbara Wasley**
316 Long Pond Drive
So Yarmouth, MA 02664

**Bill Cardalino**
341 Plymouth Avenue
Marshfield, MA 02050

**Brian Daniels**
17 Jet Way
Dennis, MA 02638

**Cabot House**
10 Industrial Way #3
Amesbury, MA 01913

**Cabot House, Inc.**

**Camilla Flannery**
4 Melva Street
South Yarmouth, MA 02664

**Cari Brown**
5 Parallel St
Arlington, MA 02474
,

**Carolyn & Ralph Lodders**
3 Belvedere Terrace
Yarmouth Port, MA 02675

**Carolyn Lodders**
3 Belvedere Terrace
Yarmouth Port, MA 02675

**Chan Huu Nguyen**
5 Elmire Avenue
Worcester, MA 01604

**Chris Ciuchta**
1A Applebee Avenue
Webster, MA 01570

**Chris George**
947 Route 6A
Yarmouth Port, MA 02675

**Chris Paquette**
26 Edson Avenue
Rutland, MA 01543

**Christina M. Volpe**
1010 Washington Boulevard, Suite 800
Stamford, CT 06901

**Christine and Erik Bennett**
105 Oak Street
Winchendon, MA 01475

**Christopher Ashe**
42 Logan Street
Cherry Valley, MA 01611

**Christopher C. Paquette**
26 EDSON AVE
PO Box 502
Rutland, MA 01543

**Christopher George**
303 Route 28
West Yarmouth, MA 02673

**Christopher Kam**
22 Nichols Lane
Hope Valley, RI 02832

**Christopher Rodwill**
26 Mayflower Circle
Leicester, MA 01524

**Claire Bourdeau**
359 Route 6A
Yarmouth Port, MA 02675

**Clarence Saint-Vil**
6 Pauls Drive
Spencer, MA 01562

**Colin Misquita**
127 Florence Road
Lowell, MA 01851

**Consolidated Electric**
1920 Westridge Drive
Irving, TX 75038

**Corporation Services Company**
P.O. Box 2576
Springfield, IL 62708

**Craig Ferrari**
35 Ginger Lane
Torrington, CT 06790

**CT Corporation Systems**
P.O. Box 2576
Springfield, IL 62708

**Cynthia L. Berk and Janis E. Brinker**
55 Marshside Drive
Yarmouthport, MA 02675

**Damion Campbell**
27 Davis Road
South Yarmouth, MA 02664

**Dan Grenon**
8 Douglas Road
Webster, MA 01570

**Dan Marder**
224 Still River Road
Harvard, MA 01451

**Daniel A. Kohnfelder**
41 COTTAGE DRIVE
WEST YARMOUTH, MA 02673

**Daniel Kohnfelder**
41 Cottage Drive
West Yarmouth, MA 02673

**Daniel Long**
27 Pine St
Yarmouth Port, MA 02675

**Darlynn Oberg**
1250 Jackson Road
Hardwick, MA 01037

**Darrell Smith**
37 Woodland Road
Auburn, MA 01501

**Dave Morley**
2 Duck Poind Road
Yarmouth Port, MA 02675

**David Levine**
8 Femia Road
Framingham, MA 01701

**David Maki**
65 Bog Road
Marstons Mills, MA 02648

**David Methe**
3 Alcove Road
Southwick, MA 01077

**David Witter**
175 Beacon Street
South Yarmouth, MA 02664

**Davood Ansari Oghol Beig**
8 Adam Wheeler Lane
Holliston, MA 01746-2503

**Dean Angelos**
4 Richard Rd
Wayland, MA 01778

**Deepak Sharma**
19 Flintlock Drive
Shrewsbury, MA 01545

**Dennis Vazquez**
38 Fay Road
Framingham, MA 01702

**Digital Documents Solutions**
197 Plymouth Avenue
Fall River, MA 02721

**Dimitar Ivanov**
9 Ruby Street
West Yarmouth, MA 02673

**Diptam Chatterjee**
6 Reuben Circle
Shrewsbury , MA 01545

**DLR, Inc.**
P.O. Box 520382
Salt Lake City, UT 84152

**Don Wolent**
559 Orchard Street
Raynham, MA 02767

**Donald Head**
9 Houlton Street
Swansea, MA 02777

**Donald Logan**
23 University Street
Leominster, MA 01453

**Ed Senteio**
27 Winter Street
Yarmouth Port, MA 02675

**Edward Meiners**
15 Rune Stone Road
South Yarmouth, MA 02664

**Edward Owen Gee**
25 Harris Hill Road
East Falmouth, MA 02536

**Edward Versiackas**
281 Great Western Rd
Harwich, MA 02645-2428

**Elizabeth Wuerz**
7 Mellen Lane
Wayland, MA 01778

**Emily Seco**
15 Balder Road
Worcester, MA 01605

**Emily Woudenberg**
68 Marshside Drive
Yarmouth Port, MA 02675

**Empower**
30 Old Kings Hwy S
#1001
Darien, CT 06820

**Empower Energy Solutions Inc. d/b/a Empower**
30 Old Kings Highway S. #1001
Darien, CT 06820

**Eric Farias**
33 Harvest Circle
West Wareham, MA 02576

**Eric Munson**
1071 Burt Hill Road
Granville, MA 01034

**Erin Achenbach**
151 Geer Road
Danielson, CT 06239

**Evard Leonidas**
55 Eastern Ave
Fall River, MA 02721

**Frank Montani**
59 Captain Stanley Road
South Yarmouth, MA 02664

**frederic jaffre**
78 Curley Boulevard
North Falmouth, MA 02556

**Gary Potter**
615 HENSHAW ST.
ROCHDALE, MA 01542

**Gelson Deoliveira**
10 Parkhurst Street
Milford, MA 01757

**George Bell**
58 Lookout Road
Yarmouth Port, MA 02675

**Georgia Demetriades**
65 Sierra Way
West Yarmouth, MA 02673

**Geraldine Kennedy**
325 Lower County Road
Dennis Port, MA 02639

**Gerard Downing**
2 Spruce Avenue
Middletown, RI 02842

**Gerry Boucher**
33 Lake Road W
West Yarmouth, MA 02673

**Giuseppe Folco**
2 O'Hara Circle
Worcester, MA 01604

**Goodleap**
8781 Siera College Blvd
Roseville, CA 95661

**Graham Doolan**
31 Aspinet Road
South Yarmouth, MA 02664

**Harold Weatherwax**
36 Berkshire Drive
Ware, MA 01082

**Heritage Building**
29 Glennie Street
Worcester, MA 01605

**Hetal Hitesh Wadikar**
33 Willard Avenue
Shrewsbury, MA 01545

**Howard (& Nicole) Hecht**
69 Evelyn Road
Waban, MA 02468

**Howard Hecht**
69 Evelyn Road
Waban, MA 02468

**Internal Revenue Service**
Post Office Box 37004
Hartford, CT 06176

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

**Intuit Payment Solutions**
21215 Burbank Blvd., Ste. 100
Woodland Hills, CA 91367

**Isabella Roy**
50 Craig Street
Rochdale, MA 01542

**Jacqueline Adalbart**
197 Canterbury Street
Worcester, MA 01603

**James J Pfeffer**
41 Raymond A Sampson Dr
North Attleboro, MA 02760

**James Reinschmidt**
6 Marla Avenue
Ledyard, CT 06339

**Jami Carder**
223 West Great Western Road
Yarmouth Port, MA 02675

**Janis Brinker**
55 Marshside Drive
Yarmouth Port, MA 02675

**Jaqueline Coelho**
45 Tevyaw Road
Hyannis, MA 02601

**Jason Berry**
105 Sisters Circle
Yarmouth Port, MA 02675

**Jason Gianfriddo**
1007 Petersham Road
Hardwick, MA 01037

**Jason Yelinek**
19 Haynes Hill Road
Wales, MA 01081

**Jeannie Silvestro**
55 Altons Lane
East Falmouth, MA 02536

**Jeffrey Doherty**
3 Angels Way
Hopkinton, MA 01748

**Jennifer Glasgow**
319 N. Woodstock Road
Southbridge, MA 01550

**Jerome Mbugua**
2 Upton Street
Cherry Valley, MA 01611

**Jessica Rhodes**
99 Pompeo Road
North Grosvenordale, CT 06255

**Jessica Sizer**
655 South Street
Barre, MA 01005

**Jim Wolf**
24 Gooseneck Road
Yarmouth Port, MA 02675

**Joe and Shirley Beuth**
161 New London Turnpike
Wyoming, RI 02898

**Joe Antonelli**
80 Mattakese Road
Unit 5
West Yarmouth, MA 02673

**Joe Courcy**
655 West Hartford Avenue
Uxbridge, MA 01569

**Joe Rocha**
37 Pine Hill Lane
Marion, MA 02738

**John Dibitetto**
14 Ruby Circle
Haverhill, MA 01835

**John Farias**
22 Manuel Avenue
Johnston, RI 02919

**John Fogle, Jr.**
404 Broad Street
P.O. Box 261
Nescopeck, PA 18635

**John Freeburn**
12 Sachem Path
West Yarmouth, MA 02673

**John Gigarjian**
117 West Street
Douglas, MA 01516

**John Kurth**
25 Kellogg Street
Brookfield, CT 06804

**John Serijan**
53 Aunt Dorahs Lane
Yarmouth Port, MA 02675

**Jonas Reinheimer**
145 Fairfield Avenue
Woonsocket, RI 02895

**Jonathan Durante**
26 Dean Street
Stoneham, MA 02180

**Jorge Lomastro**
751 Washington Street
Coventry, RI 02816

**Joseph Antonelli**
1 Summit Rd
Medford, MA 02155

**Joseph Drew**
49 W. Main Street
Upton, MA 01568

**Joseph Dwelly**
8 Dunster Path
West Yarmouth, MA 02673

**Joseph Laydon**
63 Mason Road
Whitinsville, MA 01588

**Joseph Massaro**
83 Lake Shore Drive
Middlefield, CT 06455

**Joseph Njuguna**
317 Reservoir Street
Norton, MA 02766

**Joshua Uhalt**
34 Deer Ledge Lane
Wethersfield, CT 06109

**Joyce Maria**
107 Merchant Avenue
Yarmouth Port, MA 02675

**Joyce Maria**
Jon Fish
107 Merchant Ave.
Yarmouth Port. MA 02675

**Joyce McFarland**
106 Captain York Road
South Yarmouth, MA 02664

**Judith Danis**
15 Old Cedar Lane
South Yarmouth, MA 02664

**Judy Kozak**
108 Drew Blvd.
Orange, MA 01364

**Judy Presnol**
6 Tryton Avenue
Rumford, RI 02916

**Justin Ferrari**
28 Buttercup Lane
New Hartford, CT 06057

**Karen Crowley**
82 Wimbledon Drive
West Yarmouth, MA 02673

**Kathleen Henry**
16 Louise Lane
West Yarmouth, MA 02673

**Keith Gove**
268 Simsbury Road
West Granby, CT 06090

**Kenneth McCarter**
421 R S Main Street
Bellingham, MA 02019

**Kevin Bradley**
89 Baker Road
West Yarmouth, MA 02673

**Kevin Donahue**
45 Mooring Lane
South Yarmouth, MA 02664

**Kevin Jordan**
269 Sawmill Hill Road
Sterling, CT 06377

**Kevin Kauffman**
10 Bangor Road
Middletown, PA 17057

**Kevin M. Donahue**
45 Mooring Ln
South Yarmouth, MA 02664

**Kim Berner**
27 Erickson Way
South Yarmouth, MA 02664

**Kim Nelson**
29 High Bank Rd
South Yarmouth, MA 02664

**Kirk Deluca**
41 Donald Road
Burlington, MA 01803

**Kirstie Miersma**
288 Goldthwaite Road
Whitinsville, MA 01588

**Korpo Hiamah**
18 Fox Meadow Drive
Worcester, MA 01602

**Lamine Niang**
77 Mapleville Main Street
Mapleville, RI 02839

**Larry Lukaszewicz**
333 Chapman Street
Canton, MA 02021

**Laura Sherman**
18 Pinnacle Lane
Yarmouth Port, MA 02675

**Lewis Mullin**
92 Ursula Street
Lowell, MA 01854

**Louis Gatti**
111 Pond End Road
Waltham, MA 02451

**Louphye Cayemite**
56 Roseberry Road
Hyde Park, MA 02136

**Luke Benes**
60 Taunton Street
Plainville, MA 02762

**Lynn Landry**
16 Beaver Brook Road
West Yarmouth, MA 02673

**Majid Jehangir**
481 East Street
East Weymouth, MA 02189

**Marcy Cohen**
12 St. Andrews Way
South Yarmouth, MA 02664

**Margarita Mulero**
105 Clifton Avenue
Springfield, MA 01105

**Margarita Mulero**
88 Cherry Street
Springfield, MA 01105

**Margot and Fred Churchill**
243 Pleasant Street
South Yarmouth, MA 02664

**Marianne Sforza**
64 Hillcrest Road
Waltham, MA 02451

**Marianne Sforza**
95 Baker Road
West Yarmouth, MA 02673

**Marie Polynice**
105 Hillberg Avenue
Brockton, MA 02301

**Mark Lique**
34 Idora Avenue
Haverhill, MA 01830

**Mark Wilcox**
15 Lytherland Place
Providence, RI 02909

**Mary Johnson**
30 Wild Rose Terrace
South Yarmouth, MA 02664

**Massachusetts Deparatment of Revenue**
Post Office Box 7090
Boston, MA 02204

**Massachusetts Deparatment of Revenue**
Post Office Box 7021
Boston, MA 02204

**Massachusetts Department of Revenue**
Post Office Box 9564
Boston, MA 02114

**Massachusetts Department of Revenue-Bankruptcy Uni**
PO BOX 7090
Boston, MA 02204-7090

**Masterman's LLP**
PO Box 411
Auburn, MA 01501

**Meghan Ravenscroft Velez**
465 W. Denny Avenue
Pinebluff, NC 28373

**Melinda and Joshua Prince**
3 Glenarden Road
Trumbull, CT 06611

**Michael A. Procopio**
24 Moran Cir
Sudbury, MA 01776

**Michael Kiehnau**
303 Route 6A
Yarmouth Port, MA 02675

**Michael Levesque**
3 Deer Run
Hopkinton, MA 01748

**Michael Maresca**
77 East Palmer
Palmer, MA 01069

**Michael P. Kelly**
46 Pond St.
Holbrook, MA 02343

**Michael Valliere**
821 Franklin Street
Duxbury, MA 02332

**Mike Ford**
1035 Fairview Street
Lee, MA 01238

**Mike Hopkins**
154 Town Line Road
Burlington, CT 06013

**Mike Ritter**
54 Wainwright Street #2
Boston, MA 02124

**Monique Maldonado**
260 CT-198
Woodstock Valley, CT 06282

**Murali Paladugu**
21 Skyview Drive
Millbury, MA 01527

**Nancy Douttiel**
20 Turtle Cove Road
South Yarmouth, MA 02664

**Nathaniel Shay**
58 Oakland Drive
Trumbull, CT 06611

**Neil Beauregard**
5 Oak Street
Oxford, MA 01540

**Nicholas Rotti**
20 Independence Road
West Yarmouth, MA 02673

**Nick Oliveira**
27 Ontario Drive
Hudson, MA 01749

**Nilda Chacon**
69 Mohawk Avenue
Derby, CT 06418

**Orange Advance, LLC**
140 32nd Street #316
Brooklyn, NY 11232

**Pam Rego**
939 West Yarmouth Road
Yarmouth Port, MA 02675

**Patricia and Arnold Vecchione**
40 Killian Road
Johnston, RI 02919

**Patricia Doon**
56 Bray Farm South
Yarmouth Port, MA 02675

**Patricia Robinson Smith**
21 Winter Street
Yarmouth Port, MA 02675

**Patrick Gabridge**
44 Willow Street
Florence, MA 01062

**Paul and Jean Carlson**
119 State Avenue
Rogers, CT 06263

**Paul Grady**
82 Potter Hill Road
Grafton, MA 01519

**Paul Keller**
28 Robin Road
Burlington, CT 06013

**Pavel Nelyubin**
8 Spruce Street
South Yarmouth, MA 02664

**Pavel Nelyubin**
250 Hammond Pond Pkwy 1014S
Newton, MA 02467

**Pedro Amaral**
207 Fairwood Drive
Tiverton, RI 02878

**Peter Macy**
16 River Street
Braintree, MA 02184

**Ralph McGill**
157 Mountain Road
Ridgefield, CT 06877

**Raymond Huntley**
16 Rollie Shepard Dr
Millbury, MA 01527

**Renay Lemard**
221 Billings Road
Fitchburg, MA 01420

**Rex Bradford**
166 Dudleyville Road
Leverett, MA 01054

**Rex E. Bradford**
10 Heartbreak Road
Ipswich, MA 01938

**Richard Carroll, Jr.**
29 Colt Street
New Britain, CT 06052

**Richard Falco**
103 Naples Avenue
Providence, RI 02908

**Richard Montague**
47 Ash Street
Webster, MA 01570

**Richard Wasley**
316 Long Pond Drive
South Yarmouth, MA 02664

**Robert Dedominick**
3 Carven Road
Milford, MA 01757

**Robert Del Frate**
21 Valley Street
Spencer, MA 01562

**Robert Giese**
75-80 Main Street
Maynard, MA 01754

**Robert Giese**
81 Main Street
Maynard, MA 01754

**Robert Smith**
24 Pond View Drive
Coventry, RI 02816

**Robert Whritenour**
160 Hayway Road
East Falmouth, MA 02536

**Ron Medrzychowski**
73 Sand Hill Road
Voluntown, CT 06384

**Rosanne Rose**
11 Eddy Street
West Yarmouth, MA 02673

**Ruslan Afasizhev**
3 Crabtree Road
Quincy, MA 02171

**Sandra Cashen**
10 Monomoy Road
South Yarmouth, MA 02664

**Sandra Sarpong**
61 Pleasant Street
North Oxford, MA 01537

**Sarah Sharp**
30 Pine Street
Yarmouth Port, MA 02675

**Second Generation**
31 Birch Hill Road
Dennis Port, MA 02639

**Seth Keevnthal**
81 MA-8A
Charlemont, MA 01339

**Shilpa Trivedi**
9 Tern Drive
Shrewsbury, MA 01545

**Shirley Anne Procopio**
24 Moran Circle
Sudbury, MA 01776

**Solar Foundations USA, Inc.**
7 Lazur Road
Ballston Lake, NY 12019

**Srini Ramkumar**
31 Pal Drive
Shrewsbury, MA 01545

**Srinivasan Ramkumar**
31 Pal Dr
Shrewsbury, MA 01545

**Stacy Maillet**
937 Pleasant Street
Leominster, MA 01453

**Stefanie Argus**
88 Ring Street
Providence, RI 02909

**Su Lin Sheehy**
219 West Elm Street
Pembroke, MA 02359

**Sunil Yada Keerthi**
16 Skyview Drive
Millbury, MA 01527

**SunPower Corporation and its affiliates**
Mintz Levin
Attn: Ian A. Hammel
One Financial Center
Boston, MA 02111

**Susan McEwen**
2 Adams Road
West Yarmouth, MA 02673

**Suzanne Rinfret**
67 Trull Street
Somerville, MA 02145

**Suzanne Teuteberg**
155 S. Sea Avenue
West Yarmouth, MA 02673

**Taylor Bennett**
167B Main Street
Douglas, MA 01516

**Technology Credit Union**
PO Box 1300
San Jose, CA 95108-1300

**Ted Strczelecki**
582 Wauwinet Road
Barre, MA 01005

**Thomas Littlewood**
244 High Meadow Lane
Mystic, CT 06355

**Thomas Nemmers**
8 Doe Road
South Yarmouth, MA 02664

**Tim Gover**
56 Williams Road
West Yarmouth, MA 02673

**Tom Lucchetti**
Cumberland Carpentry
310 West Wrentham Road
Cumberland, RI 02864

**Tom Nemmers**
8 Doe Road
South Yarmouth, MA 02664

**Tranquil Lake Nursery**
45 River Street
Rehoboth, MA 02769

**Tru Vision**
35 Harrington Avenue
Shrewsbury, MA 01545

**U.S. Small Business Administration**
2 North 20th Street
Birmingham, AL 35203

**Valerie Serijan**
23 Canterbury Road
Yarmouth Port, MA 02675

**Vanessa Alarie**
40 wilbur Avenue
Woonsocket, RI 02895

**Vichai Levy**
51 Lota Drive
Fairfield, CT 06825

**Virginia and Ed O'Brien**
54 Fox Run
West Greenwich, RI 02817

**Virginia Lee OBrien**
54 Fox Run
West Greenwich R.I.02817
West Greenwich, RI 02817

**Weiss Landscape**
51 Taylor Avenue
Bethel, CT 06801

**Wilder Tamayo15 Edison Street**
Saugus, MA 01906

**William and Sarah Sharp**
30 Pine Street
Yarmouth Port, MA 02675

**William Kennedy**
62 Midstream Drive
South Yarmouth, MA 02664

**William McEwen**
2 Adams Road
West Yarmouth, MA 02673

**Yako Yako**
4 Christopher Dr
Grafton, MA 01519

**Yves Frage**
58 Wingate Road
Holliston, MA 01746

**Zsolt Kemecsei**
11 Studley Road
South Yarmouth, MA 02664

/s/ Troy D. Morrison
Troy D. Morrison, Esquire

Dated:  December 4, 2022