

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> SOLAR WOLF ENERGY, INC., <br> Debtor | Ch. 7 <br><br> 22-40693-CJP |

## Proceeding Memorandum and Order

**MATTER:**

Telephonic Status Conference Re [1] Voluntary Chapter 7 Petition (Troy D. Morrison).

**Decision set forth more fully as follows:**
STATUS CONFERENCE HELD.

Dated: 12/6/2022

By the Court,

Christopher J. Panos
United States Bankruptcy Judge