| | |
|---|---|
| **From:** | Margarita Mulero <margaritamulero5@gmail.com> |
| **Sent:** | Saturday, December 17, 2022 8:08 AM |
| **To:** | MABdb_Prose_Filings |

**CAUTION - EXTERNAL:**

notice of change of address  debtor- solar wolf energy Inc.   Case number 4:22-bk_40693.       My mailing address changed from 90 Cherry Street spfld ma 01105 to the new mailing address 105 Clifton avenue spfld ma 01105.     Thanking you for noting that

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.