# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOLAR WOLF ENERGY, INC.,**<br><br>Debtor. | **Chapter 7**<br>**Case No. 22-40693-CJP** |

## NOTICE OF FILING OF INFORMAL TRANSCRIPT OF
## DECEMBER 7, 2022 CONTINUED CREDITORS' MEETING

On September 23, 2022, the Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). On September 26, 2022, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee (the "Trustee") of this case and he continues to serve as such. On December 7, 2022, the Trustee conducted the continued meeting of creditors pursuant to Bankruptcy Code § 341(a) (the "§ 341(a) Meeting"), which is currently continued to February 22, 2023 at 3:00 p.m. Please take note that a copy of the informal transcript of the § 341(a) Meeting is attached hereto for informational purposes, only, without any representations or warranties as to the accuracy of the transcription or any of the information contained therein.

Respectfully submitted,

JOSEPH H. BALDIGA
CHAPTER 7 TRUSTEE

 /s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO#549963
Mirick, O'Connell, DeMallie & Lougee
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501/Fax: 508.898.1502
Email: bankrupt@mirickoconnell.com

Dated: December 27, 2022

{Client Matter 15008/14399/A8136974.DOC}

## CERTIFICATE OF SERVICE

   I hereby certify that, on December 27, 2022, the foregoing document (including transcript) was filed with the United States Bankruptcy Court – District of Massachusetts and served upon all parties entitled to receive notice of filings in the above-captioned case via the Bankruptcy Court's Electronic Case Filing (ECF) system, including all parties who filed notices of appearance.  In addition, it was emailed on December 22, 2022 to creditors in attendance at the § 341(a) Meeting who provided their emails to the Trustee during or after the meeting and to other creditors who have also provided their email addresses to the Trustee.

               By: /s/ Joseph H. Baldiga
                   Joseph H. Baldiga, Esq.