## EXHIBIT A
### (Persons and Entities Subject to Rule 2004 Examinations and Document Requests)

1. **Ted Strzelecki**  President, Treasurer, Secretary, 90% Owner
   582 Wauwinet Road
   Barre, MA 01005

2. **Taylor Bennett**  Vice President, 10% Owner
   167 Main Street
   Douglas, MA 01516

3. **Citizens Bank, National Association**
   Attn:  Polly Klane, Chief Legal Officer
   One Citizens Plaza
   Providence, RI 02903

4. **Citizens Bank, National Association**
   Attn:  Donald H. McCree, Vice Chairman
   One Citizens Plaza
   Providence, RI 02903

5. **Centreville Bank**
   Attn:  Thomas J. Lamb, Jr., President
   1218 Main Street
   West Warwick, RI 02893

6. **Avidia Bank**
   Attn:  Mark R. O'Connell, President
   42 Main Street
   Hudson, MA 01749

7. **TD Ameritrade**
   Attn:  Legal Department
   127 Congress St., 1st Floor
   Boston, MA 02110

8. **TD Ameritrade**
   Attn:  Human Resource Department
   200 South 108th Avenue
   Omaha, NE 68154

9. **Charles Schwab Corporation**
   **(Successor to TD Ameritrade)**
   Attn:  Walter W. Bettinger, II, President
   3000 Schwab Way
   Westlake, TX 76262

1

10. **Charles Schwab Corporation**
    **(Successor to TD Ameritrade)**
    Attn: Peter J. Morgan, III, Esq., General Counsel
    3000 Schwab Way
    Westlake, TX 76262

11. **Charles Schwab Corporation**
    **(Successor to TD Ameritrade)**
    Attn: Shamoil Shipchandler, Esq., Chief Counsel
    3000 Schwab Way
    Westlake, TX 76262

## EXHIBIT B
### (Documents Requested)

## DEFINITIONS

1. "You" or "Your" shall mean [Exhibit A Person/Entity], and where applicable, [Exhibit A Person/Entity], and any of the [Exhibit A Person/Entity] predecessors, subsidiaries, affiliates, present and former directors and officers, present and former employees, representatives, investors, agents and all others acting or purporting to act on the [Exhibit A Person/Entity] behalf.

2. "Debtor" shall mean the Chapter 7 debtor, Solar Wolf Energy, Inc.

3. "Communication(s)" shall mean every manner of disclosure, exchange, or transmittal, and every disclosure, exchange, or transmittal of information, in the form of facts, ideas, inquiries, or otherwise, whether orally or by document, or whether face-to-face, by telephone, mail, personal delivery, electronically, or otherwise, whether directly or indirectly, in any nature whatsoever, including but not limited to, correspondence, conversations, dialogues, interviews, consultations, agreements, and other understandings, among two or more persons. This definition includes, but is not limited to, letters, notes of conversations, contracts, email (in electronic or hard copy form), telegraph, telex, telecopier, facsimile, Internet, on-line service, and/or phone mail (in electronically recorded or transcribed form).

4. "Document(s)" shall be given the broadest interpretation and shall include, without limitation, all writings of every kind, source, and authorship, both originals and non-identical copies thereof, whether in draft or final form in your possession, custody, or control. The term "document(s)" also includes, with respect to any "Accounts", monthly statements, check images, year-end summaries, and notices of any type. The term "document(s)" also includes handwritten, typewritten, printed, photocopied, photographic, recorded or electronically

1

stored or generated materials, including emails. The term "document(s)" also includes Communications in words, symbols, pictures, sound recordings, film, tapes, microfiche, microfilms, foils, slides, videos and information stored in, or accessible through computer, electronic, magnetic, magneto-optical, and optical means, including disks and/or other information storage or retrieval systems, together with codes, and/or programming instructions and other material necessary to understand and use such systems.

5. "Accounts" shall mean any and all checking, savings, money market, financial brokerage or any other financial account; certificates of deposit; and shares or interests in any banks, credit unions, brokerage houses, cooperatives, associations and other financial institutions; and any crypto currency or wallet or similar financial interest of any kind.

6. "Related to" shall mean analyzing, considering, constituting, defining, evidencing, containing, describing, concerning, commenting, discussing, embodying, explaining, reflecting, detailing, identifying, mentioning, demonstrating, alluding to, referencing, comprising, setting forth, proposing, showing, edifying, stating, supporting, summarizing, referring to, dealing with or in any way pertaining to, in whole or in part, that subject.

7. "Accounting" shall be given the broadest interpretation and shall include, without limitation, all recordings, ledgers, itemizations or statements relating to any Accounts.

8. "Insiders" shall mean Ted Strzelecki, Taylor Bennett and any other director, officer or person in control of the Debtor, and any relative of Ted Strzelecki, Taylor Bennett, or any other director, officer or person in control of the Debtor.

**DOCUMENT REQUESTS**

1. [As to All Examinees] Any and all documents in your possession, custody, or control related to any Accounts in which the Debtor or any Insider has or has had

any interest, or over which the Debtor or any Insider has had any control or signing authority, since January 1, 2020 and through the date of production.

2. [As to Ted Strzelecki and Taylor Bennett, only]

    a) Any and all login and/or access information in your possession, custody, or control relating to the Debtor's Quickbooks and/or other accounting system, and any and all login and access info in your possession, custody, or control relating to the computer hard drives, laptop, and tablet in the Trustee's possession and removed from the Debtor's premises in Auburn, Massachusetts.

    b) An Accounting from January 1, 2020 through date of production of the withdrawal, usage, transfer or other disposition of any funds in any Accounts in which the Debtor or any Insider has or has had an interest, and any communications regarding any such withdrawals, usage, transfers or other disposition from January 1, 2020 through date of production.