UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOLAR WOLF ENERGY, INC.,<br><br>Debtor. | Chapter 7<br>Case No. 22-40693-CJP |

**MOTION TO LIMIT NOTICE**

To the Honorable Christopher J. Panos, United States Bankruptcy Court:

NOW COMES Joseph H. Baldiga, Chapter 7 Trustee (the "Trustee") for the above-referenced Debtor, and hereby moves this Court pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and MLBR 2002-1(b) to limit notice regarding the Motion by Chapter 7 Trustee for Authority to Conduct Examinations and to Compel Production of Documents Pursuant to Fed. R. Bankr. P. 2004 (the "2004 Motion") to service upon Debtor's counsel, the Office of the United States Trustee, secured creditors, taxing authorities, all parties that have filed requests for notice, and the proposed examinees (as noted in the 2004 Motion).

In support hereof, the Trustee submits the following:

1	On September 23, 2022, the Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532.

2	On September 26, 2022, the United States Trustee appointed Joseph H. Baldiga Chapter 7 Trustee of this case and he continues to serve as such.

3.	On the date hereof, the Trustee filed the 2004 Motion and sought an Order thereon.

4. There are 6 secured creditors listed on the Debtor's Schedule D [Dkt. 22]. The Debtor's Schedule E/F contains approximately 233 unsecured creditors [Dkt #22]. The Trustee submits that service of the 2004 Motion on all the unsecured creditors would impose an undue burden on the estate of the Debtor both financially and administratively.

5. Accordingly, the Trustee requests that he be authorized to limit notice to Debtor's counsel, the Office of the United States Trustee, secured creditors, taxing authorities, all parties that have filed requests for notice, and the proposed examinees (as noted in the 2004 Motion).

WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

A. Allowing the Trustee's Motion to Limit Notice; and

B. Granting such other and further relief as is just.

Respectfully submitted,

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE,

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: (508) 898-1501
Fax:   (508) 898-1502
Email: bankrupt@mirickoconnell.com

Dated: January 3, 2023

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOLAR WOLF ENERGY, INC.,**<br><br>Debtor. | Chapter 7<br>Case No. 22-40693-CJP |

## ORDER AUTHORIZING MOTION TO LIMIT NOTICE

Upon the Motion dated January 3, 2023 (the "Motion to Limit") of Joseph H. Baldiga, Chapter 7 Trustee (the "Trustee") for the above-referenced Debtor, for authority to limit notice of Motion by Chapter 7 Trustee for Authority to Conduct Examinations and to Compel Production of Documents Pursuant to Fed. R. Bankr. P. 2004 (the "2004 Motion"), and the Court finding that the notice given of the Motion to Limit as set forth in the Certificate of Service accompanying the Motion to Limit and filed with the Court is sufficient; and no objection to the Motion to Limit having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that

1. The Motion to Limit is ALLOWED;

2. The Trustee may limit notice of the 2004 Motion to service upon Debtor's counsel, the Office of the United States Trustee, secured creditors, taxing authorities, all parties that have filed requests for notice, and the proposed examinees (as noted in the 2004 Motion).

Dated: _____

_____
Honorable Christopher J. Panos
United States Bankruptcy Court Judge

{Client Matter 15008/14399/A8143103.DOC}