UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | ) |
| | ) |
| SOLAR WOLF ENERGY, INC. | )      Chapter 7 |
| | ) |
| | )      Case #22-40693-CJP |
| Debtor: | ) |

## APPLICATION FOR FEE AND AFFIDAVIT

On this 5th day of January, A.D. 2023, came Paul E. Saperstein Co.,

Inc. and makes oath and says that he has been employed as Auctioneer in the above entitled

cause and he has rendered as such services in said cause the services described in the itemized bill

hereto annexed and has actually incurred the expenses therein set forth; that the compensation,

fee and allowance herein claimed belongs wholly to the affiant, and will not be divided, shared

or pooled, directly or indirectly, with any other person or firm, except as follows:.............

.............................................................................................

Wherefore he prays that he be allowed the sum of $9,332.21 Dollars for said services and

expenses.  (Nine Thousand Three Hundred Thirty-Two Dollars & 21/100).  See Exhibits "A" and "B" attached hereto.

This application is made under the penalties of perjury.

Dated  1-5-23

.......................................
                                              Applicant

*ORDER*

Upon consideration of the within application...........notice of the pendency thereof

having been given to creditors.

IT IS HEREBY ORDERED that an allowance of $...........................be and hereby is

made to applicant and that the same may be paid from the funds of the debtor estate.

.............................................
U.S. Bankruptcy Judge

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOLAR WOLF ENERGY, INC.,**<br><br>Debtor. | **Chapter 7**<br>**Case No. 22-40693-CJP** |

## ORDER APPROVING CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO EMPLOY PAUL E. SAPERSTEIN CO., INC. AS AUCTIONEER TO CONDUCT PUBLIC AUCTION SALE OF CERTAIN MOTOR VEHICLES FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES

Upon the Motion dated November 4, 2022 (the "Motion") of Joseph H. Baldiga, the Chapter 7 trustee in the above-referenced bankruptcy case (the "Trustee"), for authority to employ Paul E. Saperstein Co., Inc. as auctioneer (the "Auctioneer"), and, upon the Affidavit of Auctioneer attached to the Motion, and it appearing that the Auctioneer is qualified to conduct the Public Auction Sale[1] on behalf of the Trustee, and it appearing that the Auctioneer neither holds nor represents any interest adverse to the Debtor or to the Trustee in connection with this Chapter 7 case and is a "disinterested person" within the meaning of Bankruptcy Code § 101(14), and that the employment of the Auctioneer is in the best interests of the Estate, no objections having been filed to the Motion, it is hereby:

ORDERED, that the Trustee is authorized to employ Paul E. Saperstein Co., Inc. to serve as Auctioneer in the above-captioned Chapter 7 case and to perform all of the services described in the Motion. All compensation and expenses are subject to Court approval. The hearing scheduled for December 6, 2022 on the Motion is cancelled.

Dated: December 2, 2022

Christopher J. Panos
United States Bankruptcy Court

---

[1] Initially capitalized terms shall have the meanings ascribed to them in the Motion.

# EXHIBIT B

Paul E Saperstein Company

# Invoice

144 Centre Street
Holbrook, MA 02343
Phone #   617-227-6553
Fax #     781-767-9686

| Date | Invoice # |
|------|-----------|
| 1/4/2023 | 23-5006 |

| Bill To |
|---------|
| Joseph Baldiga<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>1800 W. Park Dr.<br>Westborough, MA 01581-3926 |

| Description | Amount |
|-------------|--------|
| RE: Trustee in Bankruptcy Sale @ Public Auction | |
| Solar Wolf Energy, Inc., Case #22-40693-CJP | |
| 771 Washington St., Auburn, MA, Friday, December 9, 2022 @ 12 Noon | |
| | |
| STATEMENT OF CHARGES: | |
| | |
| Gross Deposits $ 38,733.00 | |
| Buyer Premium (Paid To Bidspotter) $  1,233.00 | |
| | |
| Gross Sales $ 37,550.00 | |
| | |
| Auction Costs | |
| 12-04-2022  Boston Herald | 439.30 |
| 12-04-2022  Worcester Telegram | 402.74 |
| Internet - Pesco Site & E-Mail Blasts | 225.00 |
| FBook Ads - Develop, Placement & Clicks | 425.00 |
| Bidspotter Charges (Event Fee) | 400.00 |
| Additional Insured (see enclosed) | 125.00 |
| Fed Ex | 37.00 |
| Towing Charges (See Enclosed) | 1,026.00 |
| Keys (BMW - See Enclosed) | 386.17 |
| Mechanic Charges (See Enclosed) | 911.00 |
| Labor - (4 Days Including Original Listing & Site Visit, Chasing Down Additional Vehicles, Meeting Mechanic, Office Upoads, Auction & Removal @ $300.00 Per) | 1,200.00 |
| Commission (Per Code) | 3,755.00 |

| **Total** | $9,332.21 |

# Paul E. Saperstein Co., Inc.
## TRUCK & CAR FLEET -
144 Centre Street
Holbrook, MA 02343
617-227-6553

**Sales Items**
**Auction #82718 - 12/9/2022**

| Lot # | | Type | Qty | LotPrice | Extended | Surcharge | Paid | Bidder # | Seller # |
|---|---|---|---|---|---|---|---|---|---|
| **Sold** | (9) | | | | 37,550.00 | | | | |
| 1 | {Does not start currently} 2001 Ford E-450 Super Duty 6-Wheel, 16' Box w/Roll up DoorOdom:193,313, Vin#: 1FDXE45F51HA72153 | One Lot | 1 | 1,525.00 | 1,525.00 | | ✓ | 5018 | |
| 2 | 2014 Dodge Ram 1500 Promaster Hi Volume Cargo Van, 6 Cylinder, 9' Length, Odom:152,298 Starts Vin#: 3C6TRVAG0EE124318 | One Lot | 1 | 8,000.00 | 8,000.00 | | ✓ | 5021 | |
| 3 | 2012 Nissan Titan SL 4 Door Crew Cab Pickup Truck, 5.6L V8 Gas Motor, Heated Leather Seats, Glass, Vin#: 1N6AA0EC1CN307380 | One Lot | 1 | 5,750.00 | 5,750.00 | | ✓ | 5025 | |
| 4 | 2011 Ford Escape XLT SUV, Auto Trans, AWD, Odom: 220,000, Vin#: 1FMCU9DG7BKC52957 (Does not start) | One Lot | 1 | 650.00 | 650.00 | | ✓ | 9 | |
| 5 | 2015 Nissan NV200 Cargo Van, Vin#: 3N6CM0KN1FK699518 Odom: 98,000, {Starts with Jump} | One Lot | 1 | 7,550.00 | 7,550.00 | | ✓ | 5040 | |
| 6 | 2003 Ford F-250 Pickup Truck, Odom: 125,000, Vin#: 1FTNX21L5EA10603 (Has Extensive Rust) {Starts} | One Lot | 1 | 925.00 | 925.00 | | ✓ | 7 | |
| 7 | 2012 BMW X5 SUV, Sun Roof, Diesel, Odom: 172,249, Vin#: 5UXZW0C53C0B89066 {starts} | One Lot | 1 | 8,000.00 | 8,000.00 | | ✓ | 5027 | |
| 8 | Fisher V-Plow with Minute Mount 2 Mounting System | One Lot | 1 | 3,350.00 | 3,350.00 | | ✓ | 6 | |
| 9 | Fisher 8.5"" X Blade Plow w/Minute Mount 2 Mounting System | One Lot | 1 | 1,800.00 | 1,800.00 | | ✓ | 5 | |

33

| AUCTIONS | AUCTIONS | AUCTIONS | AUCTIONS |

## MORTGAGEE'S SALE OF REAL ESTATE AT PUBLIC AUCTION

**TUESDAY, DECEMBER 6, 2022**

**11:00 AM-BEVERLY**
29 Crowell Street
sgl home, 1,070 sf liv area, 0.271 ac lot,
4 rm, 2 bdrm, 1 bth. Essex(S): Bk 27570, Pg 529

**12:00 PM-SAUGUS**
9 Denver Street
sgl fam, 1,540 sf liv area, 0.247 ac lot, 6 rm,
2 bdrm, 1 bth. Essex(S): Bk 20794, Pg 137

**1:00 PM-SWAMPSCOTT**
84 Pine Street
sgl fam, 1,592 sf liv area, 0.697, 6 rm,
3 bdrm, 1 bth, Essex(S): Bk 34913, Pg 13

**WEDNESDAY, DECEMBER 7, 2022**

**12:00 PM-NORWOOD**
201 Prospect Street
sgl fam, 2,158 sf liv area, 0.47 ac lot, 4 rm,
3 bdrm, 1.5 bth. Norfolk: Bk 24878, Pg 405
**$10,000 DEPOSIT**

**THURSDAY, DECEMBER 8, 2022**

**12:00 PM-TYNGSBORO**
71 Willowdale Road
sgl fam, 656 sf liv area, 0.15 ac lot, 4 rm,
1 bdrm, 1 bth, Middx(N): Bk 23106, Pg 89

**1:00 PM-BOSTON**
23 Ralwood Road
sgl fam, 1,252 sf liv area, 0.147 ac lot, 7 rm, 3 bdrm,
1 bth. Sfk: Suffolk: Doc, #7517HO, Cert. #02859

**THURSDAY, DECEMBER 8, 2022**

**2:00 PM-ROXBURY (Boston)**
51 Saint James Street a/k/a 51 St. James Street
2 fam, 3,104 sf liv area. 0.2 ac lot, 12 rm,
6 bdrm, 2.5 bth. Suffolk: Bk 41490, Pg 69

**FRIDAY, DECEMBER 9, 2022**

**10:00 AM-FRAMINGHAM**
212 Fountain Street, Unit B
(212 Fountain Street Condominium)
condo, 1,092 sf liv area, 5 rm, 3 bdrm,
1.5 bth. Mbsex(S): Bk 49882, Pg 367

**1:00 PM-RANDOLPH**
14 Clark Street
sgl fam, 7,052 sf liv area, 0.31 ac lot, 9 rm,
4 bdrm, 3.5 bth, Norfolk: Bk 37109, Pg 462

**2:00 PM-WESTON**
190 Conant Road
sgl fam, 2,658 sf liv area, 0.661 ac lot, 8 rm,
3 bdrm, 3.5 bth, Mbsex(S): Bk 48893, Pg 484
**$10,000 DEPOSIT**

**3:00 PM-WESTON**
706 Boston Post Road
sgl fam, 1,596 sf liv area, 0.683 ac lot, 5 rm,
4 bdrm, 2 bth, Sgl: Mbsex(S): Bk 45772, Pg 110

TERMS: Cashier's or certified check in the sum of $5,000.00 as a deposit must be shown at the time and place of the sale in order to qualify as a bidder. No CASH. No personal checks will be required. Cashier/certified checks should be made out to whomever is going to bid at the auction. The balance to be paid within thirty (30) days at the law offices of Korde & Associates, P.C., 900 Chelmsford Street, Suite 3102, Lowell, MA 01851, Attorney for the Mortgagee.
Auctioneer makes no representation as to the accuracy of the information contained herein.

# BAY STATE AUCTION CO., INC.

North Chelmsford | (978) 251-1150 | www.baystateauction.com
MAAU#: 1028, 2624, 2655, 3039, 2573, 116, 2484, 3246, 2919, 3092, 3107, 0100030, 3099

617-423-4545 to place your classified ad.   |   617-423-4545 to place your classified ad.

| AUCTIONS | AUCTIONS |

## PUBLIC AUCTION
### Foreclosure Auction on Premises
#### Residential Condominium

**Tyngsboro, MA**
Thursday, December 8 @ 10 AM
10 Metromac Way, Unit 10C
*Terms: $5,000 deposit, Balance due 30 days*

#### Single Family Homes

**Upton, MA**
Thursday, December 8 @ 1 PM
12 Stoddard Street
*Terms: $5,000 deposit. Balance due 30 days*

**Attleboro, MA**
Monday, December 12 @ 11 AM
20 Como Drive
*Terms: $5,000 deposit. Balance due 30 days*

**North Harwich, MA**
Monday, December 12 @ 2 PM
68 Main Street
*Terms: $5,000 deposit. Balance due 30 days*

**Essex, MA**
Tuesday, December 13 @ 10 AM
27 Forrest Ave
*Terms: $5,000 deposit. Balance due 30 days*

Deposit by certified or bank check. Other terms may be announced at sale. Auctioneer makes no representation as to the accuracy of the information contained herein.

Call 800-522-8488
auctionsnewengland.com


HARV EYEN, INC.
Auctioneers
"The man with the 'Golden Gavel'"

| AUCTIONS | AUCTIONS |

# SULLIVAN & SULLIVAN
AUCTIONEERS - LLC

## ON-SITE FORECLOSURE AUCTIONS

# HULL
### ACROSS FROM NANTASKET BEACHES!

**★ 6 HOUSES - SOLD SEPARATELY**
**ALL: 1,160± SF, 3 Bedroom Ranches**

**WED., DEC. 7 AT 11AM - TO BE AUCTIONED IN ORDER:**
1  1153 NANTASKET AVENUE – 8,145± SF Lot
2  1155 NANTASKET AVENUE – 8,450± SF Lot
3  1157 NANTASKET AVENUE – 8,581± SF Lot

**WED., DEC. 7 AT 12PM - TO BE AUCTIONED IN ORDER:**
4  1161 NANTASKET AVENUE – 8,363± SF Lot
5  1165 NANTASKET AVENUE – 9,539± SF Lot
6  1167 NANTASKET AVENUE – 17,685± SF Lot

TERMS: $10,000 DEPOSIT PER PROPERTY by bank check & balance due 30 days. Properties to be sold individually only. Accuracy of info not guaranteed. Update, Kathy & Spedizzy, P.C., 225 Asylum St, Hartford CT 06103 Atty., for Mort.

COMMONWEALTH AUCTION
ASSOCIATES, INC.
Sullivan-Auctioneers.com • 617-350-7700
(617) 964-0005   MA LIC. 2235

| AUCTIONS | ON-SITE FORECLOSURE AUCTIONS | AUCTIONS |

# PATRIOT
Auctioneers LLC   MA LIC. #107

## SALEM-TOWNHOUSE

**12 Valiant Way Unit 12**
The Village at Vinnin Square Condominium
**Wednesday, December 7 at 10AM**
885± sf liv up • 1 BRs • 1 Bath
$10,000 deposit & balance due 45 days

## FALL RIVER-SINGLE FAMILY

**161 Mount (aka Mt.) Pleasant Street**
**Thursday, December 8 at 10AM**
5,227± sf lot • 1,242± sf liv up • 8 BRs • 1 Bath
$10,000 deposit & balance due 45 days

## BERKLEY-SINGLE FAMILY

**55 Anthony Street**
**Monday, December 12 at 10AM**
2± acre lot • 1,190± sf liv up • 3 BRs • 1 Bath
$5,000 deposit & balance due 30 days

## WESTFIELD-SINGLE FAMILY

**15 Bates Street**
**Tuesday, December 13 at 10AM**
13,068± sf lot • 2,184± sf liv up • 3 BRs • 2 Baths
$10,000 deposit & balance due 45 days

## LOWELL-3 FAMILY

**30-32 Saratoga Street**
**Tuesday, December 13 at 11AM**
3,920± sf lot • 3,420± sf liv up • 7 BRs • 3 Baths
$5,000 deposit & balance due 30 days

Terms of Auctions: Deposit by bank check, certified check or cash at time & place of auctions. Properties sold "AS IS". Other terms announced at auction. Accuracy of descriptions not guaranteed. Visit web for full terms & mortgage references.
PatriotAuctioneers.com • 508.833.6333

## MORTGAGEES' REAL ESTATE AUCTIONS
### TO BE SOLD ON THEIR RESPECTIVE PREMISES

**WEDNESDAY DECEMBER 7, 2022**
10:00 AM • EVERETT, MA
9-11 TIMOTHY AVENUE - DEPOSIT $5,000
1:00 PM • MAYNARD, MA
40 GREAT ROAD - DEPOSIT $5,000
4:00 PM • DRACUT, MA
26 MELISSA COURT - DEPOSIT $5,000

**FRIDAY DECEMBER 9, 2022**
12:00 PM • LEOMINSTER, MA
135 CORTLAND CIRCLE, UNIT 41, THE APPLEWOOD
CONDOMINIUM - DEPOSIT $5,000
1:00 PM • SOUTHBOROUGH, MA
143 WOODLAND ROAD - DEPOSIT $5,000

**MONDAY DECEMBER 12, 2022**
9:00 AM • RAYNHAM, MA
548 SUNSET DRIVE - DEPOSIT $5,000
11:00 AM • BOSTON, MA
306 ATHENS STREET, UNIT 1, 306 ATHENS STREET
CONDOMINIUMS - DEPOSIT $5,000
1:00 PM • SAUGUS, MA
36 WESTERN AVENUE - DEPOSIT $5,000

**TUESDAY DECEMBER 13, 2022**
12:00 PM • SOUTH DENNIS, MA
20 - 22 MULLA LANE - DEPOSIT $5,000

TERMS OF SALES: Deposits in the amounts specified above are to be paid by the purchaser(s) at the time and place of each sale by certified or bank check. All balances due are to be paid within 30 days of each individual sale. Other terms, if any, to be announced at each sale.
Call our AUCTION SCHEDULE LINE at (617) 964-1282 for a list of the current day's auctions and visit our website www.commonwealthauction.com for continuously updated scheduling information and additional scheduling information.

COMMONWEALTH AUCTION
ASSOCIATES, INC.
(617) 964-0005   MA LIC. 2235

| AUCTIONS | AUCTIONS |

# AUCTIONEERS • APPRAISERS
## PAUL E. SAPERSTEIN CO., INC.
144 Centre Street, Holbrook, MA 02343 • Tel: 617-227-6553
www.pesco.com • MA Lic 295, NH 2508, RI 9246, VT 057-0002204

**Bankruptcy Sale at Public Auction/Re: Solar Wolf Energy, Inc.**

# BMW - VANS — PICKUP
## BOX TRUCK — PLOWS

Both Onsite & Online Bidding @ Bidspotter.com
Friday, December 9, 2022, 12:00 PM • 771 Washington St., Auburn, MA

Terms: Inspection 9 AM day of sale. Payment by cash, wire & certified check only. 4% Managerial Fee for all online purchases. Case #22-40693-CJP, Honorable Christopher J. Panos, Bankruptcy Judge, Joseph Baldiga, Trustee, Hirsch O'Connell, Westborough, MA. Full details & Info @ www.pesco.com

**Bankruptcy Sale @ Public Auction/Cohasset Fitness Club, LLC**

# FITNESS EQUIPMENT
## CARDIO — WEIGHTS — STATIONS
## TREADMILLS — ELLIPTICALS
## STEAM — SAUNA — TRAINING

Online Bidding Only @ Bidspotter.com
135 King St., Cohasset, MA • Wednesday, December 14, 2022 @ 11AM

Terms: Inspection 10-5 Tuesday December 13, 2022. Payment by cash, certified or credit card. 8% Managerial Fee W/a 4% discount for cash and certified payments. Honorable Janet E. Bostwick, Bankruptcy Judge. Case No #22-11340, Donald Lessman, Trustee, Mendham, MA. Removal 9-4 on Thursday 12/15, Friday 12/16 and Monday 12/17. Additional details & info @ www.pesco.com

**Secured Party Sale @ Auction; Re: Naples Pizza**

# PIZZA SHOP EQUIP
## DOUBLE DECK PIZZA OVEN
## REF & PREP UNITS

ONLINE BIDDING ONLY @ BIDSPOTTER.COM
2 Macy Street, Amesbury, MA • Friday, December 16, 2022 @ 11AM

## WEST ROXBURY — Condo

**4925 Washington St., #302, West Roxbury, MA • Friday, Dec. 8, 2022 @ 10AM**

567 +/- sf condo in Stony Brook Condominium believed to have 3 rooms, 1 bedroom & 1 bathroom. Terms of Sale: A deposit of $5,000 by cash, certified or bank check required at the time & place of sale & balance due within 30 days. All other terms announced at sale. William E. Thompson, Esq., Maras, Eriksn, Emmer & Brooks, P.C., Braintree, MA.
Sale of Real Estate Under M.G.L. c 183: A6

## BLACKSTONE – 1.72+/- Acres of Land
### Single Family Home

**26 Carol Lane, Blackstone, MA • Thursday, December 15, 2022 AT 10AM**

1.72+/- acres of land improved by a 1,234+/-sf split style single family home believed to have 6 rooms, 3 bedrooms & 1 bath w/ full basement, fireplace, wood deck & built in 2-car garage. Terms of Sale: A deposit of $7,590 by cash, certified or bank check required at the time & place of sale & balance due within 30 days. All other terms announced at sale. Barsh and Cohen, P.C., Canton, MA, Attorney for Mortgagee.
Sale of Real Estate Under M.G.L. c 183: A6

## BROCKTON – 2 Bedroom Townhouse

**99 Tribou St., Unit 6, Brockton, MA • Friday, Dec. 16, 2022 at 11AM**

A 1,668 +/-sf 2-story townhouse condo in Tyler's Meadow Condominium believed to have 4 rooms, 2 bedrooms & 1.5 baths, unfinished basement, rear deck, 2 deeded parking spaces. Terms of Sale: A deposit of $5,000 by cash, certified or bank check required at the time & place of sale & balance due within 30 days. All other terms announced at sale. Ellen Shapiro, Esq., Maras, Eriksn, Emmer & Brooks, P.C., Braintree, MA, Attorney for Mortgagee.

## ALL SALES TO BE HELD ON THE PREMISES

REAL ESTATE TERMS: All deposits by cash, certified or bank check required at time and place of sale and balance 30 days (unless otherwise specified). All other terms announced at sale. Realtor & Auctioneer, Mortgagee, Attorney nor Trustee make any representations as to the accuracy of the information contained herein. Attendees are expected to follow current state and CDC COVID-19 guidelines.

# DEAN ASSOCIATES, INC.
AUCTIONEERS & CERTIFIED APPRAISERS
831 Beacon Street, #163, Newton, MA 02459

Tel #617-630-0662
Mass Lic #124-NH Lic #2480-FL Lic A02829-RI Lic #2723



## We Can Help!
Looking for tenants? Filling a job? Selling a home? The Classified Dept. of the Boston Herald Advertising Department can help!
Give us a call at 617-423-4545.

Mortgagee's Sale of Real Estate at Public Auction
Cape Cod Commercial Property - Attn: Investors
to be Held on the Premises
Monday, December 12, 2022 at 11:00 A.M.
77 Route 28, West Yarmouth, MA

Parcel of land containing approx. 1.68 acres improved with a 34-unit motel building plus manager's apartment.

(All of the above information is believed to be accurate, but not guaranteed. Prospective bidders should do their own due diligence, property is sold "as is where is").

Terms of Sale: A deposit in the amount of $20,000 by cash, certified or bank check will be required at the time and place of each sale to qualify as a bidder, and the balance due within 30 days from the date of each sale. All other terms announced at each sale. Marshall F. Newman, Esq. Newman and Newman P.C. One McKinley Square, Boston, MA 02109 Atty. for Mortgagee.

SUNDAY, DECEMBER 4, 2022   Herald
bostonherald.com

# BMW of Shrewsbury

### 770 Boston Turnpike
### Shrewsbury, MA 01545
### 508-581-5500

ALL RETURNS MUST BE ACCOMPANIED BY THIS INVOICE.
ALL RETURNS ARE SUBJECT TO A 15% HANDLING CHARGE.
NO RETURNS ON SPECIAL ORDERED PARTS OR ELECTRICAL PARTS.

DISCLAIMER OF WARRANTIES: Any warranties on the product sold hereby are those made by the manufacturer. The seller, BMW of Shrewsbury hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products, therefore, with respect to the seller, the product is sold "As is" and the entire risk as to quality and performance of the product is with the buyer and/or manufacturer, and if the product proves defective after purchase, the buyer and/or manufacturer, not the seller, shall assume the entire cost of all necessary servicing or repair.

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 05 DEC 22 | | 05 DEC 22 | 05 DEC 22 | 35352925B | 13:47 |

SOLD TO

ACCOUNT NO. 960090

RALPH KENNETH STEWART JR

SHIP TO

PAGE 1 OF 1

| SHIP VIA | SLSM. | B/L NO. | | TERMS | | F.O.B. POINT | |
|---|---|---|---|---|---|---|---|
| | 1423 | (617)593-4937 | | CASH | | SHREWSBURY, MA | |

| QUANTITY ORD. | SHIP | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 66-12-9-268-486 | NS   RADIO RE | 311.00 | 311.00 | 311.00 |
| 1 | 1 | 0 | 51-21-7-139-710 | CODED INTEGRAT | 52.45 | 52.45 | 52.45 |

0B89066
NON RETURNABLE

*Thank You!*
*~*
*We*
*Appreciate*
*Your*
*Business!*

**Parts/Service Hours:**
Monday - Thursday 7AM - 7PM
Friday 7AM - 6PM
Sunday Closed

WHOLESALE PARTS MUST BE RETURNED
WITHIN 30 DAYS. DAMAGED OR TORN BOXES
AND DIRTY PARTS ARE NOT RETURNABLE.
MINIMUM FEE OF $15.00 OR 15% WILL
APPLY TO ALL NON-STOCK RETURNS.

| | |
|---|---|
| PARTS | 363.45 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX | 22.72 |
| **TOTAL** | **$386.17** |

CUSTOMER'S SIGNATURE
X

Copyright 2014 CDK Global, LLC   PARTS INVOICE (81680_Pr3C1 - IMAGING

**CUSTOMER COPY**

**LYNCH'S TOWING SERVICE**
790 W CHESTNUT ST
BROCKTON, MA 02301
**(508) 586-7577**

# Road Service

| DATE 1-1-22 | TIME | A.M. P.M. | REQUESTED BY | | P.O. NO. |
|---|---|---|---|---|---|

NAME  Silverstein  Authors          PHONE

ADDRESS

CITY                                     STATE    ZIP

LOCATION OF VEHICLE  177 Cherry st    Middleboro

YEAR, MAKE, MODEL  F25                COLOR  Blue   DRIVER 107

STATE  LIC. PLATE NO.  4RZ789  VEHICLE I.D. NO.  1FTPX21LS3EA0603  REGISTERED OWNER

| MILEAGE | SERVICE TIME | EXTRA PERSON |
|---|---|---|
| FINISH | FINISH | FINISH |
| START | START | START |
| TOTAL  146 | TOTAL | TOTAL |

## REASON FOR TOW

☐ ACCIDENT    ☐ ABANDONED    ☐ FLAT TIRE
☐ ARREST    ☐ STOLEN CAR    ☐ OUT OF GAS
☐ UNREGISTERED    ☐ BREAK DOWN    ☐ IMPOUNDED
☐ TOW ZONE    ☐ LOCK OUT    ☐
☐ SNOW REMOVAL    ☐ START    ☐

## SPECIAL EQUIPMENT

☐ SINGLE LINE WINCHING
☐ DUAL LINE WINCHING
☐ SNATCH BLOCKS
☐ SCOTCH BLOCKS
☐ DOLLY

## TYPE OF TOW

☐ SLING/ HOIST TOW
☑ FLAT BED/ RAMP
☐ WHEEL LIFT
☐

## TOWED PER ORDER OF

☐ STATE POLICE
☐ LOCAL POLICE
☐ OWNER
☑ DEALER

## VEHICLE TOWED TO

FIRST TOW  1991 Washington st

SECOND TOW  Auburn

| STORAGE FROM | | TOWING CHARGE | 75 |
|---|---|---|---|
| TO _____ DAYS @ $ | | MILEAGE CHARGE | 438 |
| **PAID BY** | | EXTRA PERSON | |
| ☐ CASH  ☐ CHECK   DRIVERS LIC. NO. | | SPECIAL EQUIPMENT | |
| ☐ CREDIT CARD  ☐ MC  ☐ VISA  ☐ AMEX  EXP. DATE | | LABOR CHARGE | |
| CC NO. | | STORAGE | |
| OPERATOR'S SIGNATURE          DATE | | | |
| TRUCK NO. | | SUB-TOTAL | |
| AUTHORIZED SIGNATURE          DATE | | TAX | |
| VEHICLE RELEASED TO          DATE | | **TOTAL** | 513 |

57163

Not responsible for loss or damage to vehicle
in case of fire, theft or any other cause beyond our control.

**Thank You**
PRODUCT 2525

**LYNCH'S TOWING SERVICE**
790 W CHESTNUT ST
BROCKTON, MA 02301
**(508) 586-7577**

# Road Service

| DATE 11-1-22 | TIME | A.M. P.M. | REQUESTED BY | P.O. NO. |
|---|---|---|---|---|

NAME SARcostein Auctions          PHONE

ADDRESS

CITY                          STATE      ZIP

LOCATION OF VEHICLE 19 Henry st    Brockton

YEAR MAKE MODEL NISSAN VAN    COLOR BLK    DRIVER 107

STATE & PLATE NO. 3G7234    VEHICLE ID NO. 3N6CM0RM1FK619518    REGISTERED OWNER

## MILEAGE
FINISH _____
START /
TOTAL 146

## SERVICE TIME
FINISH _____
START _____
TOTAL _____

## EXTRA PERSON
FINISH _____
START _____
TOTAL _____

## REASON FOR TOW
- ☐ ACCIDENT
- ☐ ARREST
- ☐ UNREGISTERED
- ☐ TOW ZONE
- ☐ SNOW REMOVAL
- ☐ ABANDONED
- ☐ STOLEN CAR
- ☐ BREAK DOWN
- ☐ LOCK OUT
- ☐ START
- ☐ FLAT TIRE
- ☐ OUT OF GAS
- ☐ IMPOUNDED
- ☐
- ☐

## SPECIAL EQUIPMENT
- ☐ SINGLE LINE WINCHING
- ☐ DUAL LINE WINCHING
- ☐ SNATCH BLOCKS
- ☐ SCOTCH BLOCKS
- ☐ DOLLY

## TYPE OF TOW
- ☐ SLING/ HOIST TOW
- ☐ FLAT BED/ RAMP
- ☐ WHEEL LIFT
- ☐

## TOWED PER ORDER OF
- ☐ STATE POLICE
- ☐ LOCAL POLICE
- ☐ OWNER
- ☐ DEALER

## VEHICLE TOWED TO
FIRST TOW 1771 Washington st
SECOND TOW Abington

## STORAGE FROM
_____ TO _____ DAYS @ $ _____

## PAID BY
- ☐ CASH   ☐ CHECK   DRIVERS LIC. NO. _____
- ☐ CREDIT CARD  ☐ MC  ☐ VISA  ☐ AMEX  EXP. DATE _____

CC NO. _____

OPERATOR'S SIGNATURE _____ DATE _____

TRUCK NO. SC

AUTHORIZED SIGNATURE _____ DATE _____

VEHICLE RELEASED TO _____ DATE _____

| TOWING CHARGE | 75 |
|---|---|
| MILEAGE CHARGE | 438 |
| EXTRA PERSON | |
| SPECIAL EQUIPMENT | |
| LABOR CHARGE | |
| STORAGE | |
| SUB-TOTAL | |
| TAX | |
| **TOTAL** | 513 |

57162

Not responsible for loss or damage to vehicle
in case of fire, theft or any other cause beyond our control.

**Thank You**
PRODUCT 2525

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 12/05/2022 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | Daniel Fiscus | | |
|---|---|---|---|---|
| Brown & Brown of Massachusetts, LLC | PHONE (A/C, No, Ext): | (781) 455-6664 | FAX (A/C, No): | |
| 980 Washington Street | E-MAIL ADDRESS: | Dan.Fiscus@bbrown.com | | |
| Suite 325 | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| Dedham                MA  02026 | INSURER A : The Hanover Insurance Company | | | 22292 |
| INSURED | INSURER B : Allmerica Financial Benefit Insurance Company | | | 41840 |
| Paul E. Saperstein Co., Inc. | INSURER C : Massachusetts Bay Insurance Company | | | 22306 |
| 144 Centre Street | INSURER D : | | | |
| | INSURER E : | | | |
| Holbrook              MA  02343 | INSURER F : | | | |

## COVERAGES      CERTIFICATE NUMBER: CL2262186525      REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | ☒ COMMERCIAL GENERAL LIABILITY ☐ CLAIMS-MADE ☒ OCCUR | Y | Y | ZHN6714080 | 06/01/2022 | 06/01/2023 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 1,000,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: ☐ POLICY ☐ PRO-JECT ☐ LOC ☐ OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ Included |
| | | | | | | | Employee Benefits | $ 1,000,000 |
| B | AUTOMOBILE LIABILITY ☐ ANY AUTO ☐ OWNED AUTOS ONLY ☒ HIRED AUTOS ONLY ☒ SCHEDULED AUTOS ☒ NON-OWNED AUTOS ONLY | Y | Y | AWN6704074 | 06/01/2022 | 06/01/2023 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | PIP-Basic | $ 8,000 |
| A | ☒ UMBRELLA LIAB ☐ EXCESS LIAB ☐ OCCUR ☐ CLAIMS-MADE | Y | Y | UHN6714078 | 06/01/2022 | 06/01/2023 | EACH OCCURRENCE | $ 2,000,000 |
| | | | | | | | AGGREGATE | $ 2,000,000 |
| | ☐ DED ☒ RETENTION $ 10,000 | | | | | | | $ |
| C | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | WHN6712970 | 06/01/2022 | 06/01/2023 | ☐ PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

Certificate holder is added as additional insured for general liability, automobile liability, and umbrella liability if required by written contract. Waiver of subrogation applies for general liability, automobile liability, and umbrella liability if required by written contract.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Cabot House, Inc. 10 Industrial Way Amesbury              MA  01913 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE *[signature]* |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)      The ACORD name and logo are registered marks of ACORD

T & J Frye Trucking Co., Inc

P.O. Box 50391
New Bedford, MA 02745
Phone 508-586-8226
Fax     508-586-9662

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/5/2023 | 89304 |

| BILL TO |
|---|
| Paul E Saperstein Co., Inc.<br>144 Centre St.<br>Holbrook, MA 02343 |

| P.O. NO. | TERMS |
|---|---|
| | |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| 12/8/22  Travel to Auburn, MA, jump start auction vehicles, replace batteries in 2 vehicles, return  4.5 hours | | 403.50 |
| 1 battery group 49 | | 250.42 |
| 1 battery 140R | | 227.22 |
| sales tax | | 29.86 |

| | **Total** | $911.00 |
|---|---|---|

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| **In re:** | |
| **SOLAR WOLF ENERGY, INC.,** | **Chapter 7**<br>**Case No. 22-40693-CJP** |
| **Debtor.** | |

## DECLARATION RE: ELECTRONIC FILING

I, Michael E. Saperstein, Executive Vice President of Paul E. Saperstein Co., Inc.,

**hereby declare under penalty of perjury** that all of the information contained in the

Application for Fee and Affidavit of Paul E. Saperstein Co., Inc. (singularly or jointly the

"Document"), filed electronically, is true and correct. I understand that this DECLARATION is

to be filed with the Clerk of Court electronically concurrently with the electronic filing of the

Document. I understand that failure to file this DECLARATION may cause the Document to be

struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule

(MEFLR)-7(a) all paper documents containing original signatures executed under the penalties

of perjury and filed electronically with the Court are the property of the bankruptcy estate and

shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years

after the closing of this case.

Dated: January ⟨17⟩, 2023                                                              (Affiant)

Michael E. Saperstein
Executive Vice President
Paul E. Saperstein Co., Inc.

{Client Matter 15008/14399/A8157944.DOC}

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

In re:

**SOLAR WOLF ENERGY, INC.,**

       **Debtor.**

Chapter 7
Case No. 22-40693-CJP

## ORDER APPROVING APPLICATION FOR FEE AND AFFIDAVIT
### (Re: Paul E. Saperstein Co., Inc.)

Upon the Application for Fee and Affidavit of Paul E. Saperstein Co., Inc. dated

January 5, 2023 (the "Auctioneer Fee Application"); and the Court finding that notice thereof

was sufficient; and no objection to the Auctioneer Fee Application having been filed or any such

objection having been overruled after a hearing as appropriate under the circumstances;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1.     The Auctioneer Fee Application is allowed in the amount of
$_____; and

2.     The Chapter 7 Trustee is authorized to make immediate payment of the
Auctioneer Fee Application awarded herein in the amount of $_____.

Dated: _____          _____
                                    Honorable Christopher J. Panos
                                    United States Bankruptcy Court

{Client Matter 15008/14399/A8157979.DOCX}

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOLAR WOLF ENERGY, INC.,**<br><br>      **Debtor.** | **Chapter 7**<br>**Case No. 22-40693-CJP** |

### CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2023, I caused a copy of the following document to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

**Application for Fee and Affidavit, with proposed Order.**
**(Re: Paul E. Saperstein Co., Inc.)**

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: (508) 898-1501
Fax:    (508) 898-1502
Email: bankrupt@mirickoconnell.com

Dated: January 18, 2023

{Client Matter 15008/14399/A8157993.DOC}

## SERVICE LIST

### Solar Wolf Energy, Inc. Debtor
### Chapter 7, Case No. 22-40693-CJP

Richard T. King, Esq.
Assistant U.S. Trustee
Office of U.S. Trustee
446 Main Street
14th Floor
Worcester, MA 01608
(U.S. Trustee)
**VIA ECF**

Internal Revenue Service
Special Process Unit
P.O. Box 9112
Stop 20800
Boston, MA 02203
(Taxing Authority)

Massachusetts Department of
Revenue
Attn: Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204
(Taxing Authority/Schedule
D/Schedule E /POC)

Internal Revenue Service
Centralized Insolvency
Operation
PO Box 7346
Philadelphia, PA 19101-
7346
(Taxing Authority/POC)

United States Attorney
John Joseph Moakley United
States Courthouse
One Courthouse Way
Suite 9200
Boston, MA 02210
(U.S. Attorney)

Office of the Attorney
General
Commonwealth of MA
18th Floor
One Ashburton Place
Boston, MA 02108
(Attorney General)

Solar Wolf Energy, Inc.
582 Wauwinet Road
Barre, MA 01005
(Debtor)

Troy D. Morrison, Esq.
Morrison & Associates, P.C.
255 Park Avenue, Suite 1000
Worcester, MA 01609
(Debtor's Counsel)
**VIA ECF**

Internal Revenue Service
PO Box 37004
Hartford, CT 06176
(Taxing Authority/Schedule
E/Schedule F/POC)

Massachusetts Department
of Revenue
PO Box 7021
Boston, MA 02204
(Taxing Authority)

U.S. Department of Labor
Frances Perkins Building
200 Constitution Ave., NW
Washington, DC 20210
(Interested Party)

Michael D. Felsen, Esq.
U.S. Department of Labor
15 Sudbury Street, Room E-
375
JFK Federal Building
Boston, MA 02203
(Interested Party)

Pension Benefit Guaranty
Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC 20005-
4026
(Interested Party)

Steven J. Marullo, Esq.
Law Office of Steven J.
Marullo
435 Newbury Street
Suite 217
Danvers, MA 01923
(Counsel to Jonathan
Durante/NOA/POC)
**VIA ECF**

Richard A. Mestone, Esq.
Mestone & Associates LLC
435 Newbury Street
Suite 217
Danvers, MA 01923
(Counsel to Jonathan
Durante)

## SERVICE LIST

### Solar Wolf Energy, Inc. Debtor
### Chapter 7, Case No. 22-40693-CJP

| | | |
|---|---|---|
| Robert E. McLaughlin, Jr., Esq.<br>Gilman, McLaughlin & Hanrahan LLP<br>101 Merrimac St.<br>P.O. Box 9601<br>Boston, MA 02114-9601<br>(Counsel to Cabot House<br>(Former Landlord)) | Michael A. Procopio<br>24 Moran Cr.<br>Sudbury, MA 01776<br>(NOA/POC) | Dean Angelos<br>4 Richard Road<br>Wayland, MA 01778-4010<br>(Schedule F Creditor/POC) |
| Arvin Nundloll<br>20 Elisha Witherell Road<br>Wellfleet, MA 02667-7819<br>(Court's Matrix/POC) | Edward Versiackas<br>281 Great Western Road<br>Harwich, MA 02645-2428<br>(Schedule F/POC) | Daniel Long<br>27 Pine Street<br>Yarmouth Port, MA 02675<br>(Schedule F/POC) |
| Nicholas Rotti<br>20 Independence Road<br>West Yarmouth, MA 02673-1516<br>(POC) | Michael J. Riley, Esq.<br>Mass. Laborers' Legal Services Fund<br>1400 District Avenue<br>Suite 100<br>Burlington, MA 01803<br>(Counsel to Wilder<br>Tamayo/NOA)<br>**VIA ECF** | Daniel Bahls<br>Assistant Attorney General<br>Massachusetts Office of the Attorney General<br>Consumer Protection Division<br>1441 Main Street, Suite 1200<br>Springfield, MA 01103<br>(Interested Party) |
| Ted Strzelecki<br>582 Wauwinet Road<br>Barre, MA 01005<br>(President of Debtor) | Michael E. Saperstein<br>Paul E. Saperstein Co., Inc.<br>144 Centre Street<br>Holbrook, MA 02343<br>(Proposed Auctioneer) | Corporation Services Company<br>PO Box 2576<br>Springfield, IL 62708<br>(Schedule D) |
| CT Corporation Systems<br>PO Box 2576<br>Springfield, IL 62708<br>(Schedule D) | DLR, Inc.<br>PO Box 520382<br>Salt Lake City, UT 84152<br>(Schedule D) | Orange Advance, LLC<br>140 32nd Street #316<br>Brooklyn, NY 11232<br>(Schedule D) |
| U.S. Small Business Administration<br>2 North 20th Street<br>Birmingham, AL 35203<br>(Schedule D) | U.S. Small Business Administration<br>200 West Santa Ana Blvd.<br>Suite 740<br>Santa Ana, CA 92701<br>(POC) | Aaron Kimmel<br>18 Cottonwood Street<br>Yarmouth Port, MA 02675<br>(Schedule F) |

## SERVICE LIST

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

Aastha Chaturvedi
16 Hedgefield Road
Orange, CT 06477
(Schedule F)

Albert Inglesi
80 Mattakese Road #2
West Yarmouth, MA 02673
(Schedule F/POC)

Amy Grant
56 Alton Street
Providence, RI 02908
(Schedule F)

Andrea Goldman
64 Waverley Avenue
Newton, MA 02458-2135
(Schedule F)

Andrew Baxter
17 Dettling Road
Maynard, MA 01754
(Schedule F/POC)

Andrew Cefalu
1 Wilson Lane
Charlton, MA 01507
(Schedule F/POC)

Andy Sharr
17 Arrowhead Avenue
Auburn, MA 01501
(Schedule F)

Anthony Iani
70 Midstream Drive
South Yarmouth, MA 02664
(Schedule F/POC)

Mark R. O'Connell
President
Avidia Bank
42 Main Street
Hudson, MA 01749
(Schedule F/POC)

Bahaa Megelly
14 Vassar Drive
Milford, MA 01757
(Schedule F)

Barbara A. Lavoine
16 Still Brook Rd.
S. Yarmouth, MA 02664
(Schedule F/POC)

Bill Cardalino
341 Plymouth Avenue
Marshfield, MA 02050
(Schedule F)

Brian Daniels
17 Jet Way
Dennis, MA 02638
(Schedule F)

Cabot House
10 Industrial Way #3
Amesbury, MA 01913
(Schedule F)

Camilla Flannery
4 Melva Street
South Yarmouth, MA 02664
(Schedule F)

Cari Brown
5 Parallel St.
Arlington, MA 02474
(Schedule F/POC)

Carolyn Lodders
Ralph Lodders
3 Belvedere Terrace
Yarmouthport, MA 02765
(Schedule F/POC)

Chan Huu Nguyen
5 Elmire Avenue
Worcester, MA 01604
(Schedule F)

Chris Ciuchta
1A Applebee Avenue
Webster, MA 01570
(Schedule F)

Chris George
947 Route 6A
Yarmouth Port, MA 02675
(Schedule F)

Chris Paquette
26 Edson Avenue
PO Box 502
Rutland, MA 01543
(Schedule F/POC)

## SERVICE LIST

**Solar Wolf Energy, Inc. Debtor
Chapter 7, Case No. 22-40693-CJP**

Christine Bennett
Erik Bennett
105 Oak Street
Winchendon, MA 01475
(Schedule F)

Christopher Ashe
42 Logan Street
Cherry Valley, MA 01611
(Schedule F)

Christopher George
303 Route 28
West Yarmouth, MA 02673
(Schedule F)

Christopher Kam
22 Nichols Lane
Hope Valley, RI 02832
(Schedule F)

Christopher Rodwill
26 Mayflower Circle
Leicester, MA 01524
(Schedule F/POC)

Claire Bourdeau
359 Route 6A
Yarmouth Port, MA 02675
(Schedule F/POC)

Clarence Saint-Vil
6 Pauls Drive
Spencer, MA 01562
(Schedule F)

Colin Misquita
127 Florence Road
Lowell, MA 01851
(Schedule F/POC)

Consolidated Electric
1920 Westridge Drive
Irving, TX 75038
(Schedule F/POC)

Christopher S. Tolley, Esq.
Phillips & Angley
One Washington Mall
Boston, MA 02108
(Counsel to Consolidated
Electrical Distributors, Inc.
d/b/a CED Greentech/NOA)
**VIA ECF**

Craig Ferrari
35 Ginger Lane
Torrington, CT 06790
(Schedule F)

Craig Ferrari
c/o Thomas J. Lengyel, Esq.
167 Cherry Street
Suite 211
Milford, CT 06469
(POC)

Damion Campbell
27 Davis Road
South Yarmouth, MA 02664
(Schedule F)

Dan Grenon
8 Douglas Road
Webster, MA 01570
(Schedule F/POC)

Dan Marder
224 Still River Road
Harvard, MA 01451
(Schedule F)

Daniel Kohnfelder
41 Cottage Drive
West Yarmouth, MA 02673
(Schedule F/POC)

Darlynn Oberg
1250 Jackson Road
Hardwick, MA 01037
(Schedule F)

Darrell Smith
37 Woodland Road
Auburn, MA 01501
(Schedule F)

Dave Morley
2 Duck Pond Road
Yarmouth Port, MA 02675
(Schedule F)

David Levine
8 Femia Road
Framingham, MA 01701
(Schedule F)

David Maki
65 Bog Road
Marstons Mills, MA 02648
(Schedule F)

# SERVICE LIST

### Solar Wolf Energy, Inc. Debtor
### Chapter 7, Case No. 22-40693-CJP

David Methe
3 Alcove Road
Southwick, MA 01077
(Schedule F)

David Witter
175 Beacon Street
South Yarmouth, MA 02664
(Schedule F/POC)

Deepak Sharma
19 Flintlock Drive
Shrewsbury, MA 01545
(Schedule F)

Dennis Vazquez
38 Fay Road
Framingham, MA 01702
(Schedule F)

Dimitar Ivanov
9 Ruby Street
West Yarmouth, MA 02673
(Schedule F/POC)

Diptam Chatterjee
6 Reuben Circle
Shrewsbury, MA 01545
(Schedule F/POC)

Brian J. Hughes, Esq.
Brennan Recupero Cascione
Scungio
174 Dean St.
Unit B
Taunton, MA 02780
(Counsel to Donald
Wolent/Schedule
F/POC/NOA)
**VIA ECF**

Donald Head
9 Houlton Street
Swansea, MA 02777
(Schedule F)

Donald Logan
23 University Street
Leominster, MA 01453
(Schedule F)

Ed Senteio
27 Winter Street
Yarmouth Port, MA 02675
(Schedule F/POC)

Edward Meiners
15 Rune Stone Road
South Yarmouth, MA 02664
(Schedule F/POC)

Edward Owen Gee
25 Harris Hill Road
East Falmouth, MA 02536
(Schedule F)

Elizabeth Wuerz
7 Mellen Lane
Wayland, MA 01778
(Schedule F)

Emily Seco
15 Balder Road
Worcester, MA 01605
(Schedule F)

Emily Woudenberg
68 Marshside Drive
Yarmouth Port, MA 02675
(Schedule F/POC)

Empower Energy Solutions
Inc. d/b/a Empower
30 Old Kings Hwy S
#1001
Darien, CT 06820
(Schedule F/POC)

Eric Farias
33 Harvest Circle
West Wareham, MA 02576
(Schedule F)

Eric Munson
1071 Burt Hill Road
Granville, MA 01034
(Schedule F)

Erin Achenbach
151 Geer Road
Danielson, CT 06239
(Schedule F)

Evard Leonidas
55 Eastern Avenue
Fall River, MA 02721
(Schedule F)

Frank Montani
59 Captain Stanley Road
South Yarmouth, MA 02664
(Schedule F)

**SERVICE LIST**

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

Frederic Jaffre
78 Curley Blvd.
North Falmouth, MA 02556
(Schedule F/POC)

Gelson Deoliveira
10 Parkhurst Street
Milford, MA 01757
(Schedule F)

George Bell
58 Lookout Road
Yarmouth Port, MA 02675
(Schedule F)

Georgia Demetriades
65 Sierra Way
West Yarmouth, MA 02673
(Schedule F/POC)

Geraldine Kennedy
325 Lower County Road
Dennis Port, MA 02639
(Schedule F)

Gerard Downing
2 Spruce Avenue
Middleton, RI 02842
(Schedule F)

Gerry Boucher
33 Lake Road W
West Yarmouth, MA 02673
(Schedule F)

Giuseppe Folco
2 O'Hara Circle
Worcester, MA 01604
(Schedule F/POC)

Gooleap
8781 Siera College Blvd
Roseville, CA 95661
(Schedule F)

Graham Doolan
31 Aspinet Road
South Yarmouth, MA 02664
(Schedule F)

Harold Weatherwax
36 Berkshire Drive
Ware, MA 01082
(Schedule F)

Heritage Building
29 Glennie Street
Worcester, MA 01605
(Schedule F)

Hetal Hitesh Wadikar
33 Willard Avenue
Shrewsbury, MA 01545
(Schedule F/POC)

Howard Hecht
Nicole Hecht
69 Evelyn Road
Waban, MA 02468
(Schedule F/POC)

Intuit Payment Solutions
21215 Burbank Blvd.
Suite 100
Woodland Hills, CA 91367
(Schedule F)

Isabella Roy
50 Craig Street
Rochdale, MA 01542
(Schedule F/POC)

Jacqueline Adalbart
197 Canterbury Street
Worcester, MA 01603
(Schedule F)

James J. Pfeffer
Amy S. B. Pfeffer
41 Raymond A. Sampson Dr.
North Attleboro, MA 02760
(Schedule F/POC)

James Reinschmidt
6 Marla Avenue
Ledyard, CT 06339
(Schedule F)

Jami Carder
223 West Great Western
Road
Yarmouth Port, MA 02675
(Schedule F/POC)

Janis Brinker
Cynthia Berk
55 Marshside Drive
Yarmouth Port, MA 02675
(Schedule F/POC)

Jaqueline Coelho
45 Tevyaw Road
Hyannis, MA 02601
(Schedule F)

Jason Berry
105 Sisters Circle
Yarmouth Port, MA 02675
(Schedule F/POC)

Jason Gianfriddo
1007 Petersham Road
Hardwick, MA 01037
(Schedule F)

## SERVICE LIST

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

Jason Yelinek
19 Haynes Hill Road
Wales, MA 01081
(Schedule F)

Jeannie Silvestro
55 Altons Lane
East Falmouth, MA 02536
(Schedule F/POC)

Jeffrey Doherty
3 Angels Way
Hopkinton, MA 01748
(Schedule F)

Jennifer Glasgow
319 N Woodstock Road
Southbridge, MA 01550
(Schedule F)

Jerome Mbugua
2 Upton Street
Cherry Valley, MA 01611
(Schedule F)

Jessica Rhodes
99 Pompeo Road
North Grosvenordale, CT
06255
(Schedule F)

Jessica Sizer
655 South Street
Barre, MA 01005
(Schedule F)

Jim Wolf
24 Gooseneck Road
Yarmouth Port, MA 02675
(Schedule F)

Joe Beuth
Shirley Beuth
161 New London Turnpike
Wyoming, RI 02898
(Schedule F)

Joe Antonelli
80 Mattakese Road
Unit 5
West Yarmouth, MA 02673
(Schedule F)

Joe Courcy
655 West Hartford Avenue
Uxbridge, MA 01569
(Schedule F)

Joe Rocha
37 Pine Hill Lane
Marion, MA 02738
(Schedule F)

John Dibitetto
14 Ruby Circle
Haverhill, MA 01835
(Schedule F)

John Farias
22 Manuel Avenue
Johnston, RI 02919
(Schedule F)

John Fogle, Jr.
404 Broad Street
PO Box 261
Nescopeck, PA 18635
(Schedule F/POC)

John Freeburn
12 Sachem Path
West Yarmouth, MA 02673
(Schedule F/POC)

John Gigarjian
117 West Street
Douglas, MA 01516
(Schedule F)

John Kurth
25 Kellogg Street
Brookfield, CT 06804
(Schedule F/POC)

John Serijan
53 Aunt Dorahs Lane
Yarmouth Port, MA 02675
(Schedule F/POC)

Jonas Reinheimer
145 Fairfield Avenue
Woonsocket, RI 02895
(Schedule F)

Jonathan Durante
26 Dean Street
Stoneham, MA 02180
(Schedule F/POC)

## SERVICE LIST

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

Jorge Lomastro
751 Washington Street
Coventry, RI 02816
(Schedule F/POC)

Joseph Drew
49 W. Main Street
Upton, MA 01568
(Schedule F)

Joseph Dwelly
8 Dunster Path
West Yarmouth, MA 02673
(Schedule F)

Joseph Laydon
63 Mason Road
Whitinsville, MA 01588
(Schedule F/POC)

Joseph Massaro
83 Lake Shore Drive
Middlefield, CT 06455
(Schedule F/POC)

Joseph Njuguna
317 Reservoir Street
Norton, MA 02766
(Schedule F)

Joshua Uhalt
34 Deer Ledge Lane
Wethersfield, CT 06109
(Schedule F/POC)

Joyce Maria
Jon Fish
107 Merchant Avenue
Yarmouth Port, MA 02675
(Schedule F/POC)

Joyce McFarland
106 Captain York Road
South Yarmouth, MA 02664
(Schedule F/POC)

Judith Danis
15 Old Cedar Lane
South Yarmouth, MA 02664
(Schedule F)

Judy Kozak
108 Drew Blvd
Orange, MA 01364
(Schedule F/POC)

Judy Presnol
6 Tryton Avenue
Rumford, RI 02916
(Schedule F)

Justin Ferrari
28 Buttercup Lane
New Hartford, CT 06057
(Schedule F)

Justin Ferrari
c/o Thomas J. Lengyel, Esq.
167 Cherry Street
Suite 211
Milford, CT 06469
(POC)

Karen Crowley
82 Wimbledon Drive
West Yarmouth, MA 02673
(Schedule F/POC)

Kathleen Henry
16 Louise Lane
West Yarmouth, MA 02673
(Schedule F)

Keith Gove
268 Simsbury Road
West Granby, CT 06090
(Schedule F)

Kenneth McCarter
421 R S Main Street
Bellingham, MA 02019
(Schedule F)

Kevin Bradley
89 Baker Road
West Yarmouth, MA 02673
(Schedule F/POC)

Kevin and Carol Donahue
45 Mooring Lane
South Yarmouth, MA 02664
(Schedule F/POC)

Kevin Jordan
269 Sawmill Hill Road
Sterling, CT 06377
(Schedule F/POC)

Kevin Kauffman
10 Bangor Road
Middleton, PA 17057
(Schedule F)

Kim Berner
27 Erickson Way
South Yarmouth, MA 02664
(Schedule F/POC)

Kim Nelson
29 Highbank Road
South Yarmouth, MA 02664
(Schedule F/POC)

## SERVICE LIST

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

Kirk Deluca
41 Donald Road
Burlington, MA 01803
(Schedule F)

Kristie Miersma
288 Goldthwaite Road
Whitinsville, MA 01588
(Schedule F/POC)

Korpo Hiamah
18 Fox Meadow Drive
Worcester, MA 01602
(Schedule F)

Lamine Niang
77 Mapleville Main Street
Mapleville, RI 02839
(Schedule F)

Larry Lukaszewicz
333 Chapman Street
Canton, MA 02021
(Schedule F/POC)

Laura Sherman
18 Pinnacle Lane
Yarmouth Port, MA 02675
(Schedule F)

Lewis Mullin
92 Ursula Street
Lowell, MA 01854
(Schedule F)

Louis Gatti
111 Pond End Road
Waltham, MA 02451
(Schedule F)

Louphye Cayemite
56 Roseberry Road
Hyde Park, MA 02136
(Schedule F)

Luke Benes
60 Taunton Street
Plainville, MA 02762
(Schedule F/POC)

Lynn Landry
16 Beaver Brook Road
West Yarmouth, MA 02673
(Schedule F)

Lynn Landry
421 South Main St.
Bellingham, MA 02019
(POC)

Majid Jehangir
481 East Street
East Weymouth, MA 02189
(Schedule F)

Marcy Cohen
12 St. Andrews Way
South Yarmouth, MA 02664
(Schedule F)

Margarita Mulero
105 Clifton Avenue
Springfield, MA 01105
(Schedule F)

Margot and Fred Churchill
243 Pleasant Street
South Yarmouth, MA 02664
(Schedule F/POC)

Marianne Sforza
64 Hillcrest Road
Waltham, MA 02451
(Schedule F/POC)

Marie Polynice
105 Hillberg Avenue
Brockton, MA 02301
(Schedule F)

Mark Lique
34 Idora Avenue
Haverhill, MA 01830
(Schedule F/POC)

Mark Wilcox
15 Lytherland Place
Providence, RI 02909
(Schedule F)

Mary Johnson
30 Wild Rose Terrace
South Yarmouth, MA 02664
(Schedule F)

Meghan Ravenscoft Velez
465 W. Denny Avenue
Pinebluff, NC 28373
(Schedule F/POC)

Melinda and Joshua Prince
3 Glenarden Road
Trumbull, CT 06611
(Schedule F)

Tamra J. Evans, Esq.
Tamra J. Evans Esq. LLC
61 Unquowa Rd.
Fairfield, CT 06824
(POC/Joshua and Melinda
Prince)

## SERVICE LIST

### Solar Wolf Energy, Inc. Debtor
### Chapter 7, Case No. 22-40693-CJP

Michael Kiehnau
303 Route 6A
Yarmouth Port, MA 02675
(Schedule F/POC)

Michael Levesque
3 Deer Run
Hopkinton, MA 01748
(Schedule F)

Michael Valliere
821 Franklin Street
Duxbury, MA 02332
(Schedule F)

Mike Ford
1035 Fairview Street
Lee, MA 01238
(Schedule F/POC)

Mike Hopkins
154 Town Line Road
Burlington, CT 06013
(Schedule F)

Mike Ritter
54 Wainwright Street #2
Boston, MA 02124
(Schedule F/POC)

Monique Maldonado
260 CT-198
Woodstock Valley, CT
06282
(Schedule F)

Murali Paladugu
21 Skyview Drive
Millbury, MA 01527
(Schedule F)

Nancy Douttiel
20 Turtle Cove Road
South Yarmouth, MA 02664
(Schedule F)

Nathaniel Shay
58 Oakland Drive
Trumbull, CT 06611
(Schedule F)

Neil Beauregard
5 Oak Street
Oxford, MA 01540
(Schedule F)

Nicholas Rotti
20 Independence Road
West Yarmouth, MA 02673
(Schedule F/POC)

Nick Oliveira
27 Ontario Drive
Hudson, MA 01749
(Schedule F/POC)

Nilda Chacon
69 Mohawk Avenue
Derby, CT 06418
(Schedule F)

Pam Rego
939 West Yarmouth Road
Yarmouth Port, MA 02675
(Schedule F/POC)

Patricia Vecchione
Arnold Vecchione
40 Killian Road
Johnston, RI 02919
(Schedule F/POC)

Patricia Doon
56 Bray Farm South
Yarmouth Port, MA 02675
(Schedule F)

Patricia Robinson Smith
21 Winter Street
Yarmouth Port, MA 02675
(Schedule F)

Patrick and Tracy Gabridge
44 Willow Street
Florence, MA 01062
(Schedule F/POC)

Paul Carlson
Jean Carlson
119 State Avenue
Rogers, CT 06263
(Schedule F)

Paul L. Carlson
PO Box 23
Rogers, CT 06263
(POC)

Paul Grady
82 Potter Hill Road
Grafton, MA 01519
(Schedule F)

Paul Keller
28 Robin Road
Burlington, CT 06013
(Schedule F)

Pavel Nelyubin
250 Hammond Pond Pkwy.
Newton, MA 02467
(Schedule F/POC)

## SERVICE LIST

### Solar Wolf Energy, Inc. Debtor
### Chapter 7, Case No. 22-40693-CJP

Pedro Amaral
207 Fairwood Drive
Tiverton, RI 02878
(Schedule F)

Peter Macy
16 River Street
Braintree, MA 02184
(Schedule F)

Ralph McGill
157 Mountain Road
Ridgefield, CT 06877
(Schedule F/POC)

Raymond Huntley
16 Rollie Shepard Drive
Millbury, MA 01527
(Schedule F/POC)

Renay Lemard
221 Billings Road
Fitchburg, MA 01420
(Schedule F)

Rex Bradford
166 Dudleyville Road
Leverett, MA 01054
(Schedule F)

Rex Bradford
10 Heartbreak Road
Ipswich, MA 01938
(POC)

Richard Carroll, Jr.
29 Colt Street
New Britain, CT 06052
(Schedule F/POC)

Richard Falco
103 Naples Avenue
Providence, RI 02908
(Schedule F)

Richard Montague
47 Ash Street
Webster, MA 01570
(Schedule F)

Richard & Barbara Wasley
316 Long Pond Drive
South Yarmouth, MA 02664
(Schedule F/POC)

Robert Dedominick
3 Carven Road
Milford, MA 01757
(Schedule F/POC)

Robert DelFrate
21 Valley Street
Spencer, MA 01562
(Schedule F)

Robert Giese
75-80 Main Street
Maynard, MA 01754
(Schedule F)

Robert Giese
81 Main Street
Maynard, MA 01754
(Schedule F)

Robert Smith
24 Pond View Drive
Coventry, RI 02816
(Schedule F)

Robert Whritenour
160 Hayway Road
East Falmouth, MA 02536
(Schedule F)

Rosanne Rose
11 Eddy Street
West Yarmouth, MA 02673
(Schedule F/POC)

Ruslan Afasizhev
3 Crabtree Road
Quincy, MA 02171
(Schedule F/POC)

Sandra Cashen
10 Monomoy Road
South Yarmouth, MA 02664
(Schedule F)

Sandra Sarpong
61 Pleasant Street
N. Oxford, MA 01537
(Schedule F)

Sarah and William Sharp
30 Pine Street
Yarmouth Port, MA 02675
(Schedule F/POC)

Second Generation
31 Birch Hill Road
Dennis Port, MA 02639
(Schedule F/POC)

Second Generation
c/o Peter M. Mirageas, Esq.
221 East Main Street, Suite 202
Milford, MA 01757-2826
(Counsel to Second Generation/Schedule F/POC)

## SERVICE LIST

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

Seth Keevnthal
81 MA-8A
Charlemont, MA 01339
(Schedule F)

Shilpa Trivedi
9 Tern Drive
Shrewsbury, MA 01545
(Schedule F)

Shirley Ann Procopio
24 Moran Circle
Sudbury, MA 01776
(Schedule F)

Solar Foundations
7 Lazur Road
Ballston Lake, NY 12019
(Schedule F)

Srinivasan Ramkumar
31 Pal Drive
Shrewsbury, MA 01545
(Schedule F/POC)

Stacy Maillet
937 Pleasant Street
Leominster, MA 01453
(Schedule F)

Stefanie Argus
88 Ring Street
Providence, RI 02909
(Schedule F)

Su Lin Sheehy
219 West Elm Street
Pembroke, MA 02359
(Schedule F/POC)

Sunil Yada Keerthi
16 Skyview Drive
Millbury, MA 01527
(Schedule F)

Suzanne Rinfret
67 Trull Street
Somerville, MA 02145
(Schedule F/POC)

Suzanne Teuteberg
155 S. Sea Avenue
West Yarmouth, MA 02673
(Schedule F)

Taylor Bennett
167B Main Street
Douglas, MA 01516
(Schedule F/Interest Party)

Thomas Littlewood
244 High Meadow Lane
Mystic, CT 06355
(Schedule F/POC)

Tim Grover
56 Williams Road
West Yarmouth, MA 02673
(Schedule F)

Tom Lucchetti
Cumberland Carpentry
310 West Wrentham Road
Cumberland, RI 02864
(Schedule F)

Thomas Nemmers
8 Doe Road
South Yarmouth, MA 02664
(Schedule F/POC)

Tru Vision
35 Harrington Avenue
Shrewsbury, MA 01545
(Schedule F)

Valerie Serijan
23 Cantebury Road
Yarmouth Port, MA 02675
(Schedule F)

Vichai Levy
51 Lota Drive
Fairfield, CT 06825
(Schedule F)

Virginia O'Brien
Ed O'Brien
54 Fox Run
West Greenwich, RI 02817
(Schedule F/POC)

Weiss Landscape
51 Taylor Avenue
Bethel, CT 06801
(Schedule F)

Wilder Tamayo
15 Edison Street
Saugus, MA 01906
(Schedule F/POC)

William Kennedy
62 Midstream Drive
South Yarmouth, MA 02664
(Schedule F/POC)

William and Susan McEwen
2 Adams Road
West Yarmouth, MA 02673
(Schedule F/POC)

## SERVICE LIST

### Solar Wolf Energy, Inc. Debtor
### Chapter 7, Case No. 22-40693-CJP

Yako Yako
4 Christopher Drive
Grafton, MA 01519
(Schedule F/POC)

Yves Frage
58 Wingate Road
Holliston, MA 01746
(Schedule F)

Zsolt Kemecsei
11 Studley Road
South Yarmouth, MA 02664
(Schedule F)

Digital Documents Solutions
197 Plymouth Avenue
Fall River, MA 02721
(Schedule G Contract Party)

Ron Medrzychowski
73 Sand Hill Road
Voluntown, CT 06384
(POC)

Joseph Antonelli
1 Summit Road
Medford, MA 02155
(POC)

Michael P. Kelly
Keybank
46 Pond St.
Holbrook, MA 02343
(POC)

Technology Credit Union
PO Box 1300
San Jose, CA 95108-1300
(POC)

Masterman's LLP
PO Box 411
Auburn, MA 01501
(POC)

Gary Potter
615 Henshaw Street
Rochdale, MA 01542
(POC)

Tranquil Lake Nursery
45 River Street
Rehoboth, MA 02769
(POC)

Vanessa Alarie
40 Wilbur Avenue
Woonsocket, RI 02895
(POC)

Davood Ansari Oghol Beig
8 Adam Wheeler Lane
Holliston, MA 01746-2503
(POC)

Ian A. Hammel, Esq.
Mintz Levin
One Financial Center
Boston, MA 02111
(POC/Counsel to SunPower
and its Affiliates)

Joyce Flynn
joyce.flynn@gmail.com
(Attended 341 Creditors
Meeting/Solarize Yarmouth)
**VIA EMAIL**

Robert Palmeri
palmeri01@aol.com
(Attended 341 Creditors
Meeting/Solarize Yarmouth)
**VIA EMAIL**

Randy A. Lloyd
645 Church Street
Whitinsville, MA 01588
(Attended 341 Creditors
Meeting)

Matt Runyon
Runyon's Auto Repair
174 West Main Street
East Brookfield, MA 01515
(Interested Party)

Mark W. Powers, Esq.
Bowditch & Dewey, LLP
311 Main Street
PO Box 15156
Worcester, MA 01608
(Counsel to John and Kirstie
Miersma/NOA)
**VIA ECF**

Thomas J. Lamb, Jr.
President
Centreville Bank
1218 Main Street
West Warwick, RI 02893
(Interested Party)

Polly Klane
Chief Legal Officer
Citizens Bank, NA
One Citizens Plaza
Providence, RI 02903
(Interested Party)

{Client Matter 15008/14399/A8157993.DOC}

## SERVICE LIST

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

Donald H. McCree
Vice Chairman
Citizens Bank, NA
One Citizens Plaza
Providence, RI 02903
(Interested Party)

Walter W. Bettinger, II
President
Charles Schwab Corporation,
Successor to TD Ameritrade
3000 Schwab Way
Westlake, TX 76262
(Interested Party)

Peter J. Morgan, III
General Counsel
Charles Schwab Corporation,
Successor to TD Ameritrade
3000 Schwab Way
Westlake, TX 76262
(Interested Party)

Shamoil Shipchandler, Esq.
Chief Counsel
Charles Schwab
Corporation, Successor to
TD Ameritrade
3000 Schwab Way
Westlake, TX 76262
(Interested Party)

TD Ameritrade
Attn: Legal Dept.
127 Congress Street, Floor 1
Boston, MA 02110
(Interested Party)

TD Ameritrade
Attn: Human Resource Dept.
200 South 108th Avenue
Omaha, NE 68154
(Interested Party)

SolarEdge Technologies,
Inc.
700 E. Tasman Drive
Milpitas, CA 95035
(Interested Party)

{Client Matter 15008/14399/A8157993.DOC}