# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| **In re:** | |
| **SOLAR WOLF ENERGY, INC.,** | **Chapter 7** <br> **Case No. 22-40693-CJP** |
| **Debtor.** | |

## MOTION TO LIMIT NOTICE

To the Honorable Christopher J. Panos, United States Bankruptcy Court Judge:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, and hereby moves this Court pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and MLBR 2002-1(b) to limit notice regarding the Trustee's Supplemental Attorney's Affidavit (the "Supplemental Affidavit") to service upon Debtor's counsel, the Office of the United States Trustee, the Massachusetts Attorney General's Office, secured creditors, taxing authorities, and all parties that have filed requests for notice.

In support hereof, the Trustee submits the following:

1      On September 23, 2022, the Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532.

2      On September 26, 2022, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of this case, and he continues to serve as such.

3.      On the date hereof, the Trustee filed the Supplemental Affidavit and sought an Order thereon.

4.      There are six (6) secured creditors listed on the Debtor's Schedule D [Dkt. No. 22]. The Debtor's Schedule E/F contains approximately 233 unsecured creditors [Dkt. No. 22].

The Trustee submits that service of the Supplemental Affidavit on all the unsecured creditors would impose an undue burden on the estate of the Debtor both financially and administratively.

5.  Accordingly, the Trustee requests that he be authorized to limit notice to Debtor's counsel, the Office of the United States Trustee, the Massachusetts Attorney General's Office, secured creditors, taxing authorities, and all parties that have filed requests for notice.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

A.  Allowing the Trustee's Motion to Limit Notice; and

B.  Granting such other and further relief as is just.

>Respectfully submitted,
>
>JOSEPH H. BALDIGA,
>CHAPTER 7 TRUSTEE,
>
>  /s/ Joseph H. Baldiga
>Joseph H. Baldiga, BBO #549963
>Mirick, O'Connell, DeMallie & Lougee, LLP
>1800 West Park Drive, Suite 400
>Westborough, MA 01581
>Phone: (508) 898-1501
>Fax:    (508) 898-1502
>Email: bankrupt@mirickoconnell.com
>Email: jbaldiga@mirickoconnell.com

Dated: January 18, 2023

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| **In re:** | |
| **SOLAR WOLF ENERGY, INC.,** | Chapter 7<br>Case No. 22-40693-CJP |
| **Debtor.** | |

## ORDER AUTHORIZING MOTION TO LIMIT NOTICE

Upon the Motion dated January 18, 2023 (the "Motion") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, for authority to limit notice of Trustee's Supplemental Attorney's Affidavit (the "Supplemental Affidavit"), and the Court finding that the notice given of the Supplemental Affidavit as set forth in the Certificate of Service accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that

1. The Motion is ALLOWED;

2. The Trustee may limit notice of the Supplemental Affidavit to service upon Debtor's counsel, the Office of the United States Trustee, the Massachusetts Attorney General's Office, secured creditors, taxing authorities, and all parties that have filed requests for notice.

Dated: _____, 2023

                                                              Honorable Christopher J. Panos
                                                              United States Bankruptcy Court Judge