## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOLAR WOLF ENERGY, INC.,<br><br>Debtor. | Chapter 7<br>Case No. 22-40693-CJP |

### ORDER ALLOWING MOTION BY CHAPTER 7 TRUSTEE FOR AUTHORITY TO CONDUCT EXAMINATIONS AND TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO FED. R. BANKR. P. 2004

Upon the Motion for Authority to Conduct Examinations and to Compel Production of Documents Pursuant to Fed. R. Bankr. P. 2004 (the "Motion") dated January 3, 2023 and filed by Joseph H. Baldiga, the Chapter 7 trustee ("Trustee"), the Court finding that the Motion is in the best interest of the estate; sufficient notice of the Motion having been given; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The Motion is ALLOWED;

2. The Trustee is authorized to conduct examinations of the persons and entities listed on "Exhibit A" to the Motion (the "Examinees"), pursuant to Fed. R. Bankr. P. 2004, regarding the matters for examination described in the Motion, at a time and place to be designated by the Trustee, on not less than 10 days written notice, and from time to time thereafter until completed, or at any other time upon which the parties may agree;

3. The Examinees shall produce to the Trustee, at a time and place to be determined prior to any examination, all of the documents described in "Exhibit B" attached to the Motion; and

4. The Trustee is authorized to issue subpoenas pursuant to Fed. R. Bankr. P. 2004(c) and 9016 in order to effectuate the examinations and document requests authorized by this Order.

Dated: January 20, 2023

_____
Christopher J. Panos
United States Bankruptcy Judge