UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

)
IN RE: )
)
SOLAR WOLF ENERGY, INC., )
) Chapter 7
) Case No. 22-40693-CJP
)

**NOTICE OF HEARING**
[Motion Of GoodLeap, LLC for Leave to File
Late Proof of Claim]

**Hearing Date**:

Please take notice that in accordance with the attached **Notice** a hearing on the Motion of GoodLeap, LLC for Leave to File Late Proof of Claim [Docket No. 201] (the "Motion") will be held telephonically on **Wednesday, February 15, 2023 at 10:30 am**. TO PARTICIPATE, ATTENDEES SHALL DIAL (877) 873-8018 AND ENTER ACCESS CODE 1167883.

**Objection deadline**:

Any Objections to the Motion must be filed with the Court and served on the moving party no later than **February 9, 2023 at 11:59 p.m**.

The hearing on the motion will be non-evidentiary. The Court encourages parties to confer by telephone prior to the scheduled hearing for purposes of narrowing or resolving issues. Absent objection, the Court may act on the Motion without any further hearing.

GoodLeap, LLC,

by its attorneys,

*/s/ Peter J. Haley*
Peter J. Haley (BBO# 543858)
peter.haley@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Financial Center, 35th Floor
Boston, Massachusetts 02111
p.  (617) 217-4714

Dated: January 27, 2023

## CERTIFICATE OF SERVICE

I, Peter J. Haley, certify that this document filed through the ECF system will be sent electronically to counsel to the Trustee and the registered participants as identified on the Notice of Electronic Filing (NEF) on this date.

Dated:   January 27, 2023                    */s/ Peter J. Haley*

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

---

In Re: Solar Wolf Energy, Inc.,         Chapter: 7
       Debtor         Case No: 22−40693
        Judge Christopher J. Panos

---

### NOTICE OF TELEPHONIC NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **2/15/23 at 10:30 AM** before the Honorable Judge Christopher J. Panos, the hearing will be held TELEPHONICALLY to consider the following:

> [201] Motion of GoodLeap, LLC for Leave to File Late Proof of Claim. TO PARTICIPATE, ATTENDEES SHALL DIAL (877) 873−8018 AND ENTER ACCESS CODE 1167883.
>
> To facilitate informal discussions similar to those that occur just prior to in−person hearings that may narrow or resolve issues, the Court encourages parties to confer by telephone prior to the scheduled hearing. When stating their names for the record, participants are invited to also state that the parties have reached resolution on some or all of the issues on for hearing.

**OBJECTION/RESPONSE DEADLINE: FEBRUARY 9, 2023 11:59 PM**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013−1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice within two (2) business days; and
2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is fewer than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. **<u>Your rights may be affected.</u>** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.
2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071−1.
3. The above hearing shall be <u>nonevidentiary</u>. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing. <u>If this is a hearing under section 362</u>, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court schedules an evidentiary hearing.

Date:1/25/23                     By the Court,

                                             <u>Halina Magerowski</u>
                                             Deputy Clerk
                                             508−770−8927