

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> SOLAR WOLF ENERGY, INC., <br>     Debtor | Ch. 7 <br><br> 22-40693-CJP |

### Proceeding Memorandum and Order

**MATTER:**

Telephonic Hearing on #173  Motion of the Chapter 7 Trustee, Joseph H. Baldiga, For Order (I) Approving Notice Procedures Regarding Requests of Creditors and Governmental Authorities for Records, Including Form of Notice, and (II) Authorizing Destruction of Certain Estate Records (Kate P. Foley).

**Decision set forth more fully as follows:**

THE CHAPTER 7 TRUSTEE SHALL SUBMIT A REVISED PROPOSED FORM OF ORDER CONSISTENT WITH WHAT WAS DISCUSSED AT THE HEARING IN WORD FORMAT TO CJP@MAB.USCOURTS.GOV.

Dated: 2/9/2023

By the Court,

Christopher J. Panos
United States Bankruptcy Judge