**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>**SOLAR WOLF ENERGY, INC.,**<br><br>Debtor. | Chapter 7<br>Case No. 22-40693-CJP |

**ORDER APPROVING NOTICE PROCEDURES REGARDING REQUESTS OF CREDITORS AND GOVERNMENTAL AUTHORITIES FOR RECORDS, INCLUDING FORM OF NOTICE**

Upon the Motion (the "Motion") filed on January 12, 2023 by Joseph H. Baldiga, Chapter 7 trustee ("Trustee") of the bankruptcy estate (the "Estate") of Solar Wolf Energy, Inc. (the "Debtor"), for Order (I) Approving Notice Procedures Regarding Requests of Creditors and Governmental Authorities for Records, Including Form of Notice, and (II) Authorizing Destruction of Certain Estate Records; the Court finding that the Motion is in the best interest of the Estate; no objection to the Motion having been filed; and the Court having held a hearing on the Motion on February 9, 2023 (the "Hearing"); upon consideration of the Motion, the representations of the Trustee at the Hearing, and the record of this case, good cause appearing for the relief requested;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

1. The Motion (as modified herein and on the record at the Hearing) is ALLOWED;

2. The modified form of Notice to Interested Parties[1] attached hereto as <u>Exhibit A</u> (the "Notice") is APPROVED;

3. The procedures set forth in the Notice regarding requests and access to records are APPROVED; and

4. No later than ten (10) days after entry of this Order, the Trustee shall mail the Notice to all Interested Parties.

Dated: February 9, 2023

_____
Christopher J. Panos
United States Bankruptcy Judge

---

[1] Initially capitalized terms unless otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

<u>**EXHIBIT A**</u>

## NOTICE TO CREDITORS, PARTIES-IN-INTEREST, AND GOVERNMENTAL AUTHORITIES REGARDING <u>SOLAR WOLF ENERGY, INC.</u>

Please be advised that, on September 23, 2022, Solar Wolf Energy, Inc. ("Solar Wolf") filed a voluntary Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the District of Massachusetts (Case No. 22-40693-CJP).  Joseph H. Baldiga (the "Trustee") is the duly-appointed and acting Chapter 7 trustee of the Solar Wolf bankruptcy estate.  Solar Wolf is no longer operating.  The Trustee obtained an Order on February 9, 2023 (the "Order") approving notice procedures regarding requests of creditors and governmental authorities for records in the Solar Wolf case, and authorizing procedures for the destruction of certain estate records.  This Notice is being transmitted in conformance with the approved procedures.

**<u>Requests for Records by Creditors and/or Parties-In-Interest</u>:**  If you wish to obtain a copy of any paper records the Trustee may have relating to your solar power system installation by Solar Wolf, please forward a request, in writing, to the Trustee **<u>no later than April 30, 2023</u>** via **<u>one</u>** of the following methods:

1. E-mail to:    jbaldiga@mirickoconnell.com **and** jpark@mirickoconnell.com;

2. Fax to:    508.983.6232; or

3. Mail to:    Mirick O'Connell DeMallie & Lougee, LLP
Attn:  Joseph H. Baldiga, Esq., Chapter 7 Trustee
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926.

Please note that your request **<u>must include</u>** your name, current mailing address, and current email address, if applicable.

**<u>Response to Requests by Creditors and/or Parties-In-Interest</u>:**  Upon receipt of your request, the Trustee will respond by June 16, 2023, via first-class mail or email, at no charge to you, by either: (a) enclosing a copy of your records held by the Trustee or (b) notifying you that the Trustee is not in possession of any of your records.

Please note that you may also be able to obtain information regarding your system and any warranty information by contacting the following third parties: (a) SunPower Corporation at: https://us.sunpower.com/solar-resources or (b) SolarEdge Technologies Inc. at: https://www.solaredge.com/us/corporate/contact.

**<u>Governmental Authorities</u>:**  If you wish to retrieve and take custody and responsibility for the Solar Wolf records currently in the Trustee's possession, at no charge to the Solar Wolf estate, please contact the Trustee, in writing, **<u>no later than May 31, 2023</u>** via one of the methods noted above.  **Please note that the Trustee may, after such deadline, seek authority of the Bankruptcy Court to destroy all Documents and Computers to the extent that one or more Governmental Authorities do not timely take custody and control of same.**

Any inquiries regarding this notice may be directed to the Trustee via email as noted above or by telephone at 508.898.1501.