# NOTICE TO CREDITORS, PARTIES-IN-INTEREST, AND GOVERNMENTAL AUTHORITIES REGARDING SOLAR WOLF ENERGY, INC.

Please be advised that, on September 23, 2022, Solar Wolf Energy, Inc. ("Solar Wolf") filed a voluntary Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the District of Massachusetts (Case No. 22-40693-CJP). Joseph H. Baldiga (the "Trustee") is the duly-appointed and acting Chapter 7 trustee of the Solar Wolf bankruptcy estate. Solar Wolf is no longer operating. The Trustee obtained an Order on February 9, 2023 (the "Order") approving notice procedures regarding requests of creditors and governmental authorities for records in the Solar Wolf case, and authorizing procedures for the destruction of certain estate records. This Notice is being transmitted in conformance with the approved procedures.

**Requests for Records by Creditors and/or Parties-In-Interest**: If you wish to obtain a copy of any paper records the Trustee may have relating to your solar power system installation by Solar Wolf, please forward a request, in writing, to the Trustee **no later than April 30, 2023** via **one** of the following methods:

1. E-mail to:  jbaldiga@mirickoconnell.com **and** jpark@mirickoconnell.com;

2. Fax to:  508.983.6232; or

3. Mail to:  Mirick O'Connell DeMallie & Lougee, LLP
Attn: Joseph H. Baldiga, Esq., Chapter 7 Trustee
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926.

Please note that your request **must include** your name, current mailing address, and current email address, if applicable.

**Response to Requests by Creditors and/or Parties-In-Interest**: Upon receipt of your request, the Trustee will respond by June 16, 2023, via first-class mail or email, at no charge to you, by either: (a) enclosing a copy of your records held by the Trustee or (b) notifying you that the Trustee is not in possession of any of your records.

Please note that you may also be able to obtain information regarding your system and any warranty information by contacting the following third parties: (a) SunPower Corporation at: https://us.sunpower.com/solar-resources or (b) SolarEdge Technologies Inc. at: https://www.solaredge.com/us/corporate/contact.

**Governmental Authorities**: If you wish to retrieve and take custody and responsibility for the Solar Wolf records currently in the Trustee's possession, at no charge to the Solar Wolf estate, please contact the Trustee, in writing, **no later than May 31, 2023** via one of the methods noted above. **Please note that the Trustee may, after such deadline, seek authority of the Bankruptcy Court to destroy all Documents and Computers to the extent that one or more Governmental Authorities do not timely take custody and control of same.**

Any inquiries regarding this notice may be directed to the Trustee via email as noted above or by telephone at 508.898.1501.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOLAR WOLF ENERGY, INC.,**<br><br>Debtor. | Chapter 7<br>Case No. 22-40693-CJP |

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023, I caused a copy of the following document to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

**Notice to Creditors, Parties-In-Interest, and
Governmental Authorities Regarding Solar Wolf Energy, Inc.**

Dated: February 15, 2023

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: (508) 898-1501
Fax:    (508) 898-1502
Email: bankrupt@mirickoconnell.com

{Client Matter 15008/14399/A8196098.DOC}

## SERVICE LIST

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

| | | |
|---|---|---|
| Richard T. King, Esq.<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Massachusetts Department of Revenue<br>Attn: Bankruptcy Unit<br>P.O. Box 7090<br>Boston, MA 02204<br>(Taxing Authority/Schedule D/Schedule E /POC) |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br>(Taxing Authority/POC) | United States Attorney<br>John Joseph Moakley United States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Office of the Attorney General<br>Commonwealth of MA<br>18th Floor<br>One Ashburton Place<br>Boston, MA 02108<br>(Attorney General) |
| Ted Strzelecki, President<br>Solar Wolf Energy, Inc.<br>582 Wauwinet Road<br>Barre, MA 01005<br>(Debtor) | Troy D. Morrison, Esq.<br>Morrison & Associates, P.C.<br>255 Park Avenue, Suite 1000<br>Worcester, MA 01609<br>(Debtor's Counsel)<br>**VIA ECF** | Internal Revenue Service<br>PO Box 37004<br>Hartford, CT 06176<br>(Taxing Authority/Schedule E/Schedule F/POC) |
| Massachusetts Department of Revenue<br>PO Box 7021<br>Boston, MA 02204<br>(Taxing Authority) | U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Ave., NW<br>Washington, DC 20210<br>(Interested Party) | Michael D. Felsen, Esq.<br>U.S. Department of Labor<br>15 Sudbury Street, Room E-375<br>JFK Federal Building<br>Boston, MA 02203<br>(Interested Party) |
| Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026<br>(Interested Party) | Steven J. Marullo, Esq.<br>Law Office of Steven J. Marullo<br>435 Newbury Street<br>Suite 217<br>Danvers, MA 01923<br>(Counsel to Jonathan Durante/NOA/POC)<br>**VIA ECF** | Richard A. Mestone, Esq.<br>Mestone & Associates LLC<br>435 Newbury Street<br>Suite 217<br>Danvers, MA 01923<br>(Counsel to Jonathan Durante)<br>**VIA ECF** |

## SERVICE LIST

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

| | | |
|---|---|---|
| Robert E. McLaughlin, Jr., Esq.<br>Gilman, McLaughlin & Hanrahan LLP<br>101 Merrimac St.<br>P.O. Box 9601<br>Boston, MA 02114-9601<br>(Counsel to Cabot House (Former Landlord)) | Michael A. Procopio<br>24 Moran Cr.<br>Sudbury, MA 01776<br>(NOA/POC) | Dean Angelos<br>4 Richard Road<br>Wayland, MA 01778-4010<br>(Schedule F Creditor/POC) |
| Arvin Nundloll<br>20 Elisha Witherell Road<br>Wellfleet, MA 02667-7819<br>(Court's Matrix/POC) | Edward Versiackas<br>281 Great Western Road<br>Harwich, MA 02645-2428<br>(Schedule F/POC) | Daniel Long<br>27 Pine Street<br>Yarmouth Port, MA 02675<br>(Schedule F/POC) |
| Nicholas Rotti<br>20 Independence Road<br>West Yarmouth, MA 02673-1516<br>(POC) | Michael J. Riley, Esq.<br>Mass. Laborers' Legal Services Fund<br>1400 District Avenue<br>Suite 100<br>Burlington, MA 01803<br>(Counsel to Wilder Tamayo/NOA)<br>**VIA ECF** | Daniel Bahls<br>Assistant Attorney General<br>Massachusetts Office of the Attorney General<br>Consumer Protection Division<br>1441 Main Street, Suite 1200<br>Springfield, MA 01103<br>(Interested Party) |
| Michael E. Saperstein<br>Paul E. Saperstein Co., Inc.<br>144 Centre Street<br>Holbrook, MA 02343<br>(Auctioneer) | Corporation Services Company<br>PO Box 2576<br>Springfield, IL 62708<br>(Schedule D) | CT Corporation Systems<br>PO Box 2576<br>Springfield, IL 62708<br>(Schedule D) |
| DLR, Inc.<br>PO Box 520382<br>Salt Lake City, UT 84152<br>(Schedule D) | Orange Advance, LLC<br>140 32nd Street #316<br>Brooklyn, NY 11232<br>(Schedule D) | U.S. Small Business Administration<br>2 North 20th Street<br>Birmingham, AL 35203<br>(Schedule D) |

**SERVICE LIST**

**Solar Wolf Energy, Inc. Debtor
Chapter 7, Case No. 22-40693-CJP**

U.S. Small Business
Administration
200 West Santa Ana Blvd.
Suite 740
Santa Ana, CA 92701
(POC)

Aaron Kimmel
18 Cottonwood Street
Yarmouth Port, MA 02675
(Schedule F)

Aastha Chaturvedi
16 Hedgefield Road
Orange, CT 06477
(Schedule F)

Albert Inglesi
80 Mattakese Road #2
West Yarmouth, MA 02673
(Schedule F/POC)

Amy Grant
56 Alton Street
Providence, RI 02908
(Schedule F)

Andrea Goldman
64 Waverley Avenue
Newton, MA 02458-2135
(Schedule F)

Andrew Baxter
17 Dettling Road
Maynard, MA 01754
(Schedule F/POC)

Andrew Cefalu
1 Wilson Lane
Charlton, MA 01507
(Schedule F/POC)

Andy Sharr
17 Arrowhead Avenue
Auburn, MA 01501
(Schedule F)

Anthony Iani
70 Midstream Drive
South Yarmouth, MA 02664
(Schedule F/POC)

Mark R. O'Connell
President
Avidia Bank
42 Main Street
Hudson, MA 01749
(Schedule F/POC)

Bahaa Megelly
14 Vassar Drive
Milford, MA 01757
(Schedule F)

Barbara A. Lavoine
16 Still Brook Rd.
S. Yarmouth, MA 02664
(Schedule F/POC)

Bill Cardalino
341 Plymouth Avenue
Marshfield, MA 02050
(Schedule F)

Brian Daniels
17 Jet Way
Dennis, MA 02638
(Schedule F)

Cabot House
10 Industrial Way #3
Amesbury, MA 01913
(Schedule F)

Camilla Flannery
4 Melva Street
South Yarmouth, MA 02664
(Schedule F)

Cari Brown
5 Parallel St.
Arlington, MA 02474
(Schedule F/POC)

Carolyn Lodders
Ralph Lodders
3 Belvedere Terrace
Yarmouthport, MA 02765
(Schedule F/POC)

Chan Huu Nguyen
5 Elmire Avenue
Worcester, MA 01604
(Schedule F)

Chris Ciuchta
1A Applebee Avenue
Webster, MA 01570
(Schedule F)

# SERVICE LIST

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

| | | |
|---|---|---|
| Chris George<br>947 Route 6A<br>Yarmouth Port, MA 02675<br>(Schedule F) | Chris Paquette<br>26 Edson Avenue<br>PO Box 502<br>Rutland, MA 01543<br>(Schedule F/POC) | Christine Bennett<br>Erik Bennett<br>105 Oak Street<br>Winchendon, MA 01475<br>(Schedule F) |
| Christopher Ashe<br>42 Logan Street<br>Cherry Valley, MA 01611<br>(Schedule F) | Christopher George<br>303 Route 28<br>West Yarmouth, MA 02673<br>(Schedule F) | Christopher Kam<br>22 Nichols Lane<br>Hope Valley, RI 02832<br>(Schedule F) |
| Christopher Rodwill<br>26 Mayflower Circle<br>Leicester, MA 01524<br>(Schedule F/POC) | Claire Bourdeau<br>359 Route 6A<br>Yarmouth Port, MA 02675<br>(Schedule F/POC) | Clarence Saint-Vil<br>6 Pauls Drive<br>Spencer, MA 01562<br>(Schedule F) |
| Colin Misquita<br>127 Florence Road<br>Lowell, MA 01851<br>(Schedule F/POC) | Consolidated Electric<br>1920 Westridge Drive<br>Irving, TX 75038<br>(Schedule F/POC) | Christopher S. Tolley, Esq.<br>Phillips & Angley<br>One Washington Mall<br>Boston, MA 02108<br>(Counsel to Consolidated<br>Electrical Distributors, Inc.<br>d/b/a CED Greentech/NOA)<br>**VIA ECF** |
| Craig Ferrari<br>35 Ginger Lane<br>Torrington, CT 06790<br>(Schedule F) | Craig Ferrari<br>c/o Thomas J. Lengyel, Esq.<br>167 Cherry Street<br>Suite 211<br>Milford, CT 06469<br>(POC) | Damion Campbell<br>27 Davis Road<br>South Yarmouth, MA 02664<br>(Schedule F) |
| Dan Grenon<br>8 Douglas Road<br>Webster, MA 01570<br>(Schedule F/POC) | Dan Marder<br>224 Still River Road<br>Harvard, MA 01451<br>(Schedule F) | Daniel Kohnfelder<br>41 Cottage Drive<br>West Yarmouth, MA 02673<br>(Schedule F/POC) |
| Darlynn Oberg<br>1250 Jackson Road<br>Hardwick, MA 01037<br>(Schedule F) | Darrell Smith<br>37 Woodland Road<br>Auburn, MA 01501<br>(Schedule F) | Dave Morley<br>2 Duck Pond Road<br>Yarmouth Port, MA 02675<br>(Schedule F) |

**SERVICE LIST**

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

| | | |
|---|---|---|
| David Levine<br>8 Femia Road<br>Framingham, MA 01701<br>(Schedule F) | David Maki<br>65 Bog Road<br>Marstons Mills, MA 02648<br>(Schedule F) | David Methe<br>3 Alcove Road<br>Southwick, MA 01077<br>(Schedule F) |
| David Witter<br>175 Beacon Street<br>South Yarmouth, MA 02664<br>(Schedule F/POC) | Deepak Sharma<br>19 Flintlock Drive<br>Shrewsbury, MA 01545<br>(Schedule F) | Dennis Vazquez<br>38 Fay Road<br>Framingham, MA 01702<br>(Schedule F) |
| Dimitar Ivanov<br>9 Ruby Street<br>West Yarmouth, MA 02673<br>(Schedule F/POC) | Diptam Chatterjee<br>6 Reuben Circle<br>Shrewsbury, MA 01545<br>(Schedule F/POC) | Brian J. Hughes, Esq.<br>Brennan Recupero Cascione Scungio<br>174 Dean St.<br>Unit B<br>Taunton, MA 02780<br>(Counsel to Donald Wolent/Schedule F/POC/NOA)<br>**VIA ECF** |
| Donald Head<br>9 Houlton Street<br>Swansea, MA 02777<br>(Schedule F) | Donald Logan<br>23 University Street<br>Leominster, MA 01453<br>(Schedule F) | Ed Senteio<br>27 Winter Street<br>Yarmouth Port, MA 02675<br>(Schedule F/POC) |
| Edward Meiners<br>15 Rune Stone Road<br>South Yarmouth, MA 02664<br>(Schedule F/POC) | Edward Owen Gee<br>25 Harris Hill Road<br>East Falmouth, MA 02536<br>(Schedule F) | Elizabeth Wuerz<br>7 Mellen Lane<br>Wayland, MA 01778<br>(Schedule F) |
| Emily Seco<br>15 Balder Road<br>Worcester, MA 01605<br>(Schedule F) | Emily Woudenberg<br>68 Marshside Drive<br>Yarmouth Port, MA 02675<br>(Schedule F/POC) | Empower Energy Solutions Inc. d/b/a Empower<br>30 Old Kings Hwy S<br>#1001<br>Darien, CT 06820<br>(Schedule F/POC) |
| Eric Farias<br>33 Harvest Circle<br>West Wareham, MA 02576<br>(Schedule F) | Eric Munson<br>1071 Burt Hill Road<br>Granville, MA 01034<br>(Schedule F) | Erin Achenbach<br>151 Geer Road<br>Danielson, CT 06239<br>(Schedule F) |

{Client Matter 15008/14399/A8196098.DOC}

**SERVICE LIST**

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

| | | |
|---|---|---|
| Evard Leonidas<br>55 Eastern Avenue<br>Fall River, MA 02721<br>(Schedule F) | Frank Montani<br>59 Captain Stanley Road<br>South Yarmouth, MA 02664<br>(Schedule F) | Frederic Jaffre<br>78 Curley Blvd.<br>North Falmouth, MA 02556<br>(Schedule F/POC) |
| Gelson Deoliveira<br>10 Parkhurst Street<br>Milford, MA 01757<br>(Schedule F) | George Bell<br>58 Lookout Road<br>Yarmouth Port, MA 02675<br>(Schedule F) | Georgia Demetriades<br>65 Sierra Way<br>West Yarmouth, MA 02673<br>(Schedule F/POC) |
| Geraldine Kennedy<br>325 Lower County Road<br>Dennis Port, MA 02639<br>(Schedule F) | Gerard Downing<br>2 Spruce Avenue<br>Middleton, RI 02842<br>(Schedule F) | Gerry Boucher<br>33 Lake Road W<br>West Yarmouth, MA 02673<br>(Schedule F) |
| Giuseppe Folco<br>2 O'Hara Circle<br>Worcester, MA 01604<br>(Schedule F/POC) | Peter J. Haley, Esq.<br>Nelson Mullins Riley &<br>Scarborough LLP<br>One Post Office Square<br>30th Floor<br>Boston, MA 02109<br>(Counsel for GoodLeap,<br>LLC/Schedule F Creditor)<br>**VIA ECF** | GoodLeap, LLC<br>801 SE 8th Street<br>Suite 21<br>Bentonville, AR 72712<br>(POC) |
| Graham Doolan<br>31 Aspinet Road<br>South Yarmouth, MA 02664<br>(Schedule F) | Harold Weatherwax<br>36 Berkshire Drive<br>Ware, MA 01082<br>(Schedule F) | Heritage Building<br>29 Glennie Street<br>Worcester, MA 01605<br>(Schedule F) |
| Hetal Hitesh Wadikar<br>33 Willard Avenue<br>Shrewsbury, MA 01545<br>(Schedule F/POC) | Howard Hecht<br>Nicole Hecht<br>69 Evelyn Road<br>Waban, MA 02468<br>(Schedule F/POC) | Intuit Payment Solutions<br>21215 Burbank Blvd.<br>Suite 100<br>Woodland Hills, CA 91367<br>(Schedule F) |
| Isabella Roy<br>50 Craig Street<br>Rochdale, MA 01542<br>(Schedule F/POC) | Jacqueline Adalbart<br>197 Canterbury Street<br>Worcester, MA 01603<br>(Schedule F) | James J. Pfeffer<br>Amy S. B. Pfeffer<br>41 Raymond A. Sampson Dr.<br>North Attleboro, MA 02760<br>(Schedule F/POC) |

**SERVICE LIST**

**Solar Wolf Energy, Inc. Debtor
Chapter 7, Case No. 22-40693-CJP**

| | | |
|---|---|---|
| James Reinschmidt<br>6 Marla Avenue<br>Ledyard, CT 06339<br>(Schedule F) | Jami Carder<br>223 West Great Western Road<br>Yarmouth Port, MA 02675<br>(Schedule F/POC) | Janis Brinker<br>Cynthia Berk<br>55 Marshside Drive<br>Yarmouth Port, MA 02675<br>(Schedule F/POC) |
| Jaqueline Coelho<br>45 Tevyaw Road<br>Hyannis, MA 02601<br>(Schedule F) | Jason Berry<br>105 Sisters Circle<br>Yarmouth Port, MA 02675<br>(Schedule F/POC) | Jason Gianfriddo<br>1007 Petersham Road<br>Hardwick, MA 01037<br>(Schedule F) |
| Jason Yelinek<br>19 Haynes Hill Road<br>Wales, MA 01081<br>(Schedule F) | Jeannie Silvestro<br>55 Altons Lane<br>East Falmouth, MA 02536<br>(Schedule F/POC) | Jeffrey Doherty<br>3 Angels Way<br>Hopkinton, MA 01748<br>(Schedule F) |
| Jennifer Glasgow<br>319 N Woodstock Road<br>Southbridge, MA 01550<br>(Schedule F) | Jerome Mbugua<br>2 Upton Street<br>Cherry Valley, MA 01611<br>(Schedule F) | Jessica Rhodes<br>99 Pompeo Road<br>North Grosvenordale, CT 06255<br>(Schedule F) |
| Jessica Sizer<br>655 South Street<br>Barre, MA 01005<br>(Schedule F) | Jim Wolf<br>24 Gooseneck Road<br>Yarmouth Port, MA 02675<br>(Schedule F) | Joe Beuth<br>Shirley Beuth<br>161 New London Turnpike<br>Wyoming, RI 02898<br>(Schedule F) |
| Joe Antonelli<br>80 Mattakese Road<br>Unit 5<br>West Yarmouth, MA 02673<br>(Schedule F) | Joe Courcy<br>655 West Hartford Avenue<br>Uxbridge, MA 01569<br>(Schedule F) | Joe Rocha<br>37 Pine Hill Lane<br>Marion, MA 02738<br>(Schedule F) |
| John Dibitetto<br>14 Ruby Circle<br>Haverhill, MA 01835<br>(Schedule F) | John Farias<br>22 Manuel Avenue<br>Johnston, RI 02919<br>(Schedule F) | John Fogle, Jr.<br>404 Broad Street<br>PO Box 261<br>Nescopeck, PA 18635<br>(Schedule F/POC) |

{Client Matter 15008/14399/A8196098.DOC}

**SERVICE LIST**

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

| | | |
|---|---|---|
| John Freeburn<br>12 Sachem Path<br>West Yarmouth, MA 02673<br>(Schedule F/POC) | John Gigarjian<br>117 West Street<br>Douglas, MA 01516<br>(Schedule F) | John Kurth<br>25 Kellogg Street<br>Brookfield, CT 06804<br>(Schedule F/POC) |
| John Serijan<br>53 Aunt Dorahs Lane<br>Yarmouth Port, MA 02675<br>(Schedule F/POC) | Jonas Reinheimer<br>145 Fairfield Avenue<br>Woonsocket, RI 02895<br>(Schedule F) | Jonathan Durante<br>26 Dean Street<br>Stoneham, MA 02180<br>(Schedule F/POC) |
| Jorge Lomastro<br>751 Washington Street<br>Coventry, RI 02816<br>(Schedule F/POC) | Joseph Drew<br>49 W. Main Street<br>Upton, MA 01568<br>(Schedule F) | Joseph Dwelly<br>8 Dunster Path<br>West Yarmouth, MA 02673<br>(Schedule F) |
| Joseph Laydon<br>63 Mason Road<br>Whitinsville, MA 01588<br>(Schedule F/POC) | Joseph Massaro<br>83 Lake Shore Drive<br>Middlefield, CT 06455<br>(Schedule F/POC) | Joseph Njuguna<br>317 Reservoir Street<br>Norton, MA 02766<br>(Schedule F) |
| Joshua Uhalt<br>34 Deer Ledge Lane<br>Wethersfield, CT 06109<br>(Schedule F/POC) | Joyce Maria<br>Jon Fish<br>107 Merchant Avenue<br>Yarmouth Port, MA 02675<br>(Schedule F/POC) | Joyce McFarland<br>106 Captain York Road<br>South Yarmouth, MA 02664<br>(Schedule F/POC) |
| Judith Danis<br>15 Old Cedar Lane<br>South Yarmouth, MA 02664<br>(Schedule F) | Judy Kozak<br>108 Drew Blvd<br>Orange, MA 01364<br>(Schedule F/POC) | Judy Presnol<br>6 Tryton Avenue<br>Rumford, RI 02916<br>(Schedule F) |
| Justin Ferrari<br>28 Buttercup Lane<br>New Hartford, CT 06057<br>(Schedule F) | Justin Ferrari<br>c/o Thomas J. Lengyel, Esq.<br>167 Cherry Street<br>Suite 211<br>Milford, CT 06469<br>(POC) | Karen Crowley<br>82 Wimbledon Drive<br>West Yarmouth, MA 02673<br>(Schedule F/POC) |
| Kathleen Henry<br>16 Louise Lane<br>West Yarmouth, MA 02673<br>(Schedule F) | Keith Gove<br>268 Simsbury Road<br>West Granby, CT 06090<br>(Schedule F) | Kenneth McCarter<br>421 R S Main Street<br>Bellingham, MA 02019<br>(Schedule F) |

**SERVICE LIST**

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

Kevin Bradley
89 Baker Road
West Yarmouth, MA 02673
(Schedule F/POC)

Kevin and Carol Donahue
45 Mooring Lane
South Yarmouth, MA 02664
(Schedule F/POC)

Kevin Jordan
269 Sawmill Hill Road
Sterling, CT 06377
(Schedule F/POC)

Kevin Kauffman
10 Bangor Road
Middleton, PA 17057
(Schedule F)

Kim Berner
27 Erickson Way
South Yarmouth, MA 02664
(Schedule F/POC)

Kim Nelson
29 Highbank Road
South Yarmouth, MA 02664
(Schedule F/POC)

Kirk Deluca
41 Donald Road
Burlington, MA 01803
(Schedule F)

Kristie Miersma
288 Goldthwaite Road
Whitinsville, MA 01588
(Schedule F/POC)

Korpo Hiamah
18 Fox Meadow Drive
Worcester, MA 01602
(Schedule F)

Lamine Niang
77 Mapleville Main Street
Mapleville, RI 02839
(Schedule F)

Larry Lukaszewicz
333 Chapman Street
Canton, MA 02021
(Schedule F/POC)

Laura Sherman
18 Pinnacle Lane
Yarmouth Port, MA 02675
(Schedule F)

Lewis Mullin
92 Ursula Street
Lowell, MA 01854
(Schedule F)

Louis Gatti
111 Pond End Road
Waltham, MA 02451
(Schedule F)

Louphye Cayemite
56 Roseberry Road
Hyde Park, MA 02136
(Schedule F)

Luke Benes
60 Taunton Street
Plainville, MA 02762
(Schedule F/POC)

Lynn Landry
16 Beaver Brook Road
West Yarmouth, MA 02673
(Schedule F)

Lynn Landry
421 South Main St.
Bellingham, MA 02019
(POC)

Majid Jehangir
481 East Street
East Weymouth, MA 02189
(Schedule F)

Marcy Cohen
12 St. Andrews Way
South Yarmouth, MA 02664
(Schedule F)

Margarita Mulero
105 Clifton Avenue
Springfield, MA 01105
(Schedule F)

Margot and Fred Churchill
243 Pleasant Street
South Yarmouth, MA 02664
(Schedule F/POC)

Marianne Sforza
64 Hillcrest Road
Waltham, MA 02451
(Schedule F/POC)

Marie Polynice
105 Hillberg Avenue
Brockton, MA 02301
(Schedule F)

**SERVICE LIST**

**Solar Wolf Energy, Inc. Debtor
Chapter 7, Case No. 22-40693-CJP**

Mark Lique
34 Idora Avenue
Haverhill, MA 01830
(Schedule F/POC)

Mark Wilcox
15 Lytherland Place
Providence, RI 02909
(Schedule F)

Mary Johnson
30 Wild Rose Terrace
South Yarmouth, MA 02664
(Schedule F)

Meghan Ravenscoft Velez
465 W. Denny Avenue
Pinebluff, NC 28373
(Schedule F/POC)

Melinda and Joshua Prince
3 Glenarden Road
Trumbull, CT 06611
(Schedule F)

Tamra J. Evans, Esq.
Tamra J. Evans Esq. LLC
61 Unquowa Rd.
Fairfield, CT 06824
(POC/Joshua and Melinda Prince)

Michael Kiehnau
303 Route 6A
Yarmouth Port, MA 02675
(Schedule F/POC)

Michael Levesque
3 Deer Run
Hopkinton, MA 01748
(Schedule F)

Michael Valliere
821 Franklin Street
Duxbury, MA 02332
(Schedule F)

Mike Ford
1035 Fairview Street
Lee, MA 01238
(Schedule F/POC)

Mike Hopkins
154 Town Line Road
Burlington, CT 06013
(Schedule F)

Mike Ritter
54 Wainwright Street #2
Boston, MA 02124
(Schedule F/POC)

Monique Maldonado
260 CT-198
Woodstock Valley, CT 06282
(Schedule F)

Murali Paladugu
21 Skyview Drive
Millbury, MA 01527
(Schedule F)

Nancy Douttiel
20 Turtle Cove Road
South Yarmouth, MA 02664
(Schedule F)

Nathaniel Shay
58 Oakland Drive
Trumbull, CT 06611
(Schedule F)

Neil Beauregard
5 Oak Street
Oxford, MA 01540
(Schedule F)

Nicholas Rotti
20 Independence Road
West Yarmouth, MA 02673
(Schedule F/POC)

Nick Oliveira
27 Ontario Drive
Hudson, MA 01749
(Schedule F/POC)

Nilda Chacon
69 Mohawk Avenue
Derby, CT 06418
(Schedule F)

Pam Rego
939 West Yarmouth Road
Yarmouth Port, MA 02675
(Schedule F/POC)

**SERVICE LIST**

**Solar Wolf Energy, Inc. Debtor
Chapter 7, Case No. 22-40693-CJP**

| | | |
|---|---|---|
| Patricia Vecchione<br>Arnold Vecchione<br>40 Killian Road<br>Johnston, RI 02919<br>(Schedule F/POC) | Patricia Doon<br>56 Bray Farm South<br>Yarmouth Port, MA 02675<br>(Schedule F) | Patricia Robinson Smith<br>21 Winter Street<br>Yarmouth Port, MA 02675<br>(Schedule F) |
| Patrick and Tracy Gabridge<br>44 Willow Street<br>Florence, MA 01062<br>(Schedule F/POC) | Paul Carlson<br>Jean Carlson<br>119 State Avenue<br>Rogers, CT 06263<br>(Schedule F) | Paul L. Carlson<br>PO Box 23<br>Rogers, CT 06263<br>(POC) |
| Paul Grady<br>82 Potter Hill Road<br>Grafton, MA 01519<br>(Schedule F) | Paul Keller<br>28 Robin Road<br>Burlington, CT 06013<br>(Schedule F) | Pavel Nelyubin<br>250 Hammond Pond Pkwy.<br>Newton, MA 02467<br>(Schedule F/POC) |
| Pedro Amaral<br>207 Fairwood Drive<br>Tiverton, RI 02878<br>(Schedule F) | Peter Macy<br>16 River Street<br>Braintree, MA 02184<br>(Schedule F) | Ralph McGill<br>157 Mountain Road<br>Ridgefield, CT 06877<br>(Schedule F/POC) |
| Raymond Huntley<br>16 Rollie Shepard Drive<br>Millbury, MA 01527<br>(Schedule F/POC) | Renay Lemard<br>221 Billings Road<br>Fitchburg, MA 01420<br>(Schedule F) | Rex Bradford<br>166 Dudleyville Road<br>Leverett, MA 01054<br>(Schedule F) |
| Rex Bradford<br>10 Heartbreak Road<br>Ipswich, MA 01938<br>(POC) | Richard Carroll, Jr.<br>29 Colt Street<br>New Britain, CT 06052<br>(Schedule F/POC) | Richard Falco<br>103 Naples Avenue<br>Providence, RI 02908<br>(Schedule F) |
| Richard Montague<br>47 Ash Street<br>Webster, MA 01570<br>(Schedule F) | Richard & Barbara Wasley<br>316 Long Pond Drive<br>South Yarmouth, MA 02664<br>(Schedule F/POC) | Robert Dedominick<br>3 Carven Road<br>Milford, MA 01757<br>(Schedule F/POC) |
| Robert DelFrate<br>21 Valley Street<br>Spencer, MA 01562<br>(Schedule F) | Robert Giese<br>75-80 Main Street<br>Maynard, MA 01754<br>(Schedule F) | Robert Giese<br>81 Main Street<br>Maynard, MA 01754<br>(Schedule F) |

**SERVICE LIST**

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

| | | |
|---|---|---|
| Robert Smith<br>24 Pond View Drive<br>Coventry, RI 02816<br>(Schedule F) | Robert Whritenour<br>160 Hayway Road<br>East Falmouth, MA 02536<br>(Schedule F) | Rosanne Rose<br>11 Eddy Street<br>West Yarmouth, MA 02673<br>(Schedule F/POC) |
| Ruslan Afasizhev<br>3 Crabtree Road<br>Quincy, MA 02171<br>(Schedule F/POC) | Sandra Cashen<br>10 Monomoy Road<br>South Yarmouth, MA 02664<br>(Schedule F) | Sandra Sarpong<br>61 Pleasant Street<br>N. Oxford, MA 01537<br>(Schedule F) |
| Sarah and William Sharp<br>30 Pine Street<br>Yarmouth Port, MA 02675<br>(Schedule F/POC) | Second Generation<br>31 Birch Hill Road<br>Dennis Port, MA 02639<br>(Schedule F/POC) | Second Generation<br>c/o Peter M. Mirageas, Esq.<br>221 East Main Street, Suite 202<br>Milford, MA 01757-2826<br>(Counsel to Second Generation/Schedule F/POC) |
| Seth Keevnthal<br>81 MA-8A<br>Charlemont, MA 01339<br>(Schedule F) | Shilpa Trivedi<br>9 Tern Drive<br>Shrewsbury, MA 01545<br>(Schedule F) | Shirley Ann Procopio<br>24 Moran Circle<br>Sudbury, MA 01776<br>(Schedule F) |
| Solar Foundations<br>7 Lazur Road<br>Ballston Lake, NY 12019<br>(Schedule F/POC) | Srinivasan Ramkumar<br>31 Pal Drive<br>Shrewsbury, MA 01545<br>(Schedule F/POC) | Stacy Maillet<br>937 Pleasant Street<br>Leominster, MA 01453<br>(Schedule F) |
| Stefanie Argus<br>88 Ring Street<br>Providence, RI 02909<br>(Schedule F) | Su Lin Sheehy<br>219 West Elm Street<br>Pembroke, MA 02359<br>(Schedule F/POC) | Sunil Yada Keerthi<br>16 Skyview Drive<br>Millbury, MA 01527<br>(Schedule F) |
| Suzanne Rinfret<br>67 Trull Street<br>Somerville, MA 02145<br>(Schedule F/POC) | Suzanne Teuteberg<br>155 S. Sea Avenue<br>West Yarmouth, MA 02673<br>(Schedule F) | Taylor Bennett<br>167B Main Street<br>Douglas, MA 01516<br>(Schedule F/Interest Party) |

## SERVICE LIST

**Solar Wolf Energy, Inc. Debtor
Chapter 7, Case No. 22-40693-CJP**

| | | |
|---|---|---|
| Thomas Littlewood<br>244 High Meadow Lane<br>Mystic, CT 06355<br>(Schedule F/POC) | Tim Grover<br>56 Williams Road<br>West Yarmouth, MA 02673<br>(Schedule F) | Tom Lucchetti<br>Cumberland Carpentry<br>310 West Wrentham Road<br>Cumberland, RI 02864<br>(Schedule F) |
| Thomas Nemmers<br>8 Doe Road<br>South Yarmouth, MA 02664<br>(Schedule F/POC) | Tru Vision<br>35 Harrington Avenue<br>Shrewsbury, MA 01545<br>(Schedule F) | Valerie Serijan<br>23 Cantebury Road<br>Yarmouth Port, MA 02675<br>(Schedule F) |
| Vichai Levy<br>51 Lota Drive<br>Fairfield, CT 06825<br>(Schedule F) | Virginia O'Brien<br>Ed O'Brien<br>54 Fox Run<br>West Greenwich, RI 02817<br>(Schedule F/POC) | Weiss Landscape<br>51 Taylor Avenue<br>Bethel, CT 06801<br>(Schedule F) |
| Wilder Tamayo<br>15 Edison Street<br>Saugus, MA 01906<br>(Schedule F/POC) | William Kennedy<br>62 Midstream Drive<br>South Yarmouth, MA 02664<br>(Schedule F/POC) | William and Susan McEwen<br>2 Adams Road<br>West Yarmouth, MA 02673<br>(Schedule F/POC) |
| Yako Yako<br>4 Christopher Drive<br>Grafton, MA 01519<br>(Schedule F/POC) | Yves Frage<br>58 Wingate Road<br>Holliston, MA 01746<br>(Schedule F) | Zsolt Kemecsei<br>11 Studley Road<br>South Yarmouth, MA 02664<br>(Schedule F) |
| Digital Documents Solutions<br>197 Plymouth Avenue<br>Fall River, MA 02721<br>(Schedule G Contract Party) | Ron Medrzychowski<br>73 Sand Hill Road<br>Voluntown, CT 06384<br>(POC) | Joseph Antonelli<br>1 Summit Road<br>Medford, MA 02155<br>(POC) |
| Michael P. Kelly<br>Keybank<br>46 Pond St.<br>Holbrook, MA 02343<br>(POC) | Technology Credit Union<br>PO Box 1300<br>San Jose, CA 95108-1300<br>(POC) | Masterman's LLP<br>PO Box 411<br>Auburn, MA 01501<br>(POC) |
| Gary Potter<br>615 Henshaw Street<br>Rochdale, MA 01542<br>(POC) | Tranquil Lake Nursery<br>45 River Street<br>Rehoboth, MA 02769<br>(POC) | Vanessa Alarie<br>40 Wilbur Avenue<br>Woonsocket, RI 02895<br>(POC) |

**SERVICE LIST**

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

| | | |
|---|---|---|
| Davood Ansari Oghol Beig<br>8 Adam Wheeler Lane<br>Holliston, MA 01746-2503<br>(POC) | Ian A. Hammel, Esq.<br>Mintz Levin<br>One Financial Center<br>Boston, MA 02111<br>(POC/Counsel to SunPower and its Affiliates) | Joyce Flynn<br>joyce.flynn@gmail.com<br>(Attended 341 Creditors Meeting/Solarize Yarmouth)<br>**VIA EMAIL** |
| Robert Palmeri<br>palmeri01@aol.com<br>(Attended 341 Creditors Meeting/Solarize Yarmouth)<br>**VIA EMAIL** | Randy A. Lloyd<br>645 Church Street<br>Whitinsville, MA 01588<br>(Attended 341 Creditors Meeting) | Matt Runyon<br>Runyon's Auto Repair<br>174 West Main Street<br>East Brookfield, MA 01515<br>(Interested Party) |
| Mark W. Powers, Esq.<br>Bowditch & Dewey, LLP<br>311 Main Street<br>PO Box 15156<br>Worcester, MA 01608<br>(Counsel to John and Kirstie Miersma/NOA)<br>**VIA ECF** | Thomas J. Lamb, Jr.<br>President<br>Centreville Bank<br>1218 Main Street<br>West Warwick, RI 02893<br>(Interested Party) | Polly Klane<br>Chief Legal Officer<br>Citizens Bank, NA<br>One Citizens Plaza<br>Providence, RI 02903<br>(Interested Party) |
| Donald H. McCree<br>Vice Chairman<br>Citizens Bank, NA<br>One Citizens Plaza<br>Providence, RI 02903<br>(Interested Party) | Walter W. Bettinger, II<br>President<br>Charles Schwab Corporation, Successor to TD Ameritrade<br>3000 Schwab Way<br>Westlake, TX 76262<br>(Interested Party) | Peter J. Morgan, III<br>General Counsel<br>Charles Schwab Corporation, Successor to TD Ameritrade<br>3000 Schwab Way<br>Westlake, TX 76262<br>(Interested Party) |
| Shamoil Shipchandler, Esq.<br>Chief Counsel<br>Charles Schwab Corporation, Successor to TD Ameritrade<br>3000 Schwab Way<br>Westlake, TX 76262<br>(Interested Party) | TD Ameritrade<br>Attn: Legal Dept.<br>127 Congress Street, Floor 1<br>Boston, MA 02110<br>(Interested Party) | TD Ameritrade<br>Attn: Human Resource Dept.<br>200 South 108th Avenue<br>Omaha, NE 68154<br>(Interested Party) |

# SERVICE LIST

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

| | | |
|---|---|---|
| SolarEdge Technologies, Inc.<br>700 E. Tasman Drive<br>Milpitas, CA 95035<br>(Interested Party) | John Nickley<br>31 Peregrine Rd.<br>Abington, MA 02251<br>(POC) | Yarmouth Police Department<br>340 Higgins Crowell Rd.<br>West Yarmouth, MA 02673<br>(Interested Party) |
| Lisa McNeill<br>lmcneill915@gmail.com<br>(Attended 341 Creditors Meeting)<br>**VIA EMAIL** | Scott Harrington<br>sharrington@dmoc.com<br>(Attended 341 Creditors Meeting)<br>**VIA EMAIL** | Francis & Rose Francis<br>yarmouthroses@gmail.com<br>(Attended 341 Creditors Meeting)<br>**VIA EMAIL** |

{Client Matter 15008/14399/A8196098.DOC}