## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (CENTRAL DIVISION)

In re:

**SOLAR WOLF ENERGY, INC.,**

    **Debtor.**

**Chapter 7**
**Case No. 22-40693-CJP**

## TRUSTEE'S MOTION TO DESTROY ESTATE RECORDS
### (Re: Remaining Miscellaneous Debtor Records)

To the Honorable Christopher J. Panos, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") of the bankruptcy

estate (the "Estate") of Solar Wolf Energy, Inc. (the "Debtor"), and hereby moves (the "Motion")

this Court for an order authorizing the Trustee to immediately destroy certain of the Debtor's

remaining records (the "Remaining Estate Records") which are stored in approximately thirty

(30) boxes, plus twenty (20) personal computers and hard drives (collectively, the "Documents

and Computers"), currently located in the Trustee's office at 1800 West Park Drive, Suite 400,

Westborough, Massachusetts (the "Trustee's Office") and are no longer necessary to the

Trustee's administration of the Estate.  In support of this Motion, the Trustee submits the

following:

## I.      RELEVANT FACTUAL BACKGROUND

### A.      Relevant Bankruptcy Case Background.

1.      On September 23, 2022 (the "Petition Date"), the Debtor filed a voluntary petition

for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the

"Bankruptcy Code").

2.      On September 26, 2022, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of the Debtor's bankruptcy case, and he continues to serve as such.

3.      On October 26, 2022, the Trustee conducted a three-plus hour initial meeting of creditors pursuant to Bankruptcy Code § 341(a) (the "Initial Meeting").  The Trustee conducted a two-plus hour continued meeting of creditors on December 7, 2022 (the "Continued Meeting"; together with the Initial Meeting, the "Creditors' Meetings").  Many creditors as well as representatives of certain governmental authorities (e.g., Yarmouth, Massachusetts Police Department and the Massachusetts Attorney General's Office) participated in each of the Creditors' Meetings.

4.      The Trustee further continued the Creditors' Meetings to February 22, 2023 at which time the Trustee conducted and concluded the Creditors' Meetings.

**B.      Debtor's Business Operations and Cessation of Business.**

5.      Since in or about 2015, the Debtor was engaged in the solar power sales, installation and servicing business generally through three avenues: (a) the Debtor created contracts and installed equipment for customers that would become customers of SunPower Corporation and its affiliates ("SunPower") or SolarEdge Technologies, Inc. ("SolarEdge"; together with SunPower, the "Third Party Providers") after installation of those customers' projects; (b) the Debtor would purchase panels and related equipment from the Third Party Providers for customers of the Debtor, where the customers' contractual relationship would remain with the Debtor; and (c) the Debtor would act as a subcontractor for the Third Party Providers, where the Debtor would install panels and related equipment for customers of the Third Party Providers.

6.      In April 2022, one of the Debtor's major suppliers and providers of contract work, SunPower, terminated its relationship with the Debtor and, in May 2022, the Debtor ceased operations.

**C.      Debtor's Records in Trustee's Possession.**

7.      In early November 2022, the Trustee took possession of the books, records and computer hard drives located at the Debtor's premises in Auburn, Massachusetts, comprised of approximately thirty (30) boxes of books and records and twenty (20) personal computers and hard drives (i.e., the Documents and Computers).

8.      The records were in disarray, spread out among many office areas within the premises, in some instances strewn on desk tops and the floor.  The Trustee and assistants boxed the records as best they could and attempted to keep them as organized as possible. Approximately ten (10) of the boxes appear to include subfolders identified by customer name. The materials in the subfolders vary; some subfolders contain copies of contracts related to installations by Third Party Providers and a description of the systems purchased, others are much more sparse.  Other boxes contain corporate records and (older) account statements as well as employee-related information, and it is likely that there is personally identifiable information ("PII") in the records.

9.      As to the computers retrieved (specifically, eighteen (18) computer hard drives, one laptop and one tablet), the Trustee has repeatedly requested that the Debtor's principal, Ted Strzelecki ("Mr. Strzelecki"), and Debtor's counsel provide login and password information.  No access information has been provided to the Trustee to date.  Accordingly, the Trustee is unable to access and verify what information may be stored on the computers.

10.     Additionally, Mr. Strzelecki has indicated that the storage in one or more of the computers is likely corrupted.  Further, the Trustee cannot be certain that there is no PII contained in the computers.

**D.      Customers' Requests for Records.**

11.     Since the Petition Date, several customers of the Debtor have contacted the Trustee seeking records related to the solar power system installed, partially installed, or not yet started by the Debtor.  In addition, certain police departments and the Massachusetts Attorney General's Office (collectively, "Governmental Authorities") have contacted the Trustee seeking records or preservation of same in connection with their respective investigations of the Debtor's business and related matters.

12.     Based on Mr. Strzelecki's testimony at the Continued Meeting, the Debtor installed one of two solar power systems for the Third Party Providers.  In each instance, for a system to be installed and to become active, the respective entity (i.e., SunPower or SolarEdge) had to sign off on the activation of the system.  As a result, customers with completed or even partially completed installations may be able to obtain information about their respective system and manufacturer warranty by contacting the respective Third Party Provider direct.

13.     At the status hearing held in this case on December 6, 2022, the Court instructed the Trustee to devise a procedure by which customers would be provided the opportunity to obtain copies of their paper records from the Trustee.

**II.      PROCEDURES FOR FACILITATION OF RECORDS REQUESTS**

14.     On January 12, 2023, the Trustee filed a Motion for Order (I) Approving Notice Procedures Regarding Requests of Creditors and Governmental Authorities for Records, Including Form of Notice, and (II) Authorizing Destruction of Certain Estate Records (the

"Records Request Procedures Motion") seeking an Order (1) approving procedures for the

Trustee to provide notice to all creditors (including customers), certain governmental authorities,

and other parties-in-interest (collectively, the "Interested Parties") of the opportunity to request

Debtor records currently held by the Trustee, and (2) authorizing the Trustee's destruction (at the

conclusion of all applicable notice periods) of the Documents and Computers *[Dkt. No. 173]*.

The Trustee also requested approval of a form of notice (the "Notice to Interested Parties") that

the Trustee intended to mail to all Interested Parties regarding requests for Debtor records.

15.     On February 9, 2023, after a hearing, this Court entered an Order allowing the

Records Request Procedures Motion (as modified) (the "Records Request Procedures Motion

Order") *[Dkt. No. 213]*.

16.     On February 15, 2023, pursuant to the Records Request Procedures Motion Order,

the Trustee mailed the Court-approved Notice to Creditors, Parties-In-Interest, and

Governmental Authorities Regarding Solar Wolf Energy, Inc. (the "Notice to Interested Parties")

to all creditors (including customers), Governmental Authorities, and other parties-in-interest

(i.e., all Interested Parties) and filed a Certificate of Service *[Dkt. No. 220]*.

17.     Among other things, the Notice to Interested Parties established (a) a deadline of

April 30, 2023 for creditors and/or parties-in-interest to provide the Trustee with a written

request for their respective paper records (the "Records Request Deadline") and (b) a deadline of

June 16, 2023 for the Trustee to respond to timely received written requests (the "Records

Request Response Deadline").

18.     The Notice to Interested Parties also established a deadline of May 31, 2023 for

Governmental Authorities to notify the Trustee of their willingness to retrieve and take custody

and responsibility for the Debtor's Documents and Computers (the "Governmental Authorities' Request Deadline").

19.     The Trustee received thirty-nine (39) requests for records from creditors and/or parties-in-interest by the Records Request Deadline (i.e., April 30, 2023).  Of the thirty-nine (39) requests received, the Trustee located thirty-eight (38) records and forwarded those records to the respective creditors and/or parties-in-interest by the Records Request Response Deadline (i.e., June 16, 2023.  The Trustee was unable to locate one (1) customer file.

20.     The Trustee did not receive any requests from Governmental Authorities to retrieve and take custody and responsibility for the Debtor's Documents and Computers by the Governmental Authorities' Request Deadline (i.e., May 31, 2023).

### III.     The Remaining Estate Records and Basis for Relief Requested.

21.     The Remaining Estate Records consist of various business records and computers gathered by the Trustee from the Debtor's former premises.

22.     The Remaining Estate Records located at the Trustee's Office are stored in approximately thirty (30) boxes, plus twenty (20) personal computers and hard drives, and consist of miscellaneous business records.  No access information has been provided to the Trustee for the computers and hard drives and, therefore, the Trustee is unable to access and verify what information may be stored on the computers and hard drives.

23.     At this time, the Trustee has completed administration of the Estate, has requested preparation of the Estate's final tax returns and is preparing the Trustee's Final Report for submission to the Office of the United States Trustee.

24.     As a result of the foregoing, the Trustee has determined that the Documents and Computers are no longer required in connection with the administration of the Estate, and the

continued retention of the Documents and Computers would be unnecessary and burdensome and will not benefit the Estate.

25.     Accordingly, the Trustee believes and avers that it is in the best interest of the Estate that he be allowed to immediately destroy the Documents and Computers without further notice or hearing.

26.     The Trustee will destroy the Documents and Computers at no cost to the Estate.

### IV.     <u>NOTICE OF MOTION</u>.

27.     The Trustee will serve this Motion upon the Debtor, the Debtor's principal (Mr. Strzelecki), counsel to the Debtor, the Office of the United States Trustee, all creditors, taxing authorities, Governmental Authorities, and all parties that have filed requests for notice.

WHEREFORE, the Trustee respectfully requests this Court enter an Order:

A.     Granting the Trustee's Motion to Destroy Records (Re: Remaining Miscellaneous Debtor Records); and

B.     Granting the Trustee such other and further relief as is just.

Respectfully submitted,

**JOSEPH H. BALDIGA,**
**CHAPTER 7 TRUSTEE**

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA  01581
Phone: (508) 898-1501
Fax:    (508) 898-1502
Email:  bankrupt@mirickoconnell.com

Dated:  July 28, 2023

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

In re:

**SOLAR WOLF ENERGY, INC.,**

    **Debtor.**

**Chapter 7**
**Case No. 22-40693-CJP**

## ORDER ALLOWING TRUSTEE'S
## MOTION TO DESTROY ESTATE RECORDS

Upon the Trustee's Motion to Destroy Estate Records (Re: Remaining Miscellaneous Debtor Records) (the "Motion") dated July 28, 2023, for an order allowing the Trustee[1] to destroy certain estate records; and the Court finding that the notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed therewith is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Trustee may immediately destroy the Documents and Computers (as defined in the Motion) in his possession which consists of approximately thirty (30) boxes, plus twenty (20) personal computers (i.e., the Documents and Computers) currently located in the Trustee's Office (as defined in the Motion).

Dated: _____, 2023      _____

                                                  Honorable Christopher J. Panos
                                                  United States Bankruptcy Judge

---

[1]   Unless otherwise defined herein, initially capitalized terms shall have the meanings ascribed to them in the Motion.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (CENTRAL DIVISION)

In re:

**SOLAR WOLF ENERGY, INC.,**

     **Debtor.**

**Chapter 7**
**Case No. 22-40693-CJP**

## CERTIFICATE OF SERVICE

     I hereby certify that on July 28, 2023, I caused a copy of the following document to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List.

**Trustee's Motion to Destroy Estate Records**
**(Re: Remaining Miscellaneous Debtor Records),**
**with proposed Order.**

                    /s/ Joseph H. Baldiga
                  Joseph H. Baldiga, BBO #549963
                  Mirick, O'Connell, DeMallie & Lougee, LLP
                  1800 West Park Drive, Suite 400
                  Westborough, MA  01581
                  Phone:     508.898.1501
                  Fax:       508.898.1502
Dated:  July 28, 2023         Email:      bankrupt@mirickoconnell.com

{Client Matter 15008/14399/A8385104.DOC}

## SERVICE LIST

**Solar Wolf Energy, Inc. Debtor
Chapter 7, Case No. 22-40693-CJP**

Richard T. King, Esq.
Assistant U.S. Trustee
Office of U.S. Trustee
446 Main Street
14th Floor
Worcester, MA 01608
(U.S. Trustee)
**VIA ECF**

Internal Revenue Service
Special Process Unit
P.O. Box 9112
Stop 20800
Boston, MA 02203
(Taxing Authority)

Massachusetts Department of
Revenue
Attn: Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204
(Taxing Authority/Schedule
D/Schedule E /POC)

Internal Revenue Service
Centralized Insolvency
Operation
PO Box 7346
Philadelphia, PA 19101-
7346
(Taxing Authority/POC)

United States Attorney
John Joseph Moakley United
States Courthouse
One Courthouse Way
Suite 9200
Boston, MA 02210
(U.S. Attorney)

Office of the Attorney
General
Commonwealth of MA
18th Floor
One Ashburton Place
Boston, MA 02108
(Attorney General)

Ted Strzelecki, President
Solar Wolf Energy, Inc.
582 Wauwinet Road
Barre, MA 01005
(Debtor)

Troy D. Morrison, Esq.
Morrison & Associates, P.C.
255 Park Avenue, Suite 1000
Worcester, MA 01609
(Debtor's Counsel)
**VIA ECF**

Internal Revenue Service
PO Box  931200
Louisville, KY 40293-1200
(Taxing Authority/Schedule
E/Schedule F/POC)

Massachusetts Department
of Revenue
PO Box 7021
Boston, MA 02204
(Taxing Authority)

U.S. Department of Labor
Frances Perkins Building
200 Constitution Ave., NW
Washington, DC 20210
(Interested Party)

Michael D. Felsen, Esq.
U.S. Department of Labor
15 Sudbury Street, Room E-
375
JFK Federal Building
Boston, MA 02203
(Interested Party)

Pension Benefit Guaranty
Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC 20005-
4026
(Interested Party)

Steven J. Marullo, Esq.
Law Office of Steven J.
Marullo
435 Newbury Street
Suite 217
Danvers, MA 01923
(Counsel to Jonathan
Durante/NOA/POC)
**VIA ECF**

Richard A. Mestone, Esq.
Mestone & Associates LLC
435 Newbury Street
Suite 217
Danvers, MA 01923
(Counsel to Jonathan
Durante)
**VIA ECF**

{Client Matter 15008/14399/A8385104.DOC}

## SERVICE LIST

### Solar Wolf Energy, Inc. Debtor
### Chapter 7, Case No. 22-40693-CJP

Robert E. McLaughlin, Jr.,
Esq.
Gilman, McLaughlin &
Hanrahan LLP
101 Merrimac St.
P.O. Box 9601
Boston, MA 02114-9601
(Counsel to Cabot House
(Former Landlord))

Michael A. Procopio
24 Moran Cr.
Sudbury, MA 01776
(NOA/POC)

Dean Angelos
4 Richard Road
Wayland, MA 01778-4010
(Schedule F Creditor/POC)

Arvin Nundloll
20 Elisha Witherell Road
Wellfleet, MA 02667-7819
(Court's Matrix/POC)

Daniel Long
27 Pine Street
Yarmouth Port, MA 02675
(Schedule F/POC)

Nicholas Rotti
20 Independence Road
West Yarmouth, MA 02673-
1516
(POC)

Michael J. Riley, Esq.
Mass. Laborers' Legal
Services Fund
1400 District Avenue
Suite 100
Burlington, MA 01803
(Counsel to Wilder
Tamayo/NOA)
**VIA ECF**

Daniel Bahls
Assistant Attorney General
Massachusetts Office of the
Attorney General
Consumer Protection
Division
1441 Main Street, Suite 1200
Springfield, MA 01103
(Interested Party)

Michael E. Saperstein
Paul E. Saperstein Co., Inc.
144 Centre Street
Holbrook, MA 02343
(Auctioneer)

Matthew Rubner, Esq.
47 Newhall Avenue
Saugus, MA 01906
(Counsel to Richard J.
Montague)
**VIA ECF**

Jacob P. Morris, Esq.
Rubin, Rubin & Wilcox
333 Park Avenue
Worcester, MA 01610
(Counsel to Judith A. Kozak)
**VIA ECF**

Amy Lee Lipman-White,
Esq.
Suite 201
171 Rockland Street
Hanover, MA 02339
(Counsel to Edward J.
Versiackas/Schedule
F/POC/NOA)
**VIA ECF**

Corporation Services
Company
PO Box 2576
Springfield, IL 62708
(Schedule D)

CT Corporation Systems
PO Box 2576
Springfield, IL 62708
(Schedule D)

DLR, Inc.
PO Box 520382
Salt Lake City, UT 84152
(Schedule D)

{Client Matter 15008/14399/A8385104.DOC}

**SERVICE LIST**

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

| | | |
|---|---|---|
| Orange Advance, LLC<br>140 32nd Street #316<br>Brooklyn, NY 11232<br>(Schedule D) | U.S. Small Business<br>Administration<br>2 North 20th Street<br>Birmingham, AL 35203<br>(Schedule D) | U.S. Small Business<br>Administration<br>200 West Santa Ana Blvd.<br>Suite 740<br>Santa Ana, CA 92701<br>(POC) |
| Aaron Kimmel<br>18 Cottonwood Street<br>Yarmouth Port, MA 02675<br>(Schedule F) | Aastha Chaturvedi<br>16 Hedgefield Road<br>Orange, CT 06477<br>(Schedule F) | Albert Inglesi<br>80 Mattakese Road #2<br>West Yarmouth, MA 02673<br>(Schedule F/POC) |
| Amy Grant<br>56 Alton Street<br>Providence, RI 02908<br>(Schedule F) | Andrea Goldman<br>64 Waverley Avenue<br>Newton, MA 02458-2135<br>(Schedule F) | Andrew Baxter<br>17 Dettling Road<br>Maynard, MA 01754<br>(Schedule F/POC) |
| Christine E. Devine, Esq.<br>Law Office of Christine E.<br>Devine, LLC<br>P. O. Box 7<br>Medway, MA 02053<br>(Counsel to Andrew<br>Cefalu/Schedule F/POC)<br>**VIA ECF** | Andy Sharr<br>17 Arrowhead Avenue<br>Auburn, MA 01501<br>(Schedule F) | Anthony Iani<br>70 Midstream Drive<br>South Yarmouth, MA 02664<br>(Schedule F/POC) |
| Mark R. O'Connell<br>President<br>Avidia Bank<br>42 Main Street<br>Hudson, MA 01749<br>(Schedule F/POC) | Bahaa Megelly<br>14 Vassar Drive<br>Milford, MA 01757<br>(Schedule F) | Barbara A. Lavoine<br>16 Still Brook Rd.<br>S. Yarmouth, MA 02664<br>(Schedule F/POC) |
| Bill Cardalino<br>341 Plymouth Avenue<br>Marshfield, MA 02050<br>(Schedule F) | Brian Daniels<br>17 Jet Way<br>Dennis, MA 02638<br>(Schedule F) | Cabot House<br>10 Industrial Way #3<br>Amesbury, MA 01913<br>(Schedule F) |

## SERVICE LIST

### Solar Wolf Energy, Inc. Debtor
### Chapter 7, Case No. 22-40693-CJP

Camilla Flannery
4 Melva Street
South Yarmouth, MA 02664
(Schedule F)

Cari Brown
5 Parallel St.
Arlington, MA 02474
(Schedule F/POC)

Carolyn Lodders
Ralph Lodders
3 Belvedere Terrace
Yarmouthport, MA 02765
(Schedule F/POC)

Chan Huu Nguyen
5 Elmire Avenue
Worcester, MA 01604
(Schedule F)

Chris Ciuchta
1A Applebee Avenue
Webster, MA 01570
(Schedule F)

Chris George
947 Route 6A
Yarmouth Port, MA 02675
(Schedule F)

Jennifer L. Conrad, Esq.
Seder & Chandler, LLP
339 Main Street
Worcester, MA 01608
(Counsel to Christopher
Paquette/Schedule
F/POC/NOA)
**VIA ECF**

Christine Bennett
Erik Bennett
105 Oak Street
Winchendon, MA 01475
(Schedule F)

Christopher Ashe
42 Logan Street
Cherry Valley, MA 01611
(Schedule F)

Christopher George
303 Route 28
West Yarmouth, MA 02673
(Schedule F)

Christopher Kam
22 Nichols Lane
Hope Valley, RI 02832
(Schedule F)

Christopher Rodwill
26 Mayflower Circle
Leicester, MA 01524
(Schedule F/POC)

Claire Bourdeau
359 Route 6A
Yarmouth Port, MA 02675
(Schedule F/POC)

Clarence Saint-Vil
6 Pauls Drive
Spencer, MA 01562
(Schedule F)

Colin Misquita
127 Florence Road
Lowell, MA 01851
(Schedule F/POC)

Consolidated Electric
1920 Westridge Drive
Irving, TX 75038
(Schedule F/POC)

Christopher S. Tolley, Esq.
Phillips & Angley
One Washington Mall
Boston, MA 02108
(Counsel to Consolidated
Electrical Distributors, Inc.
d/b/a CED Greentech/NOA)
**VIA ECF**

Craig Ferrari
35 Ginger Lane
Torrington, CT 06790
(Schedule F)

## SERVICE LIST

### Solar Wolf Energy, Inc. Debtor
### Chapter 7, Case No. 22-40693-CJP

Craig Ferrari
c/o Thomas J. Lengyel, Esq.
167 Cherry Street
Suite 211
Milford, CT 06469
(POC)

Damion Campbell
27 Davis Road
South Yarmouth, MA 02664
(Schedule F)

Dan Grenon
8 Douglas Road
Webster, MA 01570
(Schedule F/POC)

Dan Marder
224 Still River Road
Harvard, MA 01451
(Schedule F)

Daniel Kohnfelder
41 Cottage Drive
West Yarmouth, MA 02673
(Schedule F/POC)

Darlynn Oberg
1250 Jackson Road
Hardwick, MA 01037
(Schedule F)

Darrell Smith
37 Woodland Road
Auburn, MA 01501
(Schedule F)

Dave Morley
2 Duck Pond Road
Yarmouth Port, MA 02675
(Schedule F)

David Levine
8 Femia Road
Framingham, MA 01701
(Schedule F)

David Maki
65 Bog Road
Marstons Mills, MA 02648
(Schedule F)

David Methe
3 Alcove Road
Southwick, MA 01077
(Schedule F)

David Witter
175 Beacon Street
South Yarmouth, MA 02664
(Schedule F/POC)

Deepak Sharma
19 Flintlock Drive
Shrewsbury, MA 01545
(Schedule F)

Dennis Vazquez
38 Fay Road
Framingham, MA 01702
(Schedule F)

Dimitar Ivanov
9 Ruby Street
West Yarmouth, MA 02673
(Schedule F/POC)

Diptam Chatterjee
6 Reuben Circle
Shrewsbury, MA 01545
(Schedule F/POC)

Brian J. Hughes, Esq.
Brennan Recupero Cascione
Scungio
174 Dean St.
Unit B
Taunton, MA 02780
(Counsel to Donald
Wolent/Schedule
F/POC/NOA)
**VIA ECF**

Donald Head
9 Houlton Street
Swansea, MA 02777
(Schedule F)

Donald Logan
23 University Street
Leominster, MA 01453
(Schedule F)

Ed Senteio
27 Winter Street
Yarmouth Port, MA 02675
(Schedule F/POC)

Edward Meiners
15 Rune Stone Road
South Yarmouth, MA 02664
(Schedule F/POC)

{Client Matter 15008/14399/A8385104.DOC}

## SERVICE LIST

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

Edward Owen Gee
25 Harris Hill Road
East Falmouth, MA 02536
(Schedule F)

Elizabeth Wuerz
7 Mellen Lane
Wayland, MA 01778
(Schedule F)

Emily Seco
15 Balder Road
Worcester, MA 01605
(Schedule F)

Emily Woudenberg
68 Marsh Side Drive
Yarmouth Port, MA 02675
(Schedule F/POC)

Empower Energy Solutions
Inc. d/b/a Empower
30 Old Kings Hwy S
#1001
Darien, CT 06820
(Schedule F/POC)

Eric Farias
33 Harvest Circle
West Wareham, MA 02576
(Schedule F)

Eric Munson
1071 Burt Hill Road
Granville, MA 01034
(Schedule F)

Erin Achenbach
151 Geer Road
Danielson, CT 06239
(Schedule F)

Evard Leonidas
55 Eastern Avenue
Fall River, MA 02721
(Schedule F)

Frank Montani
59 Captain Stanley Road
South Yarmouth, MA 02664
(Schedule F)

Frederic Jaffre
78 Curley Blvd.
North Falmouth, MA 02556
(Schedule F/POC)

Gelson Deoliveira
10 Parkhurst Street
Milford, MA 01757
(Schedule F)

George Bell
58 Lookout Road
Yarmouth Port, MA 02675
(Schedule F)

Georgia Demetriades
65 Sierra Way
West Yarmouth, MA 02673
(Schedule F/POC)

Geraldine Kennedy
325 Lower County Road
Dennis Port, MA 02639
(Schedule F)

Gerard Downing
2 Spruce Avenue
Middleton, RI 02842
(Schedule F)

Gerry Boucher
33 Lake Road W
West Yarmouth, MA 02673
(Schedule F)

Giuseppe Folco
Two O'Hara Circle
Worcester, MA 01604
(Schedule F/POC)

Peter J. Haley, Esq.
Nelson Mullins Riley &
Scarborough LLP
One Post Office Square
30th Floor
Boston, MA 02109
(Counsel for GoodLeap,
LLC/Schedule F Creditor)
**VIA ECF**

GoodLeap, LLC
801 SE 8th Street
Suite 21
Bentonville, AR 72712
(POC)

Graham Doolan
31 Aspinet Road
South Yarmouth, MA 02664
(Schedule F)

# <u>SERVICE LIST</u>

## Solar Wolf Energy, Inc. Debtor
## Chapter 7, Case No. 22-40693-CJP

Harold Weatherwax
36 Berkshire Drive
Ware, MA 01082
(Schedule F)

Heritage Building
29 Glennie Street
Worcester, MA 01605
(Schedule F)

Hetal Hitesh Wadikar
33 Willard Avenue
Shrewsbury, MA 01545
(Schedule F/POC)

Howard Hecht
Nicole Hecht
69 Evelyn Road
Waban, MA 02468
(Schedule F/POC)

Intuit Payment Solutions
21215 Burbank Blvd.
Suite 100
Woodland Hills, CA 91367
(Schedule F)

Isabella Roy
50 Craig Street
Rochdale, MA 01542
(Schedule F/POC)

Jacqueline Adalbart
197 Canterbury Street
Worcester, MA 01603
(Schedule F)

James J. Pfeffer
Amy S. B. Pfeffer
41 Raymond A. Sampson Dr.
North Attleboro, MA 02760
(Schedule F/POC)

James Reinschmidt
6 Marla Avenue
Ledyard, CT 06339
(Schedule F)

Jami Carder
223 West Great Western
Road
Yarmouth Port, MA 02675
(Schedule F/POC)

Janis Brinker
Cynthia Berk
55 Marshside Drive
Yarmouth Port, MA 02675
(Schedule F/POC)

Jaqueline Coelho
45 Tevyaw Road
Hyannis, MA 02601
(Schedule F)

Jason Berry
105 Sisters Circle
Yarmouth Port, MA 02675
(Schedule F/POC)

Jason Gianfriddo
1007 Petersham Road
Hardwick, MA 01037
(Schedule F)

Jason Yelinek
19 Haynes Hill Road
Wales, MA 01081
(Schedule F)

Jeannie Silvestro
55 Altons Lane
East Falmouth, MA 02536
(Schedule F/POC)

Jeffrey Doherty
3 Angels Way
Hopkinton, MA 01748
(Schedule F)

Jennifer Glasgow
319 N Woodstock Road
Southbridge, MA 01550
(Schedule F)

Jerome Mbugua
2 Upton Street
Cherry Valley, MA 01611
(Schedule F)

Jessica Rhodes
99 Pompeo Road
North Grosvenordale, CT
06255
(Schedule F)

Jessica Sizer
655 South Street
Barre, MA 01005
(Schedule F)

<u>**SERVICE LIST**</u>

**Solar Wolf Energy, Inc. Debtor
Chapter 7, Case No. 22-40693-CJP**

Jim Wolf
24 Gooseneck Road
Yarmouth Port, MA 02675
(Schedule F)

Joe Beuth
Shirley Beuth
161 New London Turnpike
Wyoming, RI 02898
(Schedule F)

Joe Antonelli
80 Mattakese Road
Unit 5
West Yarmouth, MA 02673
(Schedule F)

Joe Courcy
655 West Hartford Avenue
Uxbridge, MA 01569
(Schedule F)

Joe Rocha
37 Pine Hill Lane
Marion, MA 02738
(Schedule F)

John Dibitetto
14 Ruby Circle
Haverhill, MA 01835
(Schedule F)

John Farias
22 Manuel Avenue
Johnston, RI 02919
(Schedule F)

John Fogle, Jr.
404 Broad Street
PO Box 261
Nescopeck, PA 18635
(Schedule F/POC)

John Freeburn
12 Sachem Path
West Yarmouth, MA 02673
(Schedule F/POC)

John Gigarjian
117 West Street
Douglas, MA 01516
(Schedule F)

John Kurth
25 Kellogg Street
Brookfield, CT 06804
(Schedule F/POC)

John Serijan
53 Aunt Dorahs Lane
Yarmouth Port, MA 02675
(Schedule F/POC)

Jonas Reinheimer
145 Fairfield Avenue
Woonsocket, RI 02895
(Schedule F)

Jonathan Durante
26 Dean Street
Stoneham, MA 02180
(Schedule F/POC)

Jorge Lomastro
751 Washington Street
Coventry, RI 02816
(Schedule F/POC)

Joseph Drew
49 W. Main Street
Upton, MA 01568
(Schedule F)

Joseph Dwelly
8 Dunster Path
West Yarmouth, MA 02673
(Schedule F)

Joseph Laydon
63 Mason Road
Whitinsville, MA 01588
(Schedule F/POC)

Joseph Massaro
83 Lake Shore Drive
Middlefield, CT 06455
(Schedule F/POC)

Joseph Njuguna
317 Reservoir Street
Norton, MA 02766
(Schedule F)

Joshua Uhalt
34 Deer Ledge Lane
Wethersfield, CT 06109
(Schedule F/POC)

Joyce Maria
Jon Fish
107 Merchant Avenue
Yarmouth Port, MA 02675
(Schedule F/POC)

Joyce McFarland
106 Captain York Road
South Yarmouth, MA 02664
(Schedule F/POC)

Judith Danis
15 Old Cedar Lane
South Yarmouth, MA 02664
(Schedule F)

## SERVICE LIST

### Solar Wolf Energy, Inc. Debtor
### Chapter 7, Case No. 22-40693-CJP

Judy Kozak
108 Drew Blvd
Orange, MA 01364
(Schedule F/POC)

Judy Presnol
6 Tryton Avenue
Rumford, RI 02916
(Schedule F)

Justin Ferrari
28 Buttercup Lane
New Hartford, CT 06057
(Schedule F)

Justin Ferrari
c/o Thomas J. Lengyel, Esq.
167 Cherry Street
Suite 211
Milford, CT 06469
(POC)

Karen Crowley
Daniel Crowley
82 Wimbledon Drive
West Yarmouth, MA 02673
(Schedule F/POC)

Kathleen Henry
16 Louise Lane
West Yarmouth, MA 02673
(Schedule F)

Keith Gove
268 Simsbury Road
West Granby, CT 06090
(Schedule F)

Kenneth McCarter
421 R S Main Street
Bellingham, MA 02019
(Schedule F)

Kevin Bradley
89 Baker Road
West Yarmouth, MA 02673
(Schedule F/POC)

Kevin and Carol Donahue
45 Mooring Lane
South Yarmouth, MA 02664
(Schedule F/POC)

Kevin Jordan
269 Sawmill Hill Road
Sterling, CT 06377
(Schedule F/POC)

Kevin Kauffman
10 Bangor Road
Middleton, PA 17057
(Schedule F)

Kim Berner
27 Erickson Way
South Yarmouth, MA 02664
(Schedule F/POC)

Kim Nelson
29 Highbank Road
South Yarmouth, MA 02664
(Schedule F/POC)

Kirk Deluca
41 Donald Road
Burlington, MA 01803
(Schedule F)

Kristie Miersma
288 Goldthwaite Road
Whitinsville, MA 01588
(Schedule F/POC)

Korpo Hiamah
18 Fox Meadow Drive
Worcester, MA 01602
(Schedule F)

Lamine Niang
77 Mapleville Main Street
Mapleville, RI 02839
(Schedule F)

Larry Lukaszewicz
333 Chapman Street
Canton, MA 02021
(Schedule F/POC)

Laura Sherman
18 Pinnacle Lane
Yarmouth Port, MA 02675
(Schedule F)

Lewis Mullin
92 Ursula Street
Lowell, MA 01854
(Schedule F)

Louis Gatti
111 Pond End Road
Waltham, MA 02451
(Schedule F)

Louphye Cayemite
56 Roseberry Road
Hyde Park, MA 02136
(Schedule F)

Luke Benes
60 Taunton Street
Plainville, MA 02762
(Schedule F/POC)

## SERVICE LIST

**Solar Wolf Energy, Inc. Debtor
Chapter 7, Case No. 22-40693-CJP**

Lynn Landry
16 Beaver Brook Road
West Yarmouth, MA 02673
(Schedule F)

Lynn Landry
421 South Main St.
Bellingham, MA 02019
(POC)

Majid Jehangir
481 East Street
East Weymouth, MA 02189
(Schedule F)

Marcy Cohen
12 St. Andrews Way
South Yarmouth, MA 02664
(Schedule F)

Margarita Mulero
105 Clifton Avenue
Springfield, MA 01105
(Schedule F)

Margot and Fred Churchill
243 Pleasant Street
South Yarmouth, MA 02664
(Schedule F/POC)

Marianne Sforza
64 Hillcrest Road
Waltham, MA 02451
(Schedule F/POC)

Marie Polynice
105 Hillberg Avenue
Brockton, MA 02301
(Schedule F)

Mark Lique
34 Idora Avenue
Haverhill, MA 01830
(Schedule F)

Mark Wilcox
15 Lytherland Place
Providence, RI 02909
(Schedule F)

Mary Johnson
30 Wild Rose Terrace
South Yarmouth, MA 02664
(Schedule F)

Meghan Ravenscoft Velez
465 W. Denny Avenue
Pinebluff, NC 28373
(Schedule F/POC)

Melinda and Joshua Prince
3 Glenarden Road
Trumbull, CT 06611
(Schedule F)

Tamra J. Evans, Esq.
Tamra J. Evans Esq. LLC
61 Unquowa Rd.
Fairfield, CT 06824
(POC/Joshua and Melinda
Prince)

Michael Kiehnau
303 Route 6A
Yarmouth Port, MA 02675
(Schedule F/POC)

Michael Levesque
3 Deer Run
Hopkinton, MA 01748
(Schedule F)

Michael Valliere
821 Franklin Street
Duxbury, MA 02332
(Schedule F)

Mike Ford
1035 Fairview Street
Lee, MA 01238
(Schedule F/POC)

Mike Hopkins
154 Town Line Road
Burlington, CT 06013
(Schedule F)

Mike Ritter
54 Wainwright Street #2
Boston, MA 02124
(Schedule F/POC)

Monique Maldonado
260 CT-198
Woodstock Valley, CT 06282
(Schedule F)

Murali Paladugu
21 Skyview Drive
Millbury, MA 01527
(Schedule F)

Nancy Douttiel
20 Turtle Cove Road
South Yarmouth, MA 02664
(Schedule F)

Nathaniel Shay
58 Oakland Drive
Trumbull, CT 06611
(Schedule F)

## SERVICE LIST

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

Neil Beauregard
5 Oak Street
Oxford, MA 01540
(Schedule F)

Nicholas Rotti
20 Independence Road
West Yarmouth, MA 02673
(Schedule F/POC)

Nick Oliveira
27 Ontario Drive
Hudson, MA 01749
(Schedule F/POC)

Nilda Chacon
69 Mohawk Avenue
Derby, CT 06418
(Schedule F)

Pam Rego
939 West Yarmouth Road
Yarmouth Port, MA 02675
(Schedule F/POC)

Patricia Vecchione
Arnold Vecchione
40 Killian Road
Johnston, RI 02919
(Schedule F/POC)

Patricia Doon
56 Bray Farm South
Yarmouth Port, MA 02675
(Schedule F)

Patricia Robinson Smith
21 Winter Street
Yarmouth Port, MA 02675
(Schedule F)

Patrick and Tracy Gabridge
44 Willow Street
Florence, MA 01062
(Schedule F/POC)

Paul Carlson
Jean Carlson
119 State Avenue
Rogers, CT 06263
(Schedule F)

Paul L. Carlson
PO Box 23
Rogers, CT 06263
(POC)

Paul Grady
82 Potter Hill Road
Grafton, MA 01519
(Schedule F)

Paul Keller
28 Robin Road
Burlington, CT 06013
(Schedule F)

Pavel Nelyubin
250 Hammond Pond Pkwy.
Newton, MA 02467
(Schedule F/POC)

Pedro Amaral
207 Fairwood Drive
Tiverton, RI 02878
(Schedule F)

Peter Macy
16 River Street
Braintree, MA 02184
(Schedule F)

Ralph McGill
157 Mountain Road
Ridgefield, CT 06877
(Schedule F/POC)

Raymond Huntley
16 Rollie Shepard Drive
Millbury, MA 01527
(Schedule F/POC)

Renay Lemard
221 Billings Road
Fitchburg, MA 01420
(Schedule F)

Rex Bradford
166 Dudleyville Road
Leverett, MA 01054
(Schedule F)

Rex Bradford
10 Heartbreak Road
Ipswich, MA 01938
(POC)

Richard Carroll, Jr.
29 Colt Street
New Britain, CT 06052
(Schedule F/POC)

Richard Falco
103 Naples Avenue
Providence, RI 02908
(Schedule F)

Richard Montague
47 Ash Street
Webster, MA 01570
(Schedule F)

<u>**SERVICE LIST**</u>

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

Richard & Barbara Wasley
316 Long Pond Drive
South Yarmouth, MA 02664
(Schedule F/POC)

Robert Dedominick
3 Carven Road
Milford, MA 01757
(Schedule F/POC)

Robert DelFrate
21 Valley Street
Spencer, MA 01562
(Schedule F)

Robert Giese
75-80 Main Street
Maynard, MA 01754
(Schedule F)

Robert Giese
81 Main Street
Maynard, MA 01754
(Schedule F)

Robert Smith
24 Pond View Drive
Coventry, RI 02816
(Schedule F)

Robert Whritenour
160 Hayway Road
East Falmouth, MA 02536
(Schedule F)

Rosanne Rose
11 Eddy Street
West Yarmouth, MA 02673
(Schedule F/POC)

Ruslan Afasizhev
3 Crabtree Road
Quincy, MA 02171
(Schedule F/POC)

Sandra Cashen
10 Monomoy Road
South Yarmouth, MA 02664
(Schedule F)

Sandra Sarpong
61 Pleasant Street
N. Oxford, MA 01537
(Schedule F)

Sarah and William Sharp
30 Pine Street
Yarmouth Port, MA 02675
(Schedule F/POC)

Second Generation
31 Birch Hill Road
Dennis Port, MA 02639
(Schedule F/POC)

Second Generation
c/o Peter M. Mirageas, Esq.
221 East Main Street, Suite
202
Milford, MA 01757-2826
(Counsel to Second
Generation/Schedule F/POC)

Seth Keevnthal
81 MA-8A
Charlemont, MA 01339
(Schedule F)

Shilpa Trivedi
9 Tern Drive
Shrewsbury, MA 01545
(Schedule F)

Shirley Ann Procopio
24 Moran Circle
Sudbury, MA 01776
(Schedule F)

Solar Foundations
7 Lazur Road
Ballston Lake, NY 12019
(Schedule F/POC)

Srinivasan Ramkumar
31 Pal Drive
Shrewsbury, MA 01545
(Schedule F/POC)

Stacy Maillet
937 Pleasant Street
Leominster, MA 01453
(Schedule F)

Stefanie Argus
88 Ring Street
Providence, RI 02909
(Schedule F)

Su Lin Sheehy
219 West Elm Street
Pembroke, MA 02359
(Schedule F/POC)

Sunil Yada Keerthi
16 Skyview Drive
Millbury, MA 01527
(Schedule F)

Suzanne Rinfret
67 Trull Street
Somerville, MA 02145
(Schedule F/POC)

{Client Matter 15008/14399/A8385104.DOC}

# SERVICE LIST

## Solar Wolf Energy, Inc. Debtor
## Chapter 7, Case No. 22-40693-CJP

| | | |
|---|---|---|
| Suzanne Teuteberg<br>155 S. Sea Avenue<br>West Yarmouth, MA 02673<br>(Schedule F) | Taylor Bennett<br>167B Main Street<br>Douglas, MA 01516<br>(Schedule F/Interest Party) | Thomas Littlewood<br>244 High Meadow Lane<br>Mystic, CT 06355<br>(Schedule F/POC) |
| Tim Grover<br>56 Williams Road<br>West Yarmouth, MA 02673<br>(Schedule F) | Tom Lucchetti<br>Cumberland Carpentry<br>310 West Wrentham Road<br>Cumberland, RI 02864<br>(Schedule F) | Thomas Nemmers<br>8 Doe Road<br>South Yarmouth, MA 02664<br>(Schedule F/POC) |
| Tru Vision<br>35 Harrington Avenue<br>Shrewsbury, MA 01545<br>(Schedule F) | Valerie Serijan<br>23 Cantebury Road<br>Yarmouth Port, MA 02675<br>(Schedule F) | Vichai Levy<br>51 Lota Drive<br>Fairfield, CT 06825<br>(Schedule F) |
| Virginia O'Brien<br>Ed O'Brien<br>54 Fox Run<br>West Greenwich, RI 02817<br>(Schedule F/POC) | Weiss Landscape<br>51 Taylor Avenue<br>Bethel, CT 06801<br>(Schedule F) | Wilder Tamayo<br>15 Edison Street<br>Saugus, MA 01906<br>(Schedule F/POC) |
| William Kennedy<br>62 Midstream Drive<br>South Yarmouth, MA 02664<br>(Schedule F/POC) | William and Susan McEwen<br>2 Adams Road<br>West Yarmouth, MA 02673<br>(Schedule F/POC) | Yako K. Yako<br>4 Christopher Drive<br>Grafton, MA 01519<br>(Schedule F/POC) |
| Yves Frage<br>58 Wingate Road<br>Holliston, MA 01746<br>(Schedule F) | Zsolt Kemecsei<br>11 Studley Road<br>South Yarmouth, MA 02664<br>(Schedule F) | Digital Documents Solutions<br>197 Plymouth Avenue<br>Fall River, MA 02721<br>(Schedule G Contract Party) |
| Ron Medrzychowski<br>73 Sand Hill Road<br>Voluntown, CT 06384<br>(POC) | Joseph Antonelli<br>1 Summit Road<br>Medford, MA 02155<br>(POC) | Michael P. Kelly<br>Keybank<br>46 Pond St.<br>Holbrook, MA 02343<br>(POC) |
| Technology Credit Union<br>PO Box 1300<br>San Jose, CA 95108-1300<br>(POC) | Masterman's LLP<br>PO Box 411<br>Auburn, MA 01501<br>(POC) | Gary Potter<br>615 Henshaw Street<br>Rochdale, MA 01542<br>(POC) |

## SERVICE LIST

### Solar Wolf Energy, Inc. Debtor
### Chapter 7, Case No. 22-40693-CJP

Tranquil Lake Nursery
45 River Street
Rehoboth, MA 02769
(POC)

Vanessa Alarie
40 Wilbur Avenue
Woonsocket, RI 02895
(POC)

Davood Ansari Oghol Beig
8 Adam Wheeler Lane
Holliston, MA 01746-2503
(POC)

Joanne F. Campo, Esq.
Deputy General Counsel
Office of Consumer Affairs
and Business Regulations
501 Boylston Street
Suite 5100
Boston, MA 02116
(POC)

Ian A. Hammel, Esq.
Rebecca D. Raphaelson, Esq.
Mintz Levin
One Financial Center
Boston, MA 02111
(POC/Counsel to SunPower
and its Affiliates)

Joyce Flynn
joyce.flynn@gmail.com
(Attended 341 Creditors
Meeting/Solarize Yarmouth)
**VIA EMAIL**

Robert Palmeri
palmeri01@aol.com
(Attended 341 Creditors
Meeting/Solarize Yarmouth)
**VIA EMAIL**

Randy A. Lloyd
645 Church Street
Whitinsville, MA 01588
(Attended 341 Creditors
Meeting)

Matt Runyon
Runyon's Auto Repair
174 West Main Street
East Brookfield, MA 01515
(Interested Party)

Mark W. Powers, Esq.
Bowditch & Dewey, LLP
311 Main Street
PO Box 15156
Worcester, MA 01608
(Counsel to John and Kirstie
Miersma/NOA)
**VIA ECF**

Thomas J. Lamb, Jr.
President
Centreville Bank
1218 Main Street
West Warwick, RI 02893
(Interested Party)

Polly Klane
Chief Legal Officer
Citizens Bank, NA
One Citizens Plaza
Providence, RI 02903
(Interested Party)

Donald H. McCree
Vice Chairman
Citizens Bank, NA
One Citizens Plaza
Providence, RI 02903
(Interested Party)

Walter W. Bettinger, II
President
Charles Schwab Corporation,
Successor to TD Ameritrade
3000 Schwab Way
Westlake, TX 76262
(Interested Party)

Peter J. Morgan, III
General Counsel
Charles Schwab Corporation,
Successor to TD Ameritrade
3000 Schwab Way
Westlake, TX 76262
(Interested Party)

{Client Matter 15008/14399/A8385104.DOC}

<u>**SERVICE LIST**</u>

**Solar Wolf Energy, Inc. Debtor
Chapter 7, Case No. 22-40693-CJP**

Shamoil Shipchandler, Esq.
Chief Counsel
Charles Schwab
Corporation, Successor to
TD Ameritrade
3000 Schwab Way
Westlake, TX 76262
(Interested Party)

TD Ameritrade
Attn: Legal Dept.
127 Congress Street, Floor 1
Boston, MA 02110
(Interested Party)

TD Ameritrade
Attn: Human Resource Dept.
200 South 108th Avenue
Omaha, NE 68154
(Interested Party)

SolarEdge Technologies,
Inc.
700 E. Tasman Drive
Milpitas, CA 95035
(Interested Party)

John Nickley
31 Peregrine Rd.
Abington, MA 02251
(POC)

Yarmouth Police Department
340 Higgins Crowell Rd.
West Yarmouth, MA 02673
(Interested Party)

Lisa McNeill
lmcneill915@gmail.com
(Attended 341 Creditors
Meeting)
**VIA EMAIL**

Scott Harrington
sharrington@dmoc.com
(Attended 341 Creditors
Meeting)
**VIA EMAIL**

Francis & Rose Francis
yarmouthroses@gmail.com
(Attended 341 Creditors
Meeting)
**VIA EMAIL**

Albert Lucchetti
alucchetti@
cumberlandfoundry.com
(Interested Party)
**VIA E-MAIL**

Cumberland Foundry Co.,
Inc.
tlucchetti@
cumberlandfoundry.com
(Interested Party)
**VIA E-MAIL**

John Nickely
Jeanne Nickely
jnickley@aol.com
(Interested Party
**VIA E-MAIL**

Tamra Evans
for Joshua & Melinda Prince
tamrajevans@gmail.com
(Interested Party)
**VIA E-MAIL**

Emily Woudenberg
emily@goblin.com
(Interested Party)
**VIA E-MAIL**