# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOLAR WOLF ENERGY, INC.,**<br><br>Debtor. | Chapter 7<br>Case No. 22-40693-CJP |

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2023, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

1. Trustee's Limited Objection to Claim No. 1-1 of Massachusetts Department of Revenue (on Behalf of Attorney General of the Commonwealth of Massachusetts), with proposed Order;

2. Notice of Nonevidentiary Telephonic Hearing (Re: Trustee's Limited Objection to Claim No. 1-1 of Massachusetts Department of Revenue (on Behalf of Attorney General of the Commonwealth of Massachusetts) (Objection/Response Deadline – September 22, 2023, at 11:59 p.m.) (Telephonic Hearing – October 3, 2023 at 1:00 p.m.);

3. Trustee's Limited Objection to Claim No. 2-1 of Massachusetts Department of Revenue, with proposed Order;

4. Notice of Nonevidentiary Telephonic Hearing (Re: Trustee's Limited Objection to Claim No. 2-1 of Massachusetts Department of Revenue (Objection/Response Deadline – September 22, 2023, at 11:59 p.m.) (Telephonic Hearing – October 3, 2023 at 1:00 p.m.);

5. Trustee's Limited Objection to Claim No. 40-1 of Department of Treasury – Internal Revenue Service, with proposed Order;

6. Notice of Nonevidentiary Telephonic Hearing (Re: Trustee's Limited Objection to Claim No. 40-1 of Department of Treasury – Internal Revenue Service (Objection/Response Deadline – September 22, 2023, at 11:59 p.m.) (Telephonic Hearing – October 3, 2023 at 1:00 p.m.);

7. Trustee's Limited Objection to Claim No. 105-1 of U.S. Small Business Administration, with proposed Order; and

8. Notice of Nonevidentiary Telephonic Hearing (Re: Trustee's Limited Objection to Claim No. 105-1 of U.S. Small Business Administration (Objection/Response Deadline – September 22, 2023, at 11:59 p.m.) (Telephonic Hearing – October 3, 2023 at 1:00 p.m.).

|  |  |
|---|---|
| | /s/ Joseph H. Baldiga |
| | Joseph H. Baldiga, BBO #549963 |
| | Mirick, O'Connell, DeMallie & Lougee, LLP |
| | 1800 West Park Drive, Suite 400 |
| | Westborough, MA 01581 |
| | Phone: (508) 898-1501 |
| | Fax:    (508) 898-1502 |
| Dated: August 22, 2023 | Email: bankrupt@mirickoconnell.com |

**SERVICE LIST**

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

| | | |
|---|---|---|
| Richard T. King, Esq.<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF 8/18/23 & 8/22/23 and**<br>**VIA EMAIL 8/22/23** | Massachusetts Department of Revenue<br>Attn: Bankruptcy Unit<br>P.O. Box 7090<br>Boston, MA 02204<br>(Taxing Authority/Schedule D/Schedule E /POC) | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br>(Taxing Authority/POC) |
| Maureen Svetkovich<br>Internal Revenue Service<br>Bankruptcy Specialist<br>1000 Liberty Avenue<br>M/S 711B<br>Pittsburg, PA 15222<br>(Taxing Authority) | Ted Strzelecki, President<br>Solar Wolf Energy, Inc.<br>582 Wauwinet Road<br>Barre, MA 01005<br>(Debtor) | Troy D. Morrison, Esq.<br>Morrison & Associates, P.C.<br>255 Park Avenue, Suite 1000<br>Worcester, MA 01609<br>(Debtor's Counsel)<br>**VIA ECF 8/18/23 & 8/22/23** |
| Steven J. Marullo, Esq.<br>Law Office of Steven J. Marullo<br>435 Newbury Street<br>Suite 217<br>Danvers, MA 01923<br>(Counsel to Jonathan Durante/NOA/POC)<br>**VIA ECF 8/18/23 & 8/22/23** | Richard A. Mestone, Esq.<br>Mestone & Associates LLC<br>435 Newbury Street<br>Suite 217<br>Danvers, MA 01923<br>(Counsel to Jonathan Durante)<br>**VIA ECF 8/18/23 & 8/22/23** | Michael J. Riley, Esq.<br>Mass. Laborers' Legal Services Fund<br>1400 District Avenue<br>Suite 100<br>Burlington, MA 01803<br>(Counsel to Wilder Tamayo/NOA)<br>**VIA ECF 8/18/23 & 8/22/23** |

| | | |
|---|---|---|
| Matthew Rubner, Esq.<br>47 Newhall Avenue<br>Saugus, MA 01906<br>(Counsel to Richard J. Montague)<br>**VIA ECF 8/18/23 & 8/22/23** | Jacob P. Morris, Esq.<br>Rubin, Rubin & Wilcox<br>333 Park Avenue<br>Worcester, MA 01610<br>(Counsel to Judith A. Kozak)<br>**VIA ECF 8/18/23 & 8/22/23** | Amy Lee Lipman-White, Esq.<br>Suite 201<br>171 Rockland Street<br>Hanover, MA 02339<br>(Counsel to Edward J. Versiackas/Schedule F/POC/NOA)<br>**VIA ECF 8/18/23 & 8/22/23** |
| U.S. Small Business Administration<br>2 North 20th Street<br>Birmingham, AL 35203<br>(Schedule D) | U.S. Small Business Administration<br>200 West Santa Ana Blvd.<br>Suite 740<br>Santa Ana, CA 92701<br>(POC) | Christine E. Devine, Esq.<br>Law Office of Christine E. Devine, LLC<br>P. O. Box 7<br>Medway, MA 02053<br>(Counsel to Andrew Cefalu/Schedule F/POC)<br>**VIA ECF 8/18/23 & 8/22/23** |
| Jennifer L. Conrad, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608<br>(Counsel to Christopher Paquette/Schedule F/POC/NOA)<br>**VIA ECF 8/18/23 & 8/22/23** | Christopher S. Tolley, Esq.<br>Phillips & Angley<br>One Washington Mall<br>Boston, MA 02108<br>(Counsel to Consolidated Electrical Distributors, Inc. d/b/a CED Greentech/NOA)<br>**VIA ECF 8/18/23 & 8/22/23** | Brian J. Hughes, Esq.<br>Brennan Recupero Cascione Scungio<br>174 Dean St.<br>Unit B<br>Taunton, MA 02780<br>(Counsel to Donald Wolent/Schedule F/POC/NOA)<br>**VIA ECF 8/18/23 & 8/22/23** |
| Peter J. Haley, Esq.<br>Nelson Mullins Riley & Scarborough LLP<br>One Post Office Square<br>30th Floor<br>Boston, MA 02109<br>(Counsel for GoodLeap, LLC/Schedule F Creditor)<br>**VIA ECF 8/18/23 & 8/22/23** | Mark W. Powers, Esq.<br>Bowditch & Dewey, LLP<br>311 Main Street<br>PO Box 15156<br>Worcester, MA 01608<br>(Counsel to John and Kirstie Miersma/NOA)<br>**VIA ECF 8/18/23 & 8/22/23** | |