# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOLAR WOLF ENERGY, INC.,**<br><br>Debtor. | Chapter 7<br>Case No. 22-40693-CJP |

## NOTICE OF CONTINUED TELEPHONIC HEARING AND
## OBJECTION/RESPONSE DEADLINE

PLEASE TAKE NOTICE that a continued telephonic hearing on the following matters has been scheduled for **October 25, 2023 at 1:30 p.m.** before the Honorable Christopher J. Panos, United States Bankruptcy Judge, at the United States Bankruptcy Court located at 595 Main Street, Worcester, Massachusetts:

1. Trustee's Limited Objection to Claim No. 40-1 of Department of Treasury – Internal Revenue Service (the "IRS Claim Objection"); and

2. Trustee's Limited Objection to Claim No. 105-1 of U.S. Small Business Administration (the "SBA Claim Objection"; together with the IRS Claim Objection, the "Claim Objections").[1]

**TO PARTICIPATE, ATTENDEES SHALL DIAL (877) 873.8018 AND ENTER ACCESS CODE 1167883.**

PLEASE TAKE FURTHER NOTICE that the deadline to file a response and/or objection with respect to the Claim Objections is **October 23, 2023 at 11:59 p.m.**

---

[1] Copies of this Notice, along with copies of the Claim Objections, are being served upon certain of the parties as noted on the attached service list. All other parties noted on the service list were previously served with copies of the above-referenced Claim Objections and are being served with a copy of this Notice only.

{Client Matter 15008/14399/A8474781.DOC}

Respectfully submitted,

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE

By his counsel,

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA  01581
Phone: 508.898.1501
Fax:    508.898.1502
Email: bankrupt@mirickoconnell.com

Dated:   October 4, 2023

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOLAR WOLF ENERGY, INC.,**<br><br>Debtor. | Chapter 7<br>Case No. 22-40693-CJP |

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2023, I caused a copy of the following document to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List, and to all parties entitled to receive notice via the Court's electronic case filing (ECF) system:

**Notice of Continued Telephonic Hearing and Objection/Response Deadline
(the "Notice")[1]**

**(Hearing – October 25, 2023 at 1:30 p.m.)
(Objection/Response Deadline – October 23, 2023 at 11:59 p.m.)**

**(Re: Trustee's Limited Objection to Claim No. 40-1 of
Department of Treasury – Internal Revenue Service)**

**(Re: Trustee's Limited Objection to Claim No. 105-1 of
U.S. Small Business Administration)**

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax: 508.898.1502
Dated: October 4, 2023   Email: bankrupt@mirickoconnell.com

---

[1] A copy of this Notice, along with copies of the above-referenced claim objections, are being served on certain of the parties as noted on the attached Service List. All other parties noted on the attached Service List were previously served with copies of the above-referenced claim objections and are being served with a copy of the Notice only.

{Client Matter 15008/14399/A8474796.DOC}

## SERVICE LIST

### Solar Wolf Energy, Inc., Debtor
### Chapter 7, Case No. 22-40693-CJP

| | | |
|---|---|---|
| Richard T. King, Esq.<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF & EMAIL** | Internal Revenue Service<br>Centralized Insolvency<br>Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br>(Taxing Authority/POC) | Maureen Svetkovich<br>Internal Revenue Service<br>Bankruptcy Specialist<br>1000 Liberty Avenue<br>M/S 711B<br>Pittsburg, PA 15222<br>(Taxing Authority) |
| Ted Strzelecki, President<br>Solar Wolf Energy, Inc.<br>582 Wauwinet Road<br>Barre, MA 01005<br>(Debtor) | Troy D. Morrison, Esq.<br>Morrison & Associates, P.C.<br>255 Park Avenue, Suite 1000<br>Worcester, MA 01609<br>(Debtor's Counsel)<br>**VIA ECF** | Mark W. Powers, Esq.<br>Bowditch & Dewey, LLP<br>311 Main Street<br>PO Box 15156<br>Worcester, MA 01608<br>(Counsel to John and Kirstie Miersma/NOA)<br>**VIA ECF** |
| Steven J. Marullo, Esq.<br>Law Office of Steven J. Marullo<br>435 Newbury Street<br>Suite 217<br>Danvers, MA 01923<br>(Counsel to Jonathan Durante/NOA/POC)<br>**VIA ECF** | Richard A. Mestone, Esq.<br>Mestone & Associates LLC<br>435 Newbury Street<br>Suite 217<br>Danvers, MA 01923<br>(Counsel to Jonathan Durante)<br>**VIA ECF** | Michael J. Riley, Esq.<br>Mass. Laborers' Legal Services Fund<br>1400 District Avenue<br>Suite 100<br>Burlington, MA 01803<br>(Counsel to Wilder Tamayo/NOA)<br>**VIA ECF** |
| Matthew Rubner, Esq.<br>47 Newhall Avenue<br>Saugus, MA 01906<br>(Counsel to Richard J. Montague)<br>**VIA ECF** | Jacob P. Morris, Esq.<br>Rubin, Rubin & Wilcox<br>333 Park Avenue<br>Worcester, MA 01610<br>(Counsel to Judith A. Kozak)<br>**VIA ECF** | Amy Lee Lipman-White, Esq.<br>Suite 201<br>171 Rockland Street<br>Hanover, MA 02339<br>(Counsel to Edward J. Versiackas/Schedule F/POC/NOA)<br>**VIA ECF** |

2

{Client Matter 15008/14399/A8474796.DOC}

**SERVICE LIST**

**Solar Wolf Energy, Inc., Debtor**
**Chapter 7, Case No. 22-40693-CJP**

U.S. Small Business
Administration
2 North 20th Street
Birmingham, AL 35203
(Schedule D)

U.S. Small Business
Administration
200 West Santa Ana Blvd.
Suite 740
Santa Ana, CA 92701
(POC)

Christine E. Devine, Esq.
Law Office of Christine E.
Devine, LLC
P. O. Box 7
Medway, MA 02053
(Counsel to Andrew
Cefalu/Schedule F/POC)
**VIA ECF**

Jennifer L. Conrad, Esq.
Seder & Chandler, LLP
339 Main Street
Worcester, MA 01608
(Counsel to Christopher
Paquette/Schedule
F/POC/NOA)
**VIA ECF**

Christopher S. Tolley, Esq.
Phillips & Angley
One Washington Mall
Boston, MA 02108
(Counsel to Consolidated
Electrical Distributors, Inc.
d/b/a CED Greentech/NOA)
**VIA ECF**

Brian J. Hughes, Esq.
Brennan Recupero Cascione
Scungio
174 Dean St.
Unit B
Taunton, MA 02780
(Counsel to Donald
Wolent/Schedule
F/POC/NOA)
**VIA ECF**

Peter J. Haley, Esq.
Nelson Mullins Riley &
Scarborough LLP
One Post Office Square
30th Floor
Boston, MA 02109
(Counsel for GoodLeap,
LLC/Schedule F Creditor)
**VIA ECF**

Mark W. Powers, Esq.
Bowditch & Dewey, LLP
311 Main Street
PO Box 15156
Worcester, MA 01608
(Counsel to John and Kirstie
Miersma/NOA)
**VIA ECF**

United States Attorney
Attn: Civil Process Clerk
John Joseph Moakley United
States Federal Courthouse
Suite 9200
One Courthouse Way
Boston, MA 02210
(United States Attorney)
(Service of Notice and Claim
Objections)

Office of the Attorney
General of the United States
Attn: Civil Process Clerk
1100 15th St., NW, Suite 800
Washington, D.C. 20005
(United States Attorney)
(Service of Notice and
Claim Objections)

3