# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| **In re:** | |
| **SOLAR WOLF ENERGY, INC.,** | **Chapter 7**<br>**Case No. 22-40693-CJP** |
| Debtor. | |

## MOTION TO LIMIT NOTICE

To the Honorable Christopher J. Panos, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, and hereby moves this Court pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and MLBR 2002-1(b) to limit notice regarding his Limited Objections to 1) Claim No. 15 of Joyce Maria and Jon Fish, 2) Claim No. 76 of Larry E. and Lee E. Lukaszewicz and 3) Claim No. 31 of Consolidated Electrical Distributors, Inc. d/b/a CED Greentech (collectively, the "Claim Objections") to service upon Joyce Maria and Jon Fish, Larry E. and Lee E. Lukaszewicz, Consolidated Electrical Distributors, Inc. d/b/a CED Greentech and its counsel, Debtor's counsel, the Office of the United States Trustee, all secured creditors, taxing authorities, and all parties that have filed requests for notice.

In support hereof, the Trustee submits the following:

1.  On September 23, 2022, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2. On September 26, 2022, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of the Debtor's bankruptcy case, and he continues to serve as such.

3. On April 1, 2024, the Trustee filed the Claim Objections and sought orders thereon.

4. The Trustee submits that service of the Claim Objections on all the unsecured creditors would impose an undue burden on the estate of the Debtor both financially and administratively due to the large number of creditors listed on just Schedule E/F (over 232) in this case.

5. Accordingly, the Trustee requests that he be authorized to limit notice to Joyce Maria and Jon Fish, Larry E. and Lee E. Lukaszewicz, Consolidated Electrical Distributors, Inc. d/b/a CED Greentech and its counsel, Debtor's counsel, the Office of the United States Trustee, all secured creditors, taxing authorities, and all parties that have filed requests for notice.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

a. Allowing the Trustee's motion to limit notice; and

  b. Granting such other and further relief as is just.

            Respectfully submitted,

            JOSEPH H. BALDIGA,
            CHAPTER 7 TRUSTEE

            /s/ Joseph H. Baldiga
            Joseph H. Baldiga, BBO #549963
            Mirick, O'Connell, DeMallie & Lougee, LLP
            1800 West Park Drive, Suite 400
            Westborough, MA  01581
            Phone: 508.898.1501
            Fax:  508.898.1502
            Email: bankrupt@mirickoconnell.com

Dated: April 3, 2024

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOLAR WOLF ENERGY, INC.,**<br><br>Debtor. | **Chapter 7**<br>**Case No. 22-40693-CJP** |

## ORDER AUTHORIZING MOTION TO LIMIT NOTICE

Upon the motion dated April 3, 2024 (the "Motion") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, for authority to limit notice of his Limited Objections to 1) Claim No. 15 of Joyce Maria and Jon Fish, 2) Claim No. 76 of Larry E. and Lee E. Lukaszewicz and 3) Claim No. 31 of Consolidated Electrical Distributors, Inc. d/b/a CED Greentech (the "Objections"), and the Court finding that the notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

a. The Motion is ALLOWED; and

b. The Trustee may limit notice of the Objections to service upon Joyce Maria and Jon Fish, Larry E. and Lee E. Lukaszewicz, Consolidated Electrical Distributors, Inc. d/b/a CED Greentech and its counsel, Debtor's counsel, the Office of the United States Trustee, all secured creditors, taxing authorities, and all parties that have filed requests for notice.

Dated: _____, 2024

Honorable Christopher J. Panos
United States Bankruptcy Judge

4885-1584-2484, v. 1