**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

| | |
|---|---|
| In re:<br><br>**SOLAR WOLF ENERGY, INC.,**<br><br>Debtor. | **Chapter 7**<br>**Case No. 22-40693-CJP** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2024, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

- **Trustee's Limited Objection to Claim No. 31 of Consolidated Electrical Distributors, Inc. d/b/a CED Greentech; and**

- **Notice of Nonevidentiary Hybrid Hearing**
  **(Hearing:  May 14, 2024 at 10:30 a.m.)**
  **(Objection/Response Deadline:  May 3, 2024 at 11:59 p.m.); and**

- **Motion to Limit Notice, with proposed Order.**

                                                     /s/ Joseph H. Baldiga
                                         Joseph H. Baldiga, BBO #549963
                                         Mirick, O'Connell, DeMallie & Lougee, LLP
                                         1800 West Park Drive, Suite 400
                                         Westborough, MA 01581
                                         Phone: (508) 898-1501
                                         Fax:    (508) 898-1502
Dated: April 3, 2024                    Email: bankrupt@mirickoconnell.com

1

**SERVICE LIST**

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

| | | |
|---|---|---|
| Richard T. King, Esq.<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF & EMAIL** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Massachusetts Department of Revenue<br>Attn: Bankruptcy Unit<br>P.O. Box 7090<br>Boston, MA 02204<br>(Taxing Authority/Schedule D/Schedule E /POC) |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br>(Taxing Authority/POC) | United States Attorney<br>John Joseph Moakley United States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Office of the Attorney General<br>Commonwealth of MA<br>18th Floor<br>One Ashburton Place<br>Boston, MA 02108<br>(Attorney General) |
| Ted Strzelecki, President<br>Solar Wolf Energy, Inc.<br>582 Wauwinet Road<br>Barre, MA 01005<br>(Debtor) | Troy D. Morrison, Esq.<br>Morrison & Associates, P.C.<br>255 Park Avenue, Suite 1000<br>Worcester, MA 01609<br>(Debtor's Counsel)<br>**VIA ECF** | Internal Revenue Service<br>PO Box 931200<br>Louisville, KY 40293-1200<br>(Taxing Authority/Schedule E/Schedule F/POC) |
| Massachusetts Department of Revenue<br>PO Box 7021<br>Boston, MA 02204<br>(Taxing Authority) | U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Ave., NW<br>Washington, DC 20210<br>(Interested Party) | Michael D. Felsen, Esq.<br>U.S. Department of Labor<br>15 Sudbury Street, Room E-375<br>JFK Federal Building<br>Boston, MA 02203<br>(Interested Party) |
| Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>445 12th Street, SW<br>Washington, DC 20024-2101<br>(Interested Party) | Steven J. Marullo, Esq.<br>Law Office of Steven J. Marullo<br>435 Newbury Street<br>Suite 217<br>Danvers, MA 01923<br>(Counsel to Jonathan Durante/NOA/POC)<br>**VIA ECF** | Richard A. Mestone, Esq.<br>Mestone & Associates LLC<br>435 Newbury Street<br>Suite 217<br>Danvers, MA 01923<br>(Counsel to Jonathan Durante)<br>**VIA ECF** |

**SERVICE LIST**

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

| | | |
|---|---|---|
| Robert E. McLaughlin, Jr., Esq.<br>Gilman, McLaughlin & Hanrahan LLP<br>101 Merrimac St.<br>P.O. Box 9601<br>Boston, MA 02114-9601<br>(Counsel to Cabot House (Former Landlord)) | Michael A. Procopio<br>24 Moran Cr.<br>Sudbury, MA 01776<br>(NOA/POC) | Michael J. Riley, Esq.<br>Mass. Laborers' Legal Services Fund<br>1400 District Avenue<br>Suite 100<br>Burlington, MA 01803<br>(Counsel to Wilder Tamayo/NOA)<br>**VIA ECF** |
| Daniel Bahls<br>Assistant Attorney General<br>Massachusetts Office of the Attorney General<br>Consumer Protection Division<br>1441 Main Street, Suite 1200<br>Springfield, MA 01103<br>(Interested Party) | Matthew Rubner, Esq.<br>47 Newhall Avenue<br>Saugus, MA 01906<br>(Counsel to Richard J. Montague)<br>**VIA ECF** | Jacob P. Morris, Esq.<br>Rubin, Rubin & Wilcox<br>333 Park Avenue<br>Worcester, MA 01610<br>(Counsel to Judith A. Kozak)<br>**VIA ECF** |
| Amy Lee Lipman-White, Esq.<br>Suite 201<br>171 Rockland Street<br>Hanover, MA 02339<br>(Counsel to Edward J. Versiackas/Schedule F/POC/NOA)<br>**VIA ECF** | Corporation Services Company<br>PO Box 2576<br>Springfield, IL 62708<br>(Schedule D) | CT Corporation Systems<br>PO Box 2576<br>Springfield, IL 62708<br>(Schedule D) |
| DLR, Inc.<br>PO Box 520382<br>Salt Lake City, UT 84152<br>(Schedule D) | Orange Advance, LLC<br>140 32nd Street #316<br>Brooklyn, NY 11232<br>(Schedule D) | U.S. Small Business Administration<br>2 North 20th Street<br>Birmingham, AL 35203<br>(Schedule D) |
| Christine E. Devine, Esq.<br>Law Office of Christine E. Devine, LLC<br>P. O. Box 7<br>Medway, MA 02053<br>(Counsel to Andrew Cefalu/Schedule F/POC)<br>**VIA ECF** | Jennifer L. Conrad, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608<br>(Counsel to Christopher Paquette/Schedule F/POC/NOA)<br>**VIA ECF** | Christopher S. Tolley, Esq.<br>Phillips & Angley<br>One Washington Mall<br>Boston, MA 02108<br>(Counsel to Consolidated Electrical Distributors, Inc. d/b/a CED Greentech/NOA)<br>**VIA ECF** |

**SERVICE LIST**

**Solar Wolf Energy, Inc. Debtor**
**Chapter 7, Case No. 22-40693-CJP**

| | | |
|---|---|---|
| Brian J. Hughes, Esq.<br>Brennan Recupero Cascione Scungio<br>174 Dean St.<br>Unit B<br>Taunton, MA 02780<br>(Counsel to Donald Wolent/Schedule F/POC/NOA)<br>**VIA ECF** | Ian A. Hammel, Esq.<br>Rebecca D. Raphaelson, Esq.<br>Mintz Levin<br>One Financial Center<br>Boston, MA 02111<br>(POC/Counsel to SunPower and its Affiliates) | Consolidated Electric<br>1920 Westridge Drive<br>Irving, TX 75038 |
| Mark W. Powers, Esq.<br>Bowditch & Dewey, LLP<br>311 Main Street<br>PO Box 15156<br>Worcester, MA 01608<br>(Counsel to John and Kirstie Miersma/NOA)<br>**VIA ECF** | | |

4895-6232-1332, v. 1