# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOLAR WOLF ENERGY, INC.,**<br><br>Debtor. | **Chapter 7**<br>**Case No. 22-40693-CJP** |

## ORDER AUTHORIZING MOTION TO LIMIT NOTICE

Upon the motion dated April 3, 2024 (the "Motion") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, for authority to limit notice of his Limited Objections to 1) Claim No. 15 of Joyce Maria and Jon Fish, 2) Claim No. 76 of Larry E. and Lee E. Lukaszewicz and 3) Claim No. 31 of Consolidated Electrical Distributors, Inc. d/b/a CED Greentech (the "Objections"), and the Court finding that the notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

a. The Motion is ALLOWED; and

b. The Trustee may limit notice of the Objections to service upon Joyce Maria and Jon Fish, Larry E. and Lee E. Lukaszewicz, Consolidated Electrical Distributors, Inc. d/b/a CED Greentech and its counsel, Debtor's counsel, the Office of the United States Trustee, all secured creditors, taxing authorities, and all parties that have filed requests for notice.

Dated: May 13, 2024

_____
Christopher J. Panos
United States Bankruptcy Judge