UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOLAR WOLF ENERGY, INC.,**<br><br>Debtor. | Chapter 7<br>Case No. 22-40693-CJP |

**ORDER SUSTAINING TRUSTEE'S LIMITED OBJECTION TO CLAIM
NO. 31-1 OF CONSOLIDATED ELECRICAL DISTRIBUTORS, INC.
D/B/A CED GREENTECH**

Upon the Limited Objection to Claim No. 31-1 of Consolidated Electrical Distributors, Inc. d/b/a CED Greentech dated April 1, 2024 (the "Consolidated Objection") and filed by Joseph H. Baldiga, Chapter 7 trustee (the "Trustee"); notice having been sufficient, no response having been filed, it is hereby ORDERED that:

(1) The Consolidated Objection is sustained and the May 14, 2024 on the Consolidated Objection is cancelled; and

(2) Claim No. 31-1 shall be treated as follows:

Any lien represented by Claim No. 31-1, filed by Consolidated Electrical Distributors, Inc. d/b/a CED Greentech, does not apply to the Estate Funds (as defined in the Consolidated Objection) that are available for distribution by the Trustee.

Dated: May 13, 2024

_____
Christopher J. Panos
United States Bankruptcy Judge