

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>**Solar Wolf Energy, Inc.,**<br>Debtor | Chapter 7<br>22-40693-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

Hybrid Hearings on #398 Limited Objection of the Chapter 7 Trustee, Joseph H. Baldiga, to Claim No. 76 of Claimant Larry E. and Lee E. Lukaszewicz and
#399 Limited Objection of the Chapter 7 Trustee, Joseph H. Baldiga, to Claim No. 15 of Claimant Joyce Maria and Jon Fish.

**Decision set forth more fully as follows:**

**OBJECTIONS SUSTAINED. CHAPTER 7 TRUSTEE SHALL PROVIDE A FORM OF ORDER IN WORD FORMAT TO CJP@MAB.USCOURTS.GOV.**

Dated: 05/15/2024

By the Court,

Christopher J. Panos
United States Bankruptcy Judge