UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| SOLAR WOLF ENERGY, INC. | § | Case No. 22-40693-CJP |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH H. BALDIGA, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
Donohue Federal Building
595 Main Street, Room 211
Worcester, MA  01608-2076

The following procedures for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved, or to the Final Report, must file a written objection with the court at the address above on or before _____ by _____ and serve a copy of the objection(s) upon the trustee, any party whose application is being challenged, and the United States Trustee.

HEARING

A hearing on the fee applications and any objection to the Final Report will be held at _____ on _____ in Courtroom 3, 3rd floor at the Harold Donohue Federal Building and Courthouse, 595 Main Street, Worcester, MA 01608-2076.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay the applications and dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: /s/ Joseph H. Baldiga_____
                                                                          Chapter 7 Trustee

*Joseph H. Baldiga, Trustee*
*Mirick, O'Connell*
*1800 West Park Drive, Suite 400*
*Westborough, MA  01581-3926*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### CENTRAL DIVISION

| In Re: | | § | |
| | | § | |
| SOLAR WOLF ENERGY, INC. | | § | Case No. 22-40693-CJP |
| | | § | |
| | Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 72,550.00 |
| and approved disbursements of | $ | 16,430.16 |
| leaving a balance on hand of[1] | $ | 56,119.84 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | MASSACHUSETTS DEPARTMENT OF REVENUE | $ 76,262.13 | $ 0.00 | $ 0.00 | $ 0.00 |
| 105 | U.S. SMALL BUSINESS ADMINISTRATION | $ 163,191.78 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2A | MASSACHUSETTS DEPARTMENT OF REVENUE | $ 134,689.21 | $ 2,500.00 | $ 2,500.00 | $ 0.00 |
| 31 | CONSOLIDATED ELECTRIC | $ 101,027.69 | $ 0.00 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 40A | INTERNAL REVENUE SERVICE | $  913,848.29 | $  2,500.00 | $  2,500.00 | $  0.00 |
| 94 | SUNPOWER CORPORATION AND ITS AFFILIATES | $  42,374.53 | $  0.00 | $  0.00 | $  0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 56,119.84 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH H. BALDIGA | $  6,877.50 | $  0.00 | $  3,788.02 |
| Attorney for Trustee Fees: MIRICK, O'CONNELL | $  81,335.00 | $  0.00 | $  41,820.82 |
| Attorney for Trustee Expenses: MIRICK, O'CONNELL | $  7,050.51 | $  0.00 | $  3,883.31 |
| Accountant for Trustee Fees: VERDOLINO & LOWEY, P.C. | $  5,623.50 | $  0.00 | $  5,623.50 |
| Auctioneer Fees: PAUL E. SAPERSTEIN CO., INC. | $  3,755.00 | $  3,755.00 | $  0.00 |
| Charges: UNITED STATES BANKRUPTCY COURT | $  188.00 | $  188.00 | $  0.00 |
| Other: COMMISSIONER OF REVENUE SERVICES NA | $  250.00 | $  250.00 | $  0.00 |
| Other: COMMONWEALTH OF MASSACHUSETTS | $  456.00 | $  456.00 | $  0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $  53.35 | $  53.35 | $  0.00 |
| Other: PAUL E. SAPERSTEIN CO., INC. | $  5,577.21 | $  5,577.21 | $  0.00 |
| Other: RHODE ISLAND DIVISION OF TAXATION | $  400.00 | $  400.00 | $  0.00 |

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: VERDOLINO & LOWEY, P.C. | $ 1,004.19 | $ 0.00 | $ 1,004.19 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 56,119.84 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $541,427.01 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5A | DEAN ANGELOS | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 7-2A | NICHOLAS ROTTI | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 10 | YAKO YAKO | $ 7,115.40 | $ 0.00 | $ 0.00 |
| 15-1, 15-2 | JOYCE MARIA AND JON FISH | $ 500.00 | $ 0.00 | $ 0.00 |
| 16 | CAROLYN LODDERS | $ 5,206.20 | $ 0.00 | $ 0.00 |
| 17A | RAYMOND HUNTLEY | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 18A | DIPTAM CHATTERJEE | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 19A | SRINIVASAN RAMKUMAR | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 23A | JONATHAN DURANTE | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 24A | CARI BROWN | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 27A | MICHAEL A. PROCOPIO | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 33A | WILDER TAMAYO | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 46A | MICHAEL KIEHNAU | $ 3,350.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 47-2 | MARIANNE SFORZA | $ 3,123.60 | $ 0.00 | $ 0.00 |
| 52A | SUSAN MCEWEN | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 53A | PATRICK GABRIDGE | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 58 | KAREN AND DANIEL CROWLEY | $ 7,288.20 | $ 0.00 | $ 0.00 |
| 62 | SU LIN SHEEHY | $ 3,061.80 | $ 0.00 | $ 0.00 |
| 63 | DAVID WITTER | $ 6,370.80 | $ 0.00 | $ 0.00 |
| 70A | GIUSEPPE FOLCO | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 71 | JOHN FREEBURN | $ 2,603.10 | $ 0.00 | $ 0.00 |
| 73A | KIRSTIE MIERSMA | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 74A | NICK OLIVEIRA | $ 2,775.00 | $ 0.00 | $ 0.00 |
| 76A | LARRY AND LEE LUKASZEWICZ | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 77 | JUDY KOZAK | $ 33,904.20 | $ 0.00 | $ 0.00 |
| 83A | MIKE RITTER | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 88A | JOHN KURTH | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 91A | REX E. BRADFORD | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 93A | HOWARD & NICOLE HECHT | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 99A | JOSHUA AND MELINDA PRINCE | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 104-2A | DONALD WOLENT | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 106A | ANDREW CEFALU | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 108 | EDWARD MEINERS | $ 1,000.00 | $ 0.00 | $ 0.00 |
| 112A | RICHARD CARROLL, JR. | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 117A | ED SENTEIO | $ 2,775.00 | $ 0.00 | $ 0.00 |
| 2B | MASSACHUSETTS DEPARTMENT OF REVENUE | $ 0.00 | $ 0.00 | $ 0.00 |
| 40B | INTERNAL REVENUE SERVICE | $ 388,653.71 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors                            $_____ 0.00

Remaining Balance                                                 $_____ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,341,079.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | ANDREW G. BAXTER | $ 12,922.00 | $ 0.00 | $ 0.00 |
| 4 | ARVIN NUNDLOLL | $ 13,612.80 | $ 0.00 | $ 0.00 |
| 5B | DEAN ANGELOS | $ 18,497.20 | $ 0.00 | $ 0.00 |
| 6 | DANIEL LONG | $ 14,055.94 | $ 0.00 | $ 0.00 |
| 7-2B | NICHOLAS ROTTI | $ 11,190.40 | $ 0.00 | $ 0.00 |
| 8 | EDWARD VERSIACKAS | $ 19,295.40 | $ 0.00 | $ 0.00 |
| 9 | BARBARA A LAVOINE | $ 3,644.40 | $ 0.00 | $ 0.00 |
| 11 | CYNTHIA L. BERK AND JANIS E. BRINKER | $ 7,288.20 | $ 0.00 | $ 0.00 |
| 12 | JAMES J PFEFFER | $ 28,051.20 | $ 0.00 | $ 0.00 |
| 13 | KEVIN M. DONAHUE | $ 10,151.40 | $ 0.00 | $ 0.00 |
| 14 | FREDERIC JAFFRE | $ 27,000.00 | $ 0.00 | $ 0.00 |
| 17B | RAYMOND HUNTLEY | $ 13,252.60 | $ 0.00 | $ 0.00 |
| 18B | DIPTAM CHATTERJEE | $ 5,495.20 | $ 0.00 | $ 0.00 |
| 19B | SRINIVASAN RAMKUMAR | $ 7,876.60 | $ 0.00 | $ 0.00 |
| 20 | CHRISTOPHER C. PAQUETTE | $ 18,381.60 | $ 0.00 | $ 0.00 |
| 21 | KIM NELSON | $ 4,425.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 22 | THOMAS NEMMERS | $ 11,452.80 | $ 0.00 | $ 0.00 |
| 23B | JONATHAN DURANTE | $ 17,050.00 | $ 0.00 | $ 0.00 |
| 24B | CARI BROWN | $ 6,516.00 | $ 0.00 | $ 0.00 |
| 25 | RON MEDRZYCHOWSKI | $ 14,040.00 | $ 0.00 | $ 0.00 |
| 26 | JOSEPH ANTONELLI | $ 0.00 | $ 0.00 | $ 0.00 |
| 27B | MICHAEL A. PROCOPIO | $ 30,396.40 | $ 0.00 | $ 0.00 |
| 28 | DANIEL GRENON | $ 8,894.00 | $ 0.00 | $ 0.00 |
| 29 | KIM BERNER | $ 10,932.60 | $ 0.00 | $ 0.00 |
| 30 | KEVIN BRADLEY | $ 11,973.60 | $ 0.00 | $ 0.00 |
| 32-2 | MICHAEL P. KELLY | $ 57,000.00 | $ 0.00 | $ 0.00 |
| 33B | WILDER TAMAYO | $ 2,981.50 | $ 0.00 | $ 0.00 |
| 34 | MEGHAN RAVENSCROFT-VELEZ | $ 11,276.40 | $ 0.00 | $ 0.00 |
| 35 | JASON BERRY | $ 15,141.60 | $ 0.00 | $ 0.00 |
| 36 | VIRGINIA LEE OBRIEN | $ 7,800.00 | $ 0.00 | $ 0.00 |
| 37 | RUSLAN AFASIZHEV | $ 29,324.00 | $ 0.00 | $ 0.00 |
| 38 | CHRISTOPHER RODWILL | $ 24,738.00 | $ 0.00 | $ 0.00 |
| 39 | AVIDIA BANK | $ 1,859.95 | $ 0.00 | $ 0.00 |
| 40C | INTERNAL REVENUE SERVICE | $ 311,597.19 | $ 0.00 | $ 0.00 |
| 41 | CLAIRE BOURDEAU | $ 16,138.30 | $ 0.00 | $ 0.00 |
| 42 | DANIEL A. KOHNFELDER | $ 18,254.40 | $ 0.00 | $ 0.00 |
| 43 | HETAL HITESH WADIKAR | $ 22,738.00 | $ 0.00 | $ 0.00 |
| 44 | MARK LIQUE | $ 11,859.99 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 45 | SOLAR FOUNDATIONS USA, INC. | $ 31,372.14 | $ 0.00 | $ 0.00 |
| 46B | MICHAEL KIEHNAU | $ 15,504.40 | $ 0.00 | $ 0.00 |
| 48 | MASTERMAN"S LLP | $ 1,188.44 | $ 0.00 | $ 0.00 |
| 49 | TECHNOLOGY CREDIT UNION | $ 6,000.00 | $ 0.00 | $ 0.00 |
| 50 | JOHN SERIJAN | $ 1,000.00 | $ 0.00 | $ 0.00 |
| 51 | PAM REGO | $ 14,750.05 | $ 0.00 | $ 0.00 |
| 52B | SUSAN MCEWEN | $ 20,164.46 | $ 0.00 | $ 0.00 |
| 53B | PATRICK GABRIDGE | $ 41,707.00 | $ 0.00 | $ 0.00 |
| 54 | JOSHUA UHALT | $ 16,983.60 | $ 0.00 | $ 0.00 |
| 55 | GARY POTTER | $ 5,600.00 | $ 0.00 | $ 0.00 |
| 56 | DIMITAR IVANOV | $ 4,685.40 | $ 0.00 | $ 0.00 |
| 57 | GEORGIA DEMETRIADES | $ 6,767.70 | $ 0.00 | $ 0.00 |
| 59 | JOYCE MCFARLAND | $ 19,782.00 | $ 0.00 | $ 0.00 |
| 60 | THOMAS LITTLEWOOD | $ 18,401.10 | $ 0.00 | $ 0.00 |
| 61 | PAVEL NELYUBIN | $ 8,850.04 | $ 0.00 | $ 0.00 |
| 64 | JEANNIE SILVESTRO | $ 14,823.60 | $ 0.00 | $ 0.00 |
| 65 | JAMI CARDER | $ 19,591.20 | $ 0.00 | $ 0.00 |
| 66 | RICHARD MONTAGUE | $ 8,100.00 | $ 0.00 | $ 0.00 |
| 67 | MARGOT AND FRED CHURCHILL | $ 24,362.80 | $ 0.00 | $ 0.00 |
| 68 | WILLIAM KENNEDY | $ 20,660.40 | $ 0.00 | $ 0.00 |
| 69 | MIKE FORD | $ 14,810.40 | $ 0.00 | $ 0.00 |
| 70B | GIUSEPPE FOLCO | $ 18,589.00 | $ 0.00 | $ 0.00 |
| 72 | COLIN MISQUITA | $ 26,555.00 | $ 0.00 | $ 0.00 |
| 73-B | KIRSTIE MIERSMA | $ 66,164.03 | $ 0.00 | $ 0.00 |
| 74B | NICK OLIVEIRA | $ 14,034.60 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 75 | ANTHONY IANI | $ 16,138.20 | $ 0.00 | $ 0.00 |
| 76B | LARRY AND LEE LUKASZEWICZ | $ 48,950.00 | $ 0.00 | $ 0.00 |
| 78 | JOSEPH LAYDON | $ 6,556.50 | $ 0.00 | $ 0.00 |
| 79 | EMILY WOUDENBERG | $ 12,854.10 | $ 0.00 | $ 0.00 |
| 80 | TRANQUIL LAKE NURSERY | $ 9,820.57 | $ 0.00 | $ 0.00 |
| 81 | EMPOWER ENERGY SOLUTIONS INC. D/B/A EMPOWER | $ 181,722.91 | $ 0.00 | $ 0.00 |
| 82 | LUKE BENES | $ 5,929.50 | $ 0.00 | $ 0.00 |
| 83B | MIKE RITTER | $ 7,450.00 | $ 0.00 | $ 0.00 |
| 84 | CABOT HOUSE, INC. | $ 136,132.31 | $ 0.00 | $ 0.00 |
| 85 | VANESSA ALARIE | $ 33,963.00 | $ 0.00 | $ 0.00 |
| 86-3 | DAVOOD ANSARI OGHOL BEIG | $ 23,445.49 | $ 0.00 | $ 0.00 |
| 87 | ALBERT INGLESI | $ 9,891.22 | $ 0.00 | $ 0.00 |
| 88B | JOHN KURTH | $ 35.68 | $ 0.00 | $ 0.00 |
| 89 | FRANCIS AND ROSANNE ROSE | $ 19,558.88 | $ 0.00 | $ 0.00 |
| 90 | BARBARA WASLEY | $ 6,507.30 | $ 0.00 | $ 0.00 |
| 91B | REX E. BRADFORD | $ 11,122.00 | $ 0.00 | $ 0.00 |
| 92 | MICHAEL MARESCA | $ 27,000.00 | $ 0.00 | $ 0.00 |
| 93B | HOWARD & NICOLE HECHT | $ 39,423.40 | $ 0.00 | $ 0.00 |
| 95 | WILLIAM AND SARAH SHARP | $ 16,138.10 | $ 0.00 | $ 0.00 |
| 96 | KIM BERNER | $ 10,932.60 | $ 0.00 | $ 0.00 |
| 97 | KEVIN AND CARLA JORDAN | $ 13,551.13 | $ 0.00 | $ 0.00 |
| 98 | SUZANNE RINFRET | $ 6,804.00 | $ 0.00 | $ 0.00 |
| 99B | JOSHUA AND MELINDA PRINCE | $ 86,650.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 100 | DANIEL LONG | $ 14,055.94 | $ 0.00 | $ 0.00 |
| 101-2 | GEORGIA DEMETRIADES | $ 6,767.70 | $ 0.00 | $ 0.00 |
| 102 | LYNN LANDRY | $ 3,123.60 | $ 0.00 | $ 0.00 |
| 103 | PATRICIA AND ARNOLD VECCHIONE | $ 6,000.00 | $ 0.00 | $ 0.00 |
| 104-2B | DONALD WOLENT | $ 10,378.00 | $ 0.00 | $ 0.00 |
| 106B | ANDREW CEFALU | $ 12,009.40 | $ 0.00 | $ 0.00 |
| 107 | SECOND GENERATION | $ 92,454.20 | $ 0.00 | $ 0.00 |
| 109 | ISABELLA ROY | $ 20,000.00 | $ 0.00 | $ 0.00 |
| 111-2 | JOHN FOGLE, JR. | $ 26,118.00 | $ 0.00 | $ 0.00 |
| 112B | RICHARD CARROLL, JR. | $ 34,960.00 | $ 0.00 | $ 0.00 |
| 113 | PAUL L CARLSON | $ 850.00 | $ 0.00 | $ 0.00 |
| 114 | JOSEPH MASSARO | $ 26,875.60 | $ 0.00 | $ 0.00 |
| 115 | ROBERT DEDOMINICK | $ 14,500.00 | $ 0.00 | $ 0.00 |
| 116 | JORGE LOMASTRO | $ 30,325.60 | $ 0.00 | $ 0.00 |
| 117B | ED SENTEIO | $ 6,032.90 | $ 0.00 | $ 0.00 |
| 118 | RALPH ROBERT MCGILL, JR. | $ 8,500.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $ 0.00

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $574,932.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 119 | CRAIG FERRARI | $ 46,500.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 120 | JUSTIN FERRARI | $ 74,500.00 | $ 0.00 | $ 0.00 |
| 121 | GOODLEAP LLP | $ 188,932.00 | $ 0.00 | $ 0.00 |
| 122 | JOHN NICKLEY | $ 15,000.00 | $ 0.00 | $ 0.00 |
| 123 | OFFICE OF CONSUMER AFFAIRS AND BUSINESS REGULATION | $ 250,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors      $_____ 0.00

Remaining Balance      $_____ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2C | MASSACHUSETTS DEPARTMENT OF REVENUE | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors      $_____ 0.00

Remaining Balance      $_____ 0.00

Prepared By: /s/ Joseph H. Baldiga _____
                                        Chapter 7 Trustee

*Joseph H. Baldiga, Trustee*
*Mirick, O'Connell*
*1800 West Park Drive, Suite 400*
*Westborough, MA  01581-3926*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.