UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| In re: | |
|---|---|
| SOLAR WOLF ENERGY, INC.<br><br>Debtor. | Chapter 7<br>Case No. 22-40693-CJP |

### DECLARATION RE: ELECTRONIC FILING OF TFR

I, Joseph H. Baldiga, hereby declare under penalty of perjury that all the information contained in the Trustee's Final Report (the "TFR"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the TFR. I understand that failure to file this DECLARATION may cause the TFR to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to Massachusetts Electronic Filing Local Rule (MEFLR) – 7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the Property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of the case.

Signed: _____         Dated: May 22, 2024
Joseph H. Baldiga, Esq.