CERTIFICATE OF REVIEW

The United States Trustee has reviewed the foregoing report and account, and the attachments thereto, and has no objections to the same.

DATED: May 29, 2024　　　　　　　　　　　　　　　William K. Harrington
　　　　　　　　　　　　　　　　　　　　　　　　　United States Trustee, Region 1


　　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Beverly A. Patterson
　　　　　　　　　　　　　　　　　　　　　　　　　Beverly A. Patterson
　　　　　　　　　　　　　　　　　　　　　　　　　Paralegal Specialist
　　　　　　　　　　　　　　　　　　　　　　　　　Office of the U.S. Trustee
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　　　　　446 Main Street, 14th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　Worcester, MA 01608
　　　　　　　　　　　　　　　　　　　　　　　　　(508) 793-0555