UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOLAR WOLF ENERGY, INC.,**<br><br>Debtor. | **Chapter 7**<br>**Case No. 22-40693-CJP** |

### ORDER APPROVING TRUSTEE'S FINAL REPORT

The Trustee's Final Report and attachments thereto having come before this Court, and there being no objections thereto or any objections thereto having been overruled,

**IT IS ORDERED** that the Trustee's Final Report is hereby **APPROVED** including all requests for compensation and expenses set forth therein and other attachments thereto.

_____
Honorable Christopher J. Panos
United States Bankruptcy Court Judge

Dated:_____