United States Bankruptcy Court

District of Massachusetts

| | |
|---|---|
| In re: | Case No. 22-40693-cjp |
| Solar Wolf Energy, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0101-4 | User: admin | Page 1 of 8 |
| Date Rcvd: Jul 01, 2024 | Form ID: pdfgen | Total Noticed: 311 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Solar Wolf Energy, Inc., 582 Wauwinet Road, Barre, MA 01005-9114 |
| cr | + | Albert Inglesi, 80 Mattakese Rd., West Yarmouth, MA 02673-5055 |
| cr | + | Anthony Iani, 70 Midstream Dr, S. Yarmouth, MA 02664-1320 |
| cr | + | Arnold and Patricia Vecchione, 40 Killan Rd., Johnston, RI 02919-1904 |
| cr | | Barbara Lavoine, 16 Still Brook Rd, S. Yarmouth, MA 02664-4036 |
| cr | | Christopher Paquette, 26 Edson Avenue, Rutland, MA 01543 |
| cr | + | Consolidated Electrical Distributors, Inc. d/b/a C, 595 Copeland Mill Rd., Suite 2B, Westerville, OH 43081-8908 |
| acc | + | Craig R. Jalbert, Verdolino & Lowey, PC, 124 Washington St., Foxborough, MA 02035-1368 |
| cr | + | Cynthia I. Berk, 55 Marshside Dr, Yarmouth Port, MA 02675-1568 |
| cr | + | Daniel Crowley, 82 Wimbledon Dr., West Yarmouth, MA 02673-5848 |
| cr | + | David Witter, 175 Beacon St., Yarmouth, MA 02664-1855 |
| cr | + | Eduard Senteio, 27 Winter Street, Yarmouth Port, MA 02675-1247 |
| cr | + | Emily W Woudenberg, 68 Marsh Side Drive, Yarmouth Port, MA 02675-1567 |
| cr | | Isabella M Roy, 50 Craig St, Rochdale, MA 01542-1002 |
| cr | + | James J. Pfeffer, 41 Raymond A. Sampson Rd., North Attleborough, MA 02760-6722 |
| cr | + | Jami Carder, 223 West Great Western Road, Yarmouth, MA 02675-2501 |
| cr | + | Janis Brinker, 55 Marshside Dr, Yarmouth Port, MA 02675-1568 |
| cr | + | Joseph Antonelli, 80 Mattakese Rd, Unit 5, West Yarmouth, MA 02673-5055 |
| cr | + | Judith A Kozak, 108 Drew Blvd, Orange, MA 01364-2117 |
| cr | + | Kevin Donahue, 45Mooring Ln, South Yarmouth, MA 02664-2217 |
| cr | + | Larry Kukaszewicz, 333 Chapman St., Canton, MA 02021-2005 |
| cr | + | Laura & Doug Sherman, 18 Pinnacle Lane, Yarmouth, MA 02675-2169 |
| cr | + | Michael A. Procopio, 24 Moran Cr., Sudbury, MA 01776-3440 |
| cr | + | Michael Kiehnau, 303 Route 6A, Yarmouthport, MA 02675-1817 |
| cr | + | Michael Ritter, 54 Wainwright St. #2, Dorchester, MA 02124-2418 |
| cr | + | Nicholas J. Oliveira, 1 South Meadow Road, Plymouth, MA 02360-4767 |
| cr | + | Pamela Rego, 939 West Yarmouth Road, Yarmouth, MA 02675-1949 |
| auc | + | Paul Saperstein, Paul Saperstein Co., Inc., 148 State Street, Boston, MA 02109-2506 |
| intp | + | Randy Lloyd, 645 Church St., Whitinsville, MA 01588-2116 |
| cr | + | Richard J. Montague, 9 Park Avenue, Holden, MA 01520-3019 |
| cr | + | Tracy Gabridge, 44 Willow St, Florence, MA 01062-2640 |
| cr | + | Wilder Tamayo, c/o Michael J. Riley, Esq., 1400 District Ave., S-100, Burlington, MA 01803, UNITED STATES 01803-5235 |
| cr | + | William Kennedy, 62 Midstream Dr., S. Yarmouth, MA 02664-1320 |
| cr | + | Yako K. Yako, 4 Christopher Dr., Grafton, MA 01519-1067 |
| 20724166 | + | Aaron Kimmel, 18 Cottonwood Street, Yarmouth Port, MA 02675-2323 |
| 20724167 | + | Aastha Chaturvedi, 16 Hedgefield Road, Orange, CT 06477-2227 |
| 20724168 | + | Albert Inglesi, 80 Mattakese Road #2, West Yarmouth, MA 02673-5055 |
| 20724169 | + | Amy Grant, 56 Alton Street, Providence, RI 02908-4605 |
| 20724171 | #+ | Andrew Baxter, 17 Dettling Road, Maynard, MA 01754-2154 |
| 20724172 | + | Andrew Cefalu, 1 Wilson Lane, Charlton, MA 01507-1240 |
| 20721868 | #+ | Andrew G Baxter, 17 Dettling Road, Maynard, MA 01754-2154 |
| 20724173 | + | Andy Sharr, 17 Arrowhead Avenue, Auburn, MA 01501-2314 |

Case 22-40693   Doc 425   Filed 07/03/24   Entered 07/04/24 00:33:42   Desc Imaged
Certificate of Notice   Page 2 of 19

| District/off: 0101-4 | User: admin | Page 2 of 8 |
|---|---|---|
| Date Rcvd: Jul 01, 2024 | Form ID: pdfgen | Total Noticed: 311 |

| | | |
|---|---|---|
| 20724174 | + | Anthony Iani, 70 Midstream Drive, South Yarmouth, MA 02664-1320 |
| 20721996 | + | Arvin Nundloll, 20 Elisha Witherell Road, Wellfleet, MA 02667-7819 |
| 20722458 | + | Barbara A Lavoine, 16 Still Brook Rd, S. Yarmouth, MA 02664-4036 |
| 20734207 | + | Barbara Wasley, 316 Long Pond Drive, So Yarmouth, MA 02664-4172 |
| 20724180 | + | Bill Cardalino, 341 Plymouth Avenue, Marshfield, MA 02050-3802 |
| 20724181 | | Brian Daniels, 17 Jet Way, Dennis, MA 02638 |
| 20724210 | + | CT Corporation Systems, P.O. Box 2576, Springfield, IL 62708-2576 |
| 20724182 | + | Cabot House, 10 Industrial Way #3, Amesbury, MA 01913-3222 |
| 20733955 | + | Cabot House, Inc., c/o John G. Hofmann, 101 Merrimac Street, P.O. Box 9601, Boston, MA 02114-9601 |
| 20724183 | + | Camilla Flannery, 4 Melva Street, South Yarmouth, MA 02664-5623 |
| 20723918 | + | Cari Brown, 5 Parallel St, Arlington, MA 02474-3211, , |
| 20724185 | + | Carolyn & Ralph Lodders, 3 Belvedere Terrace, Yarmouth Port, MA 02675-1302 |
| 20723194 | + | Carolyn Lodders, 3 Belvedere Terrace, Yarmouth Port, MA 02675-1302 |
| 20724186 | + | Chan Huu Nguyen, 5 Elmire Avenue, Worcester, MA 01604-2323 |
| 20724187 | + | Chris Ciuchta, 1A Applebee Avenue, Webster, MA 01570-3449 |
| 20724188 | + | Chris George, 947 Route 6A, Yarmouth Port, MA 02675-2171 |
| 20724189 | | Chris Paquette, 26 Edson Avenue, Rutland, MA 01543 |
| 20733615 | + | Christina M. Volpe, 1010 Washington Boulevard, Suite 800, Stamford, CT 06901-2202 |
| 20724190 | + | Christine and Erik Bennett, 105 Oak Street, Winchendon, MA 01475-1537 |
| 20724191 | + | Christopher Ashe, 42 Logan Street, Cherry Valley, MA 01611-3269 |
| 20723558 | + | Christopher C. Paquette, 26 EDSON AVE, PO Box 502, Rutland, MA 01543-0502 |
| 20724192 | + | Christopher George, 303 Route 28, West Yarmouth, MA 02673-4661 |
| 20724193 | + | Christopher Kam, 22 Nichols Lane, Hope Valley, RI 02832-1708 |
| 20724203 | + | Christopher Rodwill, 26 Mayflower Circle, Leicester, MA 01524-1608 |
| 20724204 | + | Claire Bourdeau, 359 Route 6A, Yarmouth Port, MA 02675-1819 |
| 20724205 | + | Clarence Saint-Vil, 6 Pauls Drive, Spencer, MA 01562-1348 |
| 20724206 | + | Colin Misquita, 127 Florence Road, Lowell, MA 01851-3503 |
| 20724207 | + | Consolidated Electric, 1920 Westridge Drive, Irving, TX 75038-2901 |
| 20724209 | + | Craig Ferrari, 35 Ginger Lane, Torrington, CT 06790-2545 |
| 20739716 | + | Craig Ferrari, c/o Thomas J. Lengyel, Esq., 167 Cherry Street/Suite #211, Milford, CT 06460-3466 |
| 20722902 | + | Cynthia L. Berk and Janis E. Brinker, 55 Marshside Drive, Yarmouthport, MA 02675-1568 |
| 20724229 | + | DLR, Inc., P.O. Box 520382, Salt Lake City, UT 84152-0382 |
| 20724211 | + | Damion Campbell, 27 Davis Road, South Yarmouth, MA 02664-4103 |
| 20724212 | + | Dan Grenon, 8 Douglas Road, Webster, MA 01570-3200 |
| 20727054 | + | Daniel A. Kohnfelder, 41 COTTAGE DRIVE, WEST YARMOUTH, MA 02673-3540 |
| 20724214 | + | Daniel Kohnfelder, 41 Cottage Drive, West Yarmouth, MA 02673-3540 |
| 20722002 | + | Daniel Long, 27 Pine St, Yarmouth Port, MA 02675-1838 |
| 20724216 | | Darlynn Oberg, 1250 Jackson Road, Hardwick, MA 01037 |
| 20724217 | + | Darrell Smith, 37 Woodland Road, Auburn, MA 01501-2149 |
| 20724218 | + | Dave Morley, 2 Duck Point Road, Yarmouth Port, MA 02675-2325 |
| 20724219 | + | David Levine, 8 Femia Road, Framingham, MA 01701-4514 |
| 20724220 | + | David Maki, 65 Bog Road, Marstons Mills, MA 02648-1421 |
| 20724221 | + | David Methe, 3 Alcove Road, Southwick, MA 01077-9808 |
| 20724222 | + | David Witter, 175 Beacon Street, South Yarmouth, MA 02664-1855 |
| 20734148 | + | Davood Ansari Oghol Beig, 8 Adam Wheeler Lane, Holliston, MA 01746-2502 |
| 20722001 | + | Dean Angelos, 4 Richard Rd, Wayland, MA 01778-4010 |
| 20724224 | + | Deepak Sharma, 19 Flintlock Drive, Shrewsbury, MA 01545-3248 |
| 20724225 | + | Dennis Vazquez, 38 Fay Road, Framingham, MA 01702-6814 |
| 20724226 | | Digital Documents Solutions, 197 Plymouth Avenue, Fall River, MA 02721 |
| 20724227 | + | Dimitar Ivanov, 9 Ruby Street, West Yarmouth, MA 02673-3647 |
| 20723266 | + | Diptam Chatterjee, 6 Reuben Circle, Shrewsbury , MA 01545-8300, , |
| 20724230 | + | Don Wolent, 559 Orchard Street, Raynham, MA 02767-5307 |
| 20724232 | + | Donald Logan, 23 University Street, Leominster, MA 01453-2634 |
| 20736663 | + | Donald Wolent, c/o Brian J. Hughes, Esq., 174 Dean St., Unit B, Taunton, MA 02780-2792 |
| 20724233 | + | Ed Senteio, 27 Winter Street, Yarmouth Port, MA 02675-1247 |
| 20724234 | + | Edward Meiners, 15 Rune Stone Road, South Yarmouth, MA 02664-1324 |
| 20724235 | + | Edward Owen Gee, 25 Harris Hill Road, East Falmouth, MA 02536-5180 |
| 20722276 | | Edward Versiackas, 281 Great Western Rd, Harwich, MA 02645-2428 |
| 20724237 | + | Elizabeth Wuerz, 7 Mellen Lane, Wayland, MA 01778-2006 |
| 20724239 | + | Emily Woudenberg, 68 Marshside Drive, Yarmouth Port, MA 02675-1567 |
| 20724240 | + | Empower, 30 Old Kings Hwy S, #1001, Darien, CT 06820-4526 |
| 20733616 | + | Empower Energy Solutions Inc. d/b/a Empower, 30 Old Kings Highway S. #1001, Darien, CT 06820-4526 |
| 20724241 | + | Eric Farias, 33 Harvest Circle, West Wareham, MA 02576-2402 |

Case 22-40693    Doc 425    Filed 07/03/24    Entered 07/04/24 00:33:42    Desc Imaged
Certificate of Notice    Page 3 of 19

| District/off: 0101-4 | User: admin | Page 3 of 8 |
| --- | --- | --- |
| Date Rcvd: Jul 01, 2024 | Form ID: pdfgen | Total Noticed: 311 |

| | | |
| --- | --- | --- |
| 20724242 | + | Eric Munson, 1071 Burt Hill Road, Granville, MA 01034-9566 |
| 20724243 | + | Erin Achenbach, 151 Geer Road, Danielson, CT 06239-2248 |
| 20724244 | + | Evard Leonidas, 55 Eastern Ave, Fall River, MA 02723-2510 |
| 20724245 | + | Frank Montani, 59 Captain Stanley Road, South Yarmouth, MA 02664-2848 |
| 20730260 | + | Gary Potter, 615 HENSHAW ST., ROCHDALE, MA 01542-1215 |
| 20724247 | + | Gelson Deoliveira, 10 Parkhurst Street, Milford, MA 01757-3538 |
| 20724248 | + | George Bell, 58 Lookout Road, Yarmouth Port, MA 02675-1014 |
| 20724250 | + | Georgia Demetriades, 65 Sierra Way, West Yarmouth, MA 02673-2624 |
| 20724251 | | Geraldine Kennedy, 325 Lower County Road, Dennis Port, MA 02639 |
| 20724252 | + | Gerard Downing, 2 Spruce Avenue, Middletown, RI 02842-5331 |
| 20724253 | + | Gerry Boucher, 33 Lake Road W, West Yarmouth, MA 02673-2724 |
| 20724254 | + | Giuseppe Folco, 2 O'Hara Circle, Worcester, MA 01604-1446 |
| 20744522 | + | GoodLeap, LLC, 801 SE 8th Street, Suite 21, Bentonville, AR 72712-6409 |
| 20724256 | + | Graham Doolan, 31 Aspinet Road, South Yarmouth, MA 02664-5106 |
| 20724257 | + | Harold Weatherwax, 36 Berkshire Drive, Ware, MA 01082-9376 |
| 20724258 | + | Heritage Building, 29 Glennie Street, Worcester, MA 01605-3918 |
| 20724259 | + | Hetal Hitesh Wadikar, 33 Willard Avenue, Shrewsbury, MA 01545-5263 |
| 20734343 | + | Howard (& Nicole) Hecht, 69 Evelyn Road, Waban, MA 02468-1212 |
| 20724260 | + | Howard Hecht, 69 Evelyn Road, Waban, MA 02468-1212 |
| 20724263 | + | Intuit Payment Solutions, 21215 Burbank Blvd., Ste. 100, Woodland Hills, CA 91367-7091 |
| 20724264 | + | Isabella Roy, 50 Craig Street, Rochdale, MA 01542-1002 |
| 20724265 | + | Jacqueline Adalbart, 197 Canterbury Street, Worcester, MA 01603-2876 |
| 20722903 | + | James J Pfeffer, 41 Raymond A Sampson Dr, North Attleborough, MA 02760-6722 |
| 20724267 | + | James Reinschmidt, 6 Marla Avenue, Ledyard, CT 06339-1633 |
| 20724268 | + | Jami Carder, 223 West Great Western Road, Yarmouth Port, MA 02675-2501 |
| 20724269 | + | Janis Brinker, Cynthia L. Berk, 55 Marshside Drive, Yarmouth Port, MA 02675-1568 |
| 20724270 | + | Jaqueline Coelho, 45 Tevyaw Road, Hyannis, MA 02601-2442 |
| 20724271 | + | Jason Berry, 105 Sisters Circle, Yarmouth Port, MA 02675-1685 |
| 20724272 | | Jason Gianfriddo, 1007 Petersham Road, Hardwick, MA 01037 |
| 20724273 | + | Jason Yelinek, 19 Haynes Hill Road, Wales, MA 01081-9753 |
| 20724274 | + | Jeannie Silvestro, 55 Altons Lane, East Falmouth, MA 02536-4995 |
| 20724275 | + | Jeffrey Doherty, 3 Angels Way, Hopkinton, MA 01748-2171 |
| 20724276 | + | Jennifer Glasgow, 319 N. Woodstock Road, Southbridge, MA 01550-2918 |
| 20724277 | | Jerome Mbugua, 2 Upton Street, Cherry Valley, MA 01611 |
| 20724278 | | Jessica Rhodes, 99 Pompeo Road, North Grosvenordale, CT 06255 |
| 20724279 | + | Jessica Sizer, 655 South Street, Barre, MA 01005-8911 |
| 20724280 | + | Jim Wolf, 24 Gooseneck Road, Yarmouth Port, MA 02675-2026 |
| 20724282 | + | Joe Antonelli, 80 Mattakese Road, Unit 5, West Yarmouth, MA 02673-5055 |
| 20724283 | + | Joe Courcy, 655 West Hartford Avenue, Uxbridge, MA 01569-1124 |
| 20724284 | + | Joe Rocha, 37 Pine Hill Lane, Marion, MA 02738-1149 |
| 20724281 | + | Joe and Shirley Beuth, 161 New London Turnpike, Wyoming, RI 02898-1015 |
| 20724285 | + | John Dibitetto, 14 Ruby Circle, Haverhill, MA 01835-6992 |
| 20724287 | + | John Fogle, Jr., 404 Broad Street, P.O. Box 261, Nescopeck, PA 18635-0261 |
| 20724288 | + | John Freeburn, 12 Sachem Path, West Yarmouth, MA 02673-5615 |
| 20724289 | + | John Gigarjian, 117 West Street, Douglas, MA 01516-2120 |
| 20724290 | + | John Kurth, 25 Kellogg Street, Brookfield, CT 06804-1514 |
| 20745212 | + | John Nickley, 31 Peregrine Rd, Abington, MA 02351-2640 |
| 20724291 | + | John Serijan, 53 Aunt Dorahs Lane, Yarmouth Port, MA 02675-2202 |
| 20724292 | + | Jonas Reinheimer, 145 Fairfield Avenue, Woonsocket, RI 02895-6012 |
| 20723785 | + | Jonathan Durante, 26 Dean Street, Stoneham, MA 02180-2549 |
| 20724294 | + | Jorge Lomastro, 751 Washington Street, Coventry, RI 02816-5487 |
| 20724419 | + | Joseph Antonelli, 1 Summit Rd, Medford, MA 02155-3010 |
| 20724295 | + | Joseph Drew, 49 W. Main Street, Upton, MA 01568-1516 |
| 20724296 | + | Joseph Dwelly, 8 Dunster Path, West Yarmouth, MA 02673-1513 |
| 20724297 | + | Joseph Laydon, 63 Mason Road, Whitinsville, MA 01588-3303 |
| 20724298 | + | Joseph Massaro, 83 Lake Shore Drive, Middlefield, CT 06455-1361 |
| 20724299 | + | Joseph Njuguna, 317 Reservoir Street, Norton, MA 02766-1527 |
| 20724300 | + | Joshua Uhalt, 34 Deer Ledge Lane, Wethersfield, CT 06109-3919 |
| 20736002 | #+ | Joshua and Melinda Prince, c/o Tamra J Evans Esq LLC, 61 Unquowa Rd, Fairfield, CT 06824-5096 |
| 20724301 | + | Joyce Maria, 107 Merchant Avenue, Yarmouth Port, MA 02675-2238 |
| 20723193 | + | Joyce Maria, Jon Fish, 107 Merchant Ave., Yarmouth Port. MA 02675-2238 |
| 20724302 | + | Joyce McFarland, 106 Captain York Road, South Yarmouth, MA 02664-1767 |
| 20724303 | + | Judith Danis, 15 Old Cedar Lane, South Yarmouth, MA 02664-1027 |

Case 22-40693    Doc 425    Filed 07/03/24    Entered 07/04/24 00:33:42    Desc Imaged
Certificate of Notice    Page 4 of 19

| District/off: 0101-4 | User: admin | Page 4 of 8 |
|---|---|---|
| Date Rcvd: Jul 01, 2024 | Form ID: pdfgen | Total Noticed: 311 |

| | | |
|---|---|---|
| 20724304 | + | Judy Kozak, 108 Drew Blvd., Orange, MA 01364-2117 |
| 20724305 | + | Judy Presnol, 6 Tryton Avenue, Rumford, RI 02916-1834 |
| 20739727 | + | Justin Ferrari, c/o Thomas J. Lengyel, Esq., 167 Cherry Street/Suite #211, Milford, CT 06460-3466 |
| 20724306 | + | Justin Ferrari, 28 Buttercup Lane, New Hartford, CT 06057-3601 |
| 20724307 | + | Karen Crowley, 82 Wimbledon Drive, West Yarmouth, MA 02673-5848 |
| 20724308 | #+ | Kathleen Henry, 16 Louise Lane, West Yarmouth, MA 02673-1431 |
| 20724309 | + | Keith Gove, 268 Simsbury Road, West Granby, CT 06090-1602 |
| 20724310 | + | Kenneth McCarter, 421 R S Main Street, Bellingham, MA 02019-2083 |
| 20724311 | + | Kevin Bradley, 89 Baker Road, West Yarmouth, MA 02673-5801 |
| 20724312 | + | Kevin Donahue, 45 Mooring Lane, South Yarmouth, MA 02664-2217 |
| 20724313 | + | Kevin Jordan, 269 Sawmill Hill Road, Sterling, CT 06377-1406 |
| 20724314 | + | Kevin Kauffman, 10 Bangor Road, Middletown, PA 17057-3202 |
| 20723170 | + | Kevin M. Donahue, 45 Mooring Ln, South Yarmouth, MA 02664-2217 |
| 20724315 | + | Kim Berner, 27 Erickson Way, South Yarmouth, MA 02664-2201 |
| 20723727 | + | Kim Nelson, 29 High Bank Rd, South Yarmouth, MA 02664-3129 |
| 20724317 | + | Kirk Deluca, 41 Donald Road, Burlington, MA 01803-1512 |
| 20724318 | + | Kirstie Miersma, 288 Goldthwaite Road, Whitinsville, MA 01588-1320 |
| 20724319 | + | Korpo Hiamah, 18 Fox Meadow Drive, Worcester, MA 01602-2229 |
| 20724320 | + | Lamine Niang, 77 Mapleville Main Street, Mapleville, RI 02839-1193 |
| 20724321 | + | Larry Lukaszewicz, 333 Chapman Street, Canton, MA 02021-2005 |
| 20724322 | + | Laura Sherman, 18 Pinnacle Lane, Yarmouth Port, MA 02675-2169 |
| 20724323 | + | Lewis Mullin, 92 Ursula Street, Lowell, MA 01854-1438 |
| 20724324 | + | Louis Gatti, 111 Pond End Road, Waltham, MA 02451-0951 |
| 20724325 | + | Louphye Cayemite, 56 Roseberry Road, Hyde Park, MA 02136-6144 |
| 20724326 | + | Luke Benes, 60 Taunton Street, Plainville, MA 02762-2144 |
| 20736482 | + | Lynn Landry, 421 South Main St, Bellingham, MA 02019-2083 |
| 20724327 | + | Lynn Landry, 16 Beaver Brook Road, West Yarmouth, MA 02673-2720 |
| 20724328 | + | Majid Jehangir, 481 East Street, East Weymouth, MA 02189-2203 |
| 20724329 | + | Marcy Cohen, 12 St. Andrews Way, South Yarmouth, MA 02664-2047 |
| 20724331 | + | Margarita Mulero, 105 Clifton Avenue, Springfield, MA 01105-1911 |
| 20724332 | + | Margot and Fred Churchill, 243 Pleasant Street, South Yarmouth, MA 02664-4558 |
| 20728571 | + | Marianne Sforza, 64 Hillcrest Road, Waltham, MA 02451-2233 |
| 20724333 | + | Marianne Sforza, 95 Baker Road, West Yarmouth, MA 02673-5801 |
| 20724334 | + | Marie Polynice, 105 Hillberg Avenue, Brockton, MA 02301-6537 |
| 20724335 | + | Mark Lique, 34 Idora Avenue, Haverhill, MA 01832-4528 |
| 20724336 | + | Mark Wilcox, 15 Lytherland Place, Providence, RI 02909-1905 |
| 20724337 | + | Mary Johnson, 30 Wild Rose Terrace, South Yarmouth, MA 02664-1122 |
| 20719115 | + | Massachusetts Deparatment of Revenue, Post Office Box 7021, Boston, MA 02204-7021 |
| 20728572 | + | Masterman's LLP, PO Box 411, Auburn, MA 01501-0411 |
| 20724340 | + | Meghan Ravenscroft Velez, 465 W. Denny Avenue, Pinebluff, NC 28373-8219 |
| 20724341 | + | Melinda and Joshua Prince, 3 Glenarden Road, Trumbull, CT 06611-5515 |
| 20724420 | + | Michael A. Procopio, 24 Moran Cir, Sudbury, MA 01776-3440 |
| 20724342 | + | Michael Kiehnau, 303 Route 6A, Yarmouth Port, MA 02675-1817 |
| 20724343 | + | Michael Levesque, 3 Deer Run, Hopkinton, MA 01748-2327 |
| 20734227 | | Michael Maresca, 77 East Palmer, Palmer, MA 01069 |
| 20725357 | + | Michael P. Kelly, 46 Pond St., Holbrook, MA 02343-1219 |
| 20724344 | + | Michael Valliere, 821 Franklin Street, Duxbury, MA 02332-3506 |
| 20724345 | + | Mike Ford, 1035 Fairview Street, Lee, MA 01238-9306 |
| 20724346 | + | Mike Hopkins, 154 Town Line Road, Burlington, CT 06013-1200 |
| 20724347 | + | Mike Ritter, 54 Wainwright Street #2, Boston, MA 02124-2418 |
| 20724348 | | Monique Maldonado, 260 CT-198, Woodstock Valley, CT 06282 |
| 20724349 | + | Murali Paladugu, 21 Skyview Drive, Millbury, MA 01527-3641 |
| 20724350 | + | Nancy Douttiel, 20 Turtle Cove Road, South Yarmouth, MA 02664-4133 |
| 20724351 | + | Nathaniel Shay, 58 Oakland Drive, Trumbull, CT 06611-1912 |
| 20724352 | + | Neil Beauregard, 5 Oak Street, Oxford, MA 01540-2243 |
| 20722269 | + | Nicholas Rotti, 20 Independence Road, West Yarmouth, MA 02673-1516 |
| 20724354 | + | Nick Oliveira, 27 Ontario Drive, Hudson, MA 01749-3144 |
| 20724355 | + | Nilda Chacon, 69 Mohawk Avenue, Derby, CT 06418-1330 |
| 20762495 | + | Office of Consumer Affairs, and Business Regulation, 501 Boylston Street, Suite 5100, Boston, MA 02116-3797 |
| 20724356 | | Orange Advance, LLC, 140 32nd Street #316, Brooklyn, NY 11232 |
| 20724357 | + | Pam Rego, 939 West Yarmouth Road, Yarmouth Port, MA 02675-1949 |
| 20724359 | + | Patricia Doon, 56 Bray Farm South, Yarmouth Port, MA 02675-1556 |
| 20724360 | + | Patricia Robinson Smith, 21 Winter Street, Yarmouth Port, MA 02675-1247 |

| | | |
|---|---|---|
| 20724358 | + | Patricia and Arnold Vecchione, 40 Killian Road, Johnston, RI 02919-1904 |
| 20724361 | + | Patrick Gabridge, 44 Willow Street, Florence, MA 01062-2640 |
| 20724363 | + | Paul Grady, 82 Potter Hill Road, Grafton, MA 01519-1116 |
| 20724364 | + | Paul Keller, 28 Robin Road, Burlington, CT 06013-2505 |
| 20738925 | + | Paul L Carlson, PO Box 23, Rogers, CT 06263-0023 |
| 20724362 | | Paul and Jean Carlson, 119 State Avenue, Rogers, CT 06263 |
| 20724365 | + | Pavel Nelyubin, 8 Spruce Street, South Yarmouth, MA 02664-5632 |
| 20731911 | + | Pavel Nelyubin, 250 Hammond Pond Pkwy 1014S, Newton, MA 02467-1531 |
| 20724366 | + | Pedro Amaral, 207 Fairwood Drive, Tiverton, RI 02878-2417 |
| 20738234 | | Peter M. Mirageas, Mirageas & Avery, 221 E. Main Street, Suite 202, Milford, MA 01757-2826 |
| 20724367 | + | Peter Macy, 16 River Street, Braintree, MA 02184-3235 |
| 20724368 | + | Ralph McGill, 157 Mountain Road, Ridgefield, CT 06877-1612 |
| 20739381 | | Ralph Robert McGill, Jr., 157 Mountain Raod, Ridgefield, CT 06877-1612 |
| 20723257 | + | Raymond Huntley, 16 Rollie Shepard Dr, Millbury, MA 01527-3552 |
| 20724371 | + | Rex Bradford, 166 Dudleyville Road, Leverett, MA 01054-9709 |
| 20734210 | + | Rex E. Bradford, 10 Heartbreak Road, Ipswich, MA 01938-2517 |
| 20724372 | + | Richard Carroll, Jr., 29 Colt Street, New Britain, CT 06052-1003 |
| 20724373 | + | Richard Falco, 103 Naples Avenue, Providence, RI 02908-1223 |
| 20724374 | + | Richard Montague, 47 Ash Street, Webster, MA 01570-3060 |
| 20724375 | + | Richard Wasley, 316 Long Pond Drive, South Yarmouth, MA 02664-4172 |
| 20724376 | + | Robert Dedominick, 3 Carven Road, Milford, MA 01757-3201 |
| 20724377 | + | Robert Del Frate, 21 Valley Street, Spencer, MA 01562-2166 |
| 20724378 | + | Robert Giese, 75-80 Main Street, Maynard, MA 01754-2513 |
| 20724379 | + | Robert Giese, 81 Main Street, Maynard, MA 01754-2513 |
| 20724380 | + | Robert Smith, 24 Pond View Drive, Coventry, RI 02816-8035 |
| 20724381 | + | Robert Whritenour, 160 Hayway Road, East Falmouth, MA 02536-4510 |
| 20724024 | + | Ron Medrzychowski, 73 Sand Hill Road, Voluntown, CT 06384-2308 |
| 20724382 | + | Rosanne Rose, 11 Eddy Street, West Yarmouth, MA 02673-8322 |
| 20724383 | + | Ruslan Afasizhev, 3 Crabtree Road, Quincy, MA 02171-1407 |
| 20724384 | + | Sandra Cashen, 10 Monomoy Road, South Yarmouth, MA 02664-1974 |
| 20724385 | + | Sandra Sarpong, 61 Pleasant Street, North Oxford, MA 01537-1004 |
| 20724386 | + | Sarah Sharp, 30 Pine Street, Yarmouth Port, MA 02675-1837 |
| 20724387 | + | Second Generation, 31 Birch Hill Road, Dennis Port, MA 02639-2602 |
| 20724388 | | Seth Keevnthal, 81 MA-8A, Charlemont, MA 01339 |
| 20724389 | + | Shilpa Trivedi, 9 Tern Drive, Shrewsbury, MA 01545-8116 |
| 20724390 | + | Shirley Anne Procopio, 24 Moran Circle, Sudbury, MA 01776-3440 |
| 20724391 | + | Solar Foundations USA, Inc., 7 Lazur Road, Ballston Lake, NY 12019-1833 |
| 20724392 | + | Srini Ramkumar, 31 Pal Drive, Shrewsbury, MA 01545-4351 |
| 20723524 | + | Srinivasan Ramkumar, 31 Pal Dr, Shrewsbury, MA 01545-4351 |
| 20724393 | + | Stacy Maillet, 937 Pleasant Street, Leominster, MA 01453-5011 |
| 20724395 | + | Su Lin Sheehy, 219 West Elm Street, Pembroke, MA 02359-2123 |
| 20734610 | + | SunPower Corporation and its affiliates, Mintz Levin, Attn: Ian A. Hammel, One Financial Center, Boston, MA 02111-2657 |
| 20724396 | + | Sunil Yada Keerthi, 16 Skyview Drive, Millbury, MA 01527-3642 |
| 20729157 | + | Susan McEwen, 2 Adams Road, West Yarmouth, MA 02673-2402 |
| 20724397 | + | Suzanne Rinfret, 67 Trull Street, Somerville, MA 02145-3631 |
| 20724398 | + | Suzanne Teuteberg, 155 S. Sea Avenue, West Yarmouth, MA 02673-5624 |
| 20724399 | + | Taylor Bennett, 167B Main Street, Douglas, MA 01516-2151 |
| 20724400 | + | Ted Strczelecki, 582 Wauwinet Road, Barre, MA 01005-9114 |
| 20724402 | + | Thomas Littlewood, 244 High Meadow Lane, Mystic, CT 06355-1654 |
| 20723744 | + | Thomas Nemmers, 8 Doe Road, South Yarmouth, MA 02664-1811 |
| 20724403 | + | Tim Gover, 56 Williams Road, West Yarmouth, MA 02673-4639 |
| 20724404 | + | Tom Lucchetti, Cumberland Carpentry, 310 West Wrentham Road, Cumberland, RI 02864-1005 |
| 20724405 | + | Tom Nemmers, 8 Doe Road, South Yarmouth, MA 02664-1811 |
| 20733182 | + | Tranquil Lake Nursery, 45 River Street, Rehoboth, MA 02769-1395 |
| 20724406 | + | Tru Vision, 35 Harrington Avenue, Shrewsbury, MA 01545-5292 |
| 20724408 | + | Valerie Serijan, 23 Canterbury Road, Yarmouth Port, MA 02675-1410 |
| 20734045 | + | Vanessa Alarie, 40 wilbur Avenue, Woonsocket, RI 02895-5119 |
| 20724409 | + | Vichai Levy, 51 Lota Drive, Fairfield, CT 06825-3602 |
| 20725707 | + | Virginia Lee OBrien, 54 Fox Run, West Greenwich R.I.02817, West Greenwich, RI 02817-2403 |
| 20724410 | + | Virginia and Ed O'Brien, 54 Fox Run, West Greenwich, RI 02817-2403 |
| 20724411 | + | Weiss Landscape, 51 Taylor Avenue, Bethel, CT 06801-2449 |
| 20724412 | | Wilder Tamayo15 Edison Street, Saugus, MA 01906 |
| 20724413 | + | William Kennedy, 62 Midstream Drive, South Yarmouth, MA 02664-1320 |

Case 22-40693   Doc 425   Filed 07/03/24   Entered 07/04/24 00:33:42   Desc Imaged
Certificate of Notice   Page 6 of 19

| District/off: 0101-4 | User: admin | Page 6 of 8 |
|---|---|---|
| Date Rcvd: Jul 01, 2024 | Form ID: pdfgen | Total Noticed: 311 |

| | | |
|---|---|---|
| 20724414 | + | William McEwen, 2 Adams Road, West Yarmouth, MA 02673-2402 |
| 20734627 | + | William and Sarah Sharp, 30 Pine Street, Yarmouth Port, MA 02675-1837 |
| 20722459 | + | Yako Yako, 4 Christopher Dr, Grafton, MA 01519-1067 |
| 20724416 | + | Yves Frage, 58 Wingate Road, Holliston, MA 01746-1261 |
| 20724417 | + | Zsolt Kemecsei, 11 Studley Road, South Yarmouth, MA 02664-4237 |
| 20723174 | + | frederic jaffre, 78 Curley Boulevard, North Falmouth, MA 02556-2700 |

TOTAL: 300

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 20724176 | + | Email/Text: I.michel@avidiabank.com | Jul 01 2024 22:34:00 | Avidia Bank, 42 Main Street, Hudson, MA 01749-2183 |
| 20724208 | + | Email/Text: Bankruptcynotice@cscglobal.com | Jul 01 2024 22:34:00 | Corporation Services Company, P.O. Box 2576, Springfield, IL 62708-2576 |
| 20724255 | + | Email/Text: accountresearch@goodleap.com | Jul 01 2024 22:34:00 | Goodleap, 8781 Siera College Blvd, Roseville, CA 95661-5920 |
| 20724262 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 01 2024 22:34:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 20724338 | + | Email/Text: DOREBN@DOR.STATE.MA.US | Jul 01 2024 22:34:00 | Massachusetts Deparatment of Revenue, Post Office Box 7090, Boston, MA 02204-7090 |
| 20724339 | + | Email/Text: DOREBN@DOR.STATE.MA.US | Jul 01 2024 22:34:00 | Massachusetts Department of Revenue, Post Office Box 9564, Boston, MA 02114-9564 |
| 20719327 | | Email/Text: DOREBN@DOR.STATE.MA.US | Jul 01 2024 22:34:00 | Massachusetts Department of Revenue-Bankruptcy Uni, PO BOX 7090, Boston, MA 02204-7090 |
| 20738254 | + | Email/Text: tviveiros@somersetfcu.com | Jul 01 2024 22:34:00 | Somerset Federal Credit Union, 740 County Street, Somerset, MA 02726-4296 |
| 20728573 | | Email/Text: _sagcallcenter@techcu.com | Jul 01 2024 22:34:00 | Technology Credit Union, PO Box 1300, San Jose, CA 95108-1300 |
| 20724407 | + | Email/Text: BhamBankruptcy@sba.gov | Jul 01 2024 22:34:00 | U.S. Small Business Administration, 2 North 20th Street, Birmingham, AL 35203-4007 |
| 20737193 | + | Email/Text: bankruptcynotices@sba.gov | Jul 01 2024 22:34:00 | U.S. Small Business Administration, 200 West Santa Ana Blvd., Ste 740, Santa Ana, CA 92701-7534 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Andrew Cefalu, 1 Wilson Lane, Charlton, MA 01507-1240 |
| cr | *+ | Arvin Nundloll, 20 Elisha Witherell Road, Wellfleet, MA 02667-7819 |
| cr | *+ | Cari Brown, 5 Parallel Street, Arlington, MA 02474-3211 |
| cr | *+ | Colin Misquita, 127 Florence Road, Lowell, MA 01851-3503 |
| cr | *+ | Daniel Long, 27 Pine Street, Yarmouth Port, MA 02675-1838 |
| cr | *+ | Dean Angelos, 4 Richard Rd, Wayland, MA 01778-4010 |
| cr | *+ | Dimitar Ivanov, 9 Ruby Street, West Yarmouth, MA 02673-3647 |
| cr | *+ | Diptam Chatterjee, 6 Reuben Circle, Shrewsbury, MA 01545-8300 |
| intp | *+ | Frederic Jaffre, 78 Curley Blvd.,, North Falmouth, MA 02556-2700 |
| cr | *+ | Giuseppe Folco, 2 O'Hara Circle, Worcester, MA 01604-1446 |
| cr | *+ | Howard and Nicole Hecht, 69 Evelyn Road, Waban, MA 02468-1212 |
| cr | *+ | Jason Berry, 105 Sisters Circle, Yarmouth Port, MA 02675-1685 |
| cr | *+ | Jonathan Durante, 26 Dean Street, Stoneham, Ma 02180-2549 |
| cr | *+ | Joyce McFarland, 106 Captain York Rd, South Yarmouth, MA 02664-1767 |

| District/off: 0101-4 | User: admin | Page 7 of 8 |
|---|---|---|
| Date Rcvd: Jul 01, 2024 | Form ID: pdfgen | Total Noticed: 311 |

| | | |
|---|---|---|
| cr | *+ | Karen Crowley, 82 Wimbledon Dr., West Yarmouth, MA 02673-5848 |
| cr | *+ | Kevin Bradley, 89 Baker Road, West Yarmouth, MA 02673-5801 |
| cr | *+ | Kim Berner, 27 Erickson Way, South Yarmouth, MA 02664-2201 |
| intp | *+ | Nathaniel Shay, 58 Oakland Dr., Trumbull, CT 06611-1912 |
| cr | *+ | Nicholas Rotti, 20 Independence Road, West Yarmouth, MA 02673-1516 |
| cr | *+ | Patrick Gabridge, 44 Willow St, Florence, MA 01062-2640 |
| cr | *+ | Raymond Huntley, 16 Rollie Shepard Dr., Millbury, MA 01527-3552 |
| cr | *+ | Srinivasan Ramkumar, 31 Pal Dr., Shrewsbury, MA 01545-4351 |
| cr | * | Susan McEwen, 2 Adams Road, West Yarmouth, MA 02673-2402 |
| cr | *+ | Suzanne Rinfret, 67 Trull St., Somerville, MA 02145-3631 |
| cr | *+ | Tom Nemmers, 8 Doe RD, South Yarmouth, MA 02664-1811 |
| 20726388 | *+ | Internal Revenue Service, Post Office Box 37004, Hartford, CT 06176-7004 |
| 20724170 | ##+ | Andrea Goldman, 60 Austin Street, Suite 210, Newtonville, MA 02460-1857 |
| 20724177 | ##+ | Bahaa Megelly, 14 Vassar Drive, Milford, MA 01757-1219 |
| 20724213 | ##+ | Dan Marder, 224 Still River Road, Harvard, MA 01451-1349 |
| 20724231 | ##+ | Donald Head, 9 Houlton Street, Swansea, MA 02777-4911 |
| 20724238 | ##+ | Emily Seco, 15 Balder Road, Worcester, MA 01605-3806 |
| 20724286 | ##+ | John Farias, 22 Manuel Avenue, Johnston, RI 02919-3907 |
| 20724370 | ##+ | Renay Lemard, 221 Billings Road, Fitchburg, MA 01420-1403 |
| 20738568 | ##+ | Robert David Beaulieu, 600 Main Street, Apt # 2403, Worcester, MA 01608-1980 |
| 20724394 | ##+ | Stefanie Argus, 88 Ring Street, Providence, RI 02909-1512 |

TOTAL: 0 Undeliverable, 26 Duplicate, 9 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2024 at the address(es) listed below:**

**Name**    **Email Address**

Amy Lee Lipman-White
    on behalf of Creditor Edward J. Versiackas alipman@lipmanwhite.com
    lipmanwhite@msn.com;jwhite@lipmanwhite.com;lipman-whitear69359@notify.bestcase.com

Brian J. Hughes
    on behalf of Creditor Donald Wolent bhughes@brcsm.com

Christine E. Devine
    on behalf of Creditor Andrew Cefalu christine@nicholsondevine.com devine.christiner109603@notify.bestcase.com

Christopher S. Tolley
    on behalf of Creditor Consolidated Electrical Distributors Inc. d/b/a CED Greentech ctolley@phillips-angley.com,
    moe@phillips-angley.com

Eric Thomas Thulin
    on behalf of Creditor Nicholas J. Oliveira eric@dgslawllp.com

Jacob P. Morris
    on behalf of Creditor Judith A Kozak jmorris@rrwlaw.com

Jennifer L. Conrad
    on behalf of Creditor Christopher Paquette jconrad@sederlaw.com

Joseph H. Baldiga

| | | |
|---|---|---|
| District/off: 0101-4 | User: admin | Page 8 of 8 |
| Date Rcvd: Jul 01, 2024 | Form ID: pdfgen | Total Noticed: 311 |

Joseph H. Baldiga
    on behalf of Trustee Joseph H. Baldiga jbaldiga@mirickoconnell.com  jhbaldiga@ecf.axosfs.com,bankrupt@mirickoconnell.com

    jbaldiga@mirickoconnell.com  jhbaldiga@ecf.axosfs.com,bankrupt@mirickoconnell.com

Mark W. Powers
    on behalf of Creditor John Miersma mpowers@bowditch.com  kkosmenko@bowditch.com

Matthew Rubner
    on behalf of Creditor Richard J. Montague mattrubner@gmail.com

Michael J. Riley
    on behalf of Creditor Wilder Tamayo mriley@mllsf.org  mriley8oc@gmail.com;rileymr77267@notify.bestcase.com

Peter J. Haley
    on behalf of Creditor GoodLeap  LLC peter.haley@nelsonmullins.com, marie.moss@nelsonmullins.com

Richard King
    USTPRegion01.WO.ECF@USDOJ.GOV

Richard A. Mestone
    on behalf of Creditor Jonathan Durante richard.mestone@mestonehogan.com  r62137@notify.bestcase.com

Steven J. Marullo
    on behalf of Creditor Jonathan Durante sjmlaw@verizon.net

Troy D. Morrison
    on behalf of Debtor Solar Wolf Energy  Inc. tmorrison@morrisonlawpc.net, morrisonlawpc@gmail.com;MorrisonTR39836@notify.bestcase.com

TOTAL: 17

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  SOLAR WOLF ENERGY, § § § § § §

Case No.  22-40693 -CJP

Debtor

_____

NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR
COMPENSATION (NFR), OBJECTION/RESPONSE DEADLINE
AND HEARING DATE

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that **Joseph H. Baldiga**, trustee of the above styled estate, has filed a final report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The trustee's complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Harold Donohue Federal Building and
Courthouse 595 Main Street, Room 311
Worcester, MA 01608-2076

The following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved, or to the Final Report, must file a written objection with the Court at the address above on or before **August 5, 2024 at 11:59 P.M.** and serve a copy of the objection(s) upon the trustee, any party whose application is being challenged, and the United States Trustee.

HEARING

A telephonic hearing on the fee applications and any objection to the Final Report will be held on **August 14, 2024 at 9:30 A.M.   TO PARTICIPATE AT THE HEARING, ATTENDEES SHALL DIAL (646) 828-7666 AND ENTER MEETING ID 160 257 7274 AND PASSCODE 984 524 WHEN PROMPTED.**  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay the applications and dividends pursuant to FRBP 3009 without further order of the Court.

**If no objections are timely filed, the court at its discretion may cancel the hearing.**

Date Mailed: July 1, 2024              By:  Lisa Belanger
                                            Deputy Clerk

**Please contact the Trustee with any questions at (508) 898-1501.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

In Re: §
§
SOLAR WOLF ENERGY, INC. § Case No. 22-40693-CJP
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 72,550.00 |
| and approved disbursements of | $ | 16,430.16 |
| leaving a balance on hand of[1] | $ | 56,119.84 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | MASSACHUSETTS DEPARTMENT OF REVENUE | $ 76,262.13 | $ 0.00 | $ 0.00 | $ 0.00 |
| 105 | U.S. SMALL BUSINESS ADMINISTRATION | $ 163,191.78 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2A | MASSACHUSETTS DEPARTMENT OF REVENUE | $ 134,689.21 | $ 2,500.00 | $ 2,500.00 | $ 0.00 |
| 31 | CONSOLIDATED ELECTRIC | $ 101,027.69 | $ 0.00 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 40A | INTERNAL REVENUE SERVICE | $ 913,848.29 | $ 2,500.00 | $ 2,500.00 | $ 0.00 |
| 94 | SUNPOWER CORPORATION AND ITS AFFILIATES | $ 42,374.53 | $ 0.00 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 56,119.84 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH H. BALDIGA | $ 6,877.50 | $ 0.00 | $ 3,788.02 |
| Attorney for Trustee Fees: MIRICK, O'CONNELL | $ 81,335.00 | $ 0.00 | $ 41,820.82 |
| Attorney for Trustee Expenses: MIRICK, O'CONNELL | $ 7,050.51 | $ 0.00 | $ 3,883.31 |
| Accountant for Trustee Fees: VERDOLINO & LOWEY, P.C. | $ 5,623.50 | $ 0.00 | $ 5,623.50 |
| Auctioneer Fees: PAUL E. SAPERSTEIN CO., INC. | $ 3,755.00 | $ 3,755.00 | $ 0.00 |
| Charges: UNITED STATES BANKRUPTCY COURT | $ 188.00 | $ 188.00 | $ 0.00 |
| Other: COMMISSIONER OF REVENUE SERVICES NA | $ 250.00 | $ 250.00 | $ 0.00 |
| Other: COMMONWEALTH OF MASSACHUSETTS | $ 456.00 | $ 456.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 53.35 | $ 53.35 | $ 0.00 |
| Other: PAUL E. SAPERSTEIN CO., INC. | $ 5,577.21 | $ 5,577.21 | $ 0.00 |
| Other: RHODE ISLAND DIVISION OF TAXATION | $ 400.00 | $ 400.00 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: VERDOLINO & LOWEY, P.C. | $ 1,004.19 | $ 0.00 | $ 1,004.19 |
| Total to be paid for chapter 7 administrative expenses | | $ | 56,119.84 |
| Remaining Balance | | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $541,427.01 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5A | DEAN ANGELOS | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 7-2A | NICHOLAS ROTTI | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 10 | YAKO YAKO | $ 7,115.40 | $ 0.00 | $ 0.00 |
| 15-1, 15-2 | JOYCE MARIA AND JON FISH | $ 500.00 | $ 0.00 | $ 0.00 |
| 16 | CAROLYN LODDERS | $ 5,206.20 | $ 0.00 | $ 0.00 |
| 17A | RAYMOND HUNTLEY | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 18A | DIPTAM CHATTERJEE | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 19A | SRINIVASAN RAMKUMAR | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 23A | JONATHAN DURANTE | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 24A | CARI BROWN | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 27A | MICHAEL A. PROCOPIO | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 33A | WILDER TAMAYO | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 46A | MICHAEL KIEHNAU | $ 3,350.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 47-2 | MARIANNE SFORZA | $ 3,123.60 | $ 0.00 | $ 0.00 |
| 52A | SUSAN MCEWEN | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 53A | PATRICK GABRIDGE | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 58 | KAREN AND DANIEL CROWLEY | $ 7,288.20 | $ 0.00 | $ 0.00 |
| 62 | SU LIN SHEEHY | $ 3,061.80 | $ 0.00 | $ 0.00 |
| 63 | DAVID WITTER | $ 6,370.80 | $ 0.00 | $ 0.00 |
| 70A | GIUSEPPE FOLCO | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 71 | JOHN FREEBURN | $ 2,603.10 | $ 0.00 | $ 0.00 |
| 73A | KIRSTIE MIERSMA | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 74A | NICK OLIVEIRA | $ 2,775.00 | $ 0.00 | $ 0.00 |
| 76A | LARRY AND LEE LUKASZEWICZ | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 77 | JUDY KOZAK | $ 33,904.20 | $ 0.00 | $ 0.00 |
| 83A | MIKE RITTER | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 88A | JOHN KURTH | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 91A | REX E. BRADFORD | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 93A | HOWARD & NICOLE HECHT | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 99A | JOSHUA AND MELINDA PRINCE | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 104-2A | DONALD WOLENT | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 106A | ANDREW CEFALU | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 108 | EDWARD MEINERS | $ 1,000.00 | $ 0.00 | $ 0.00 |
| 112A | RICHARD CARROLL, JR. | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 117A | ED SENTEIO | $ 2,775.00 | $ 0.00 | $ 0.00 |
| 2B | MASSACHUSETTS DEPARTMENT OF REVENUE | $ 0.00 | $ 0.00 | $ 0.00 |
| 40B | INTERNAL REVENUE SERVICE | $ 388,653.71 | $ 0.00 | $ 0.00 |

| | Total to be paid to priority creditors | $ | 0.00 |
|---|---|---|---|
| | Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,341,079.86 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | ANDREW G. BAXTER | $ 12,922.00 | $ 0.00 | $ 0.00 |
| 4 | ARVIN NUNDLOLL | $ 13,612.80 | $ 0.00 | $ 0.00 |
| 5B | DEAN ANGELOS | $ 18,497.20 | $ 0.00 | $ 0.00 |
| 6 | DANIEL LONG | $ 14,055.94 | $ 0.00 | $ 0.00 |
| 7-2B | NICHOLAS ROTTI | $ 11,190.40 | $ 0.00 | $ 0.00 |
| 8 | EDWARD VERSIACKAS | $ 19,295.40 | $ 0.00 | $ 0.00 |
| 9 | BARBARA A LAVOINE | $ 3,644.40 | $ 0.00 | $ 0.00 |
| 11 | CYNTHIA L. BERK AND JANIS E. BRINKER | $ 7,288.20 | $ 0.00 | $ 0.00 |
| 12 | JAMES J PFEFFER | $ 28,051.20 | $ 0.00 | $ 0.00 |
| 13 | KEVIN M. DONAHUE | $ 10,151.40 | $ 0.00 | $ 0.00 |
| 14 | FREDERIC JAFFRE | $ 27,000.00 | $ 0.00 | $ 0.00 |
| 17B | RAYMOND HUNTLEY | $ 13,252.60 | $ 0.00 | $ 0.00 |
| 18B | DIPTAM CHATTERJEE | $ 5,495.20 | $ 0.00 | $ 0.00 |
| 19B | SRINIVASAN RAMKUMAR | $ 7,876.60 | $ 0.00 | $ 0.00 |
| 20 | CHRISTOPHER C. PAQUETTE | $ 18,381.60 | $ 0.00 | $ 0.00 |
| 21 | KIM NELSON | $ 4,425.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 22 | THOMAS NEMMERS | $ 11,452.80 | $ 0.00 | $ 0.00 |
| 23B | JONATHAN DURANTE | $ 17,050.00 | $ 0.00 | $ 0.00 |
| 24B | CARI BROWN | $ 6,516.00 | $ 0.00 | $ 0.00 |
| 25 | RON MEDRZYCHOWSKI | $ 14,040.00 | $ 0.00 | $ 0.00 |
| 26 | JOSEPH ANTONELLI | $ 0.00 | $ 0.00 | $ 0.00 |
| 27B | MICHAEL A. PROCOPIO | $ 30,396.40 | $ 0.00 | $ 0.00 |
| 28 | DANIEL GRENON | $ 8,894.00 | $ 0.00 | $ 0.00 |
| 29 | KIM BERNER | $ 10,932.60 | $ 0.00 | $ 0.00 |
| 30 | KEVIN BRADLEY | $ 11,973.60 | $ 0.00 | $ 0.00 |
| 32-2 | MICHAEL P. KELLY | $ 57,000.00 | $ 0.00 | $ 0.00 |
| 33B | WILDER TAMAYO | $ 2,981.50 | $ 0.00 | $ 0.00 |
| 34 | MEGHAN RAVENSCROFT-VELEZ | $ 11,276.40 | $ 0.00 | $ 0.00 |
| 35 | JASON BERRY | $ 15,141.60 | $ 0.00 | $ 0.00 |
| 36 | VIRGINIA LEE OBRIEN | $ 7,800.00 | $ 0.00 | $ 0.00 |
| 37 | RUSLAN AFASIZHEV | $ 29,324.00 | $ 0.00 | $ 0.00 |
| 38 | CHRISTOPHER RODWILL | $ 24,738.00 | $ 0.00 | $ 0.00 |
| 39 | AVIDIA BANK | $ 1,859.95 | $ 0.00 | $ 0.00 |
| 40C | INTERNAL REVENUE SERVICE | $ 311,597.19 | $ 0.00 | $ 0.00 |
| 41 | CLAIRE BOURDEAU | $ 16,138.30 | $ 0.00 | $ 0.00 |
| 42 | DANIEL A. KOHNFELDER | $ 18,254.40 | $ 0.00 | $ 0.00 |
| 43 | HETAL HITESH WADIKAR | $ 22,738.00 | $ 0.00 | $ 0.00 |
| 44 | MARK LIQUE | $ 11,859.99 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 45 | SOLAR FOUNDATIONS USA, INC. | $ 31,372.14 | $ 0.00 | $ 0.00 |
| 46B | MICHAEL KIEHNAU | $ 15,504.40 | $ 0.00 | $ 0.00 |
| 48 | MASTERMAN"S LLP | $ 1,188.44 | $ 0.00 | $ 0.00 |
| 49 | TECHNOLOGY CREDIT UNION | $ 6,000.00 | $ 0.00 | $ 0.00 |
| 50 | JOHN SERIJAN | $ 1,000.00 | $ 0.00 | $ 0.00 |
| 51 | PAM REGO | $ 14,750.05 | $ 0.00 | $ 0.00 |
| 52B | SUSAN MCEWEN | $ 20,164.46 | $ 0.00 | $ 0.00 |
| 53B | PATRICK GABRIDGE | $ 41,707.00 | $ 0.00 | $ 0.00 |
| 54 | JOSHUA UHALT | $ 16,983.60 | $ 0.00 | $ 0.00 |
| 55 | GARY POTTER | $ 5,600.00 | $ 0.00 | $ 0.00 |
| 56 | DIMITAR IVANOV | $ 4,685.40 | $ 0.00 | $ 0.00 |
| 57 | GEORGIA DEMETRIADES | $ 6,767.70 | $ 0.00 | $ 0.00 |
| 59 | JOYCE MCFARLAND | $ 19,782.00 | $ 0.00 | $ 0.00 |
| 60 | THOMAS LITTLEWOOD | $ 18,401.10 | $ 0.00 | $ 0.00 |
| 61 | PAVEL NELYUBIN | $ 8,850.04 | $ 0.00 | $ 0.00 |
| 64 | JEANNIE SILVESTRO | $ 14,823.60 | $ 0.00 | $ 0.00 |
| 65 | JAMI CARDER | $ 19,591.20 | $ 0.00 | $ 0.00 |
| 66 | RICHARD MONTAGUE | $ 8,100.00 | $ 0.00 | $ 0.00 |
| 67 | MARGOT AND FRED CHURCHILL | $ 24,362.80 | $ 0.00 | $ 0.00 |
| 68 | WILLIAM KENNEDY | $ 20,660.40 | $ 0.00 | $ 0.00 |
| 69 | MIKE FORD | $ 14,810.40 | $ 0.00 | $ 0.00 |
| 70B | GIUSEPPE FOLCO | $ 18,589.00 | $ 0.00 | $ 0.00 |
| 72 | COLIN MISQUITA | $ 26,555.00 | $ 0.00 | $ 0.00 |
| 73-B | KIRSTIE MIERSMA | $ 66,164.03 | $ 0.00 | $ 0.00 |
| 74B | NICK OLIVEIRA | $ 14,034.60 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 75 | ANTHONY IANI | $ 16,138.20 | $ 0.00 | $ 0.00 |
| 76B | LARRY AND LEE LUKASZEWICZ | $ 48,950.00 | $ 0.00 | $ 0.00 |
| 78 | JOSEPH LAYDON | $ 6,556.50 | $ 0.00 | $ 0.00 |
| 79 | EMILY WOUDENBERG | $ 12,854.10 | $ 0.00 | $ 0.00 |
| 80 | TRANQUIL LAKE NURSERY | $ 9,820.57 | $ 0.00 | $ 0.00 |
| 81 | EMPOWER ENERGY SOLUTIONS INC. D/B/A EMPOWER | $ 181,722.91 | $ 0.00 | $ 0.00 |
| 82 | LUKE BENES | $ 5,929.50 | $ 0.00 | $ 0.00 |
| 83B | MIKE RITTER | $ 7,450.00 | $ 0.00 | $ 0.00 |
| 84 | CABOT HOUSE, INC. | $ 136,132.31 | $ 0.00 | $ 0.00 |
| 85 | VANESSA ALARIE | $ 33,963.00 | $ 0.00 | $ 0.00 |
| 86-3 | DAVOOD ANSARI OGHOL BEIG | $ 23,445.49 | $ 0.00 | $ 0.00 |
| 87 | ALBERT INGLESI | $ 9,891.22 | $ 0.00 | $ 0.00 |
| 88B | JOHN KURTH | $ 35.68 | $ 0.00 | $ 0.00 |
| 89 | FRANCIS AND ROSANNE ROSE | $ 19,558.88 | $ 0.00 | $ 0.00 |
| 90 | BARBARA WASLEY | $ 6,507.30 | $ 0.00 | $ 0.00 |
| 91B | REX E. BRADFORD | $ 11,122.00 | $ 0.00 | $ 0.00 |
| 92 | MICHAEL MARESCA | $ 27,000.00 | $ 0.00 | $ 0.00 |
| 93B | HOWARD & NICOLE HECHT | $ 39,423.40 | $ 0.00 | $ 0.00 |
| 95 | WILLIAM AND SARAH SHARP | $ 16,138.10 | $ 0.00 | $ 0.00 |
| 96 | KIM BERNER | $ 10,932.60 | $ 0.00 | $ 0.00 |
| 97 | KEVIN AND CARLA JORDAN | $ 13,551.13 | $ 0.00 | $ 0.00 |
| 98 | SUZANNE RINFRET | $ 6,804.00 | $ 0.00 | $ 0.00 |
| 99B | JOSHUA AND MELINDA PRINCE | $ 86,650.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 100 | DANIEL LONG | $ 14,055.94 | $ 0.00 | $ 0.00 |
| 101-2 | GEORGIA DEMETRIADES | $ 6,767.70 | $ 0.00 | $ 0.00 |
| 102 | LYNN LANDRY | $ 3,123.60 | $ 0.00 | $ 0.00 |
| 103 | PATRICIA AND ARNOLD VECCHIONE | $ 6,000.00 | $ 0.00 | $ 0.00 |
| 104-2B | DONALD WOLENT | $ 10,378.00 | $ 0.00 | $ 0.00 |
| 106B | ANDREW CEFALU | $ 12,009.40 | $ 0.00 | $ 0.00 |
| 107 | SECOND GENERATION | $ 92,454.20 | $ 0.00 | $ 0.00 |
| 109 | ISABELLA ROY | $ 20,000.00 | $ 0.00 | $ 0.00 |
| 111-2 | JOHN FOGLE, JR. | $ 26,118.00 | $ 0.00 | $ 0.00 |
| 112B | RICHARD CARROLL, JR. | $ 34,960.00 | $ 0.00 | $ 0.00 |
| 113 | PAUL L CARLSON | $ 850.00 | $ 0.00 | $ 0.00 |
| 114 | JOSEPH MASSARO | $ 26,875.60 | $ 0.00 | $ 0.00 |
| 115 | ROBERT DEDOMINICK | $ 14,500.00 | $ 0.00 | $ 0.00 |
| 116 | JORGE LOMASTRO | $ 30,325.60 | $ 0.00 | $ 0.00 |
| 117B | ED SENTEIO | $ 6,032.90 | $ 0.00 | $ 0.00 |
| 118 | RALPH ROBERT MCGILL, JR. | $ 8,500.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $          0.00

Remaining Balance                                              $          0.00

Tardily filed claims of general (unsecured) creditors totaling $574,932.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 119 | CRAIG FERRARI | $ 46,500.00 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: 11)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 120 | JUSTIN FERRARI | $ 74,500.00 | $ 0.00 | $ 0.00 |
| 121 | GOODLEAP LLP | $ 188,932.00 | $ 0.00 | $ 0.00 |
| 122 | JOHN NICKLEY | $ 15,000.00 | $ 0.00 | $ 0.00 |
| 123 | OFFICE OF CONSUMER AFFAIRS AND BUSINESS REGULATION | $ 250,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors        $            0.00

Remaining Balance                                           $            0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2C | MASSACHUSETTS DEPARTMENT OF REVENUE | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors        $            0.00

Remaining Balance                                           $            0.00

Prepared By: /s/ Joseph H. Baldiga
Chapter 7 Trustee

*Joseph H. Baldiga, Trustee*
*Mirick, O'Connell*
*1800 West Park Drive, Suite 400*
*Westborough, MA  01581-3926*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 12)*