# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

**In re:**

**SOLAR WOLF ENERGY, INC.,**

    **Debtor.**

**Chapter 7**
**Case No. 22-40693-CJP**

## ORDER APPROVING TRUSTEE'S FINAL REPORT

The Trustee's Final Report and attachments thereto having come before this Court, no objections having been filed and good cause appearing for the relief requested,

**IT IS ORDERED** that the Trustee's Final Report is hereby **APPROVED** including all requests for compensation and expenses set forth therein and other attachments thereto. The hearing scheduled for August 14, 2024 is canceled as unnecessary.

_____
Christopher J. Panos
United States Bankruptcy Judge

Dated: August 13, 2024